Jason Schultz (SBN 212600)
jason@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x112
Facsimile: (415) 436-9993

Attorneys for Plaintiff
JOHN DOE A/K/A BRIAN SAPIENT

E-filing

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT,<br><br>                  Plaintiff,<br><br>v.<br><br>EXPLOROLOGIST, LTD; URI GELLER,<br><br>                  Defendant. | C 07 2478<br><br>CERTIFICATE OF INTERESTED PARTIES |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 8, 2007

By _____
Jason M. Schultz, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333 x112
Facsimile:    (415) 436-9993

Attorneys for Plaintiff
JOHN DOE A/K/A BRAIN SAPIENT

-1-
CERTIFICATE OF INTERESTED PARTIES