1  Marcia Hofmann
   *marcia@eff.org*
2  ELECTRONIC FRONTIER FOUNDATION
   1875 Connecticut Ave. NW
3  Suite 650
   Washington, DC  20009
4  Telephone: (202) 797-9009 x12
   Facsimile: (202) 707-9066



FILED

07 MAY 10 PM 0:47

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT, | No. C-07-2478 (BZ) |
| Plaintiff, | **APPLICATION FOR MARCIA HOFMANN TO APPEAR *PRO HAC VICE*** |
| v. | |
| URI GELLER A/K/A URI GELLER FREUD | |
| and | |
| EXPLOROLOGIST LTD., | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Marcia Hofmann, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in Northern District of California on a *pro hac* vice basis representing the plaintiff in the above-referenced case.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

-1-
APPLICATION FOR MARCIA HOFMANN TO APPEAR PRO HAC VICE

1 | with the Local Rules and the Alternative Dispute Resolution programs of the Court; and,

2 |     3.    An Attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone numbers of that attorney is:

Jason Schultz (SBN 212600)
*jason@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x112
Facsimile: (415) 436-9993

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2007

MARCIA HOFMANN

-2-
APPLICATION FOR MARCIA HOFMANN TO APPEAR PRO HAC VICE