ORIGINAL

1  Jason Schultz (SBN 212600)
   *jason@eff.org*
2  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
3  San Francisco, CA  94110
   Telephone: (415) 436-9333 x112
4  Facsimile: (415) 436-9993

5

6  Attorney for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  JOHN DOE A/K/A BRIAN SAPIENT,          )    No. C-07-2478 (BZ)
                                           )
13                        Plaintiff,       )    **[PROPOSED] ORDER GRANTING**
                                           )    **APPLICATION FOR ADMISSION OF**
14      v.                                 )    **ATTORNEY TO APPEAR *PRO HAC***
                                           )    ***VICE***
15  URI GELLER A/K/A URI GELLER FREUD      )
                                           )
16  and                                    )
                                           )
17  EXPLOROLOGIST LTD.,                    )
                                           )
18                        Defendants.      )

19      Marcia Hofmann, an active member in good standing of the bar of the District of Columbia

20  whose business address and telephone number is:

21

22  ELECTRONIC FRONTIER FOUNDATION
    1875 Connecticut Ave. NW, Suite 650, Washington, DC  20009
23  Telephone: (202) 797-9009 x12
    Facsimile: (202) 707-9066

24  having applied in the above-entitled action for admission to practice in the Northern District of

25  California on a *pro hac vice* basis, representing Plaintiff.

26      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

27  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

28

-1-

1    *vice.* Service of papers upon and communication with co-counsel designated in the application will

2    constitute notice to the party. All future filings in this action are subject to the requirements

3    contained in General Order No. 45, *Electronic Case Filing.*

4

5

6    Dated: 14 May 07

          BERNARD ZIMMERMAN
7
          United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY TO APPEAR *PRO HAC VICE*