Jason Schultz (SBN 212600)
*jason@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x112
Facsimile: (415) 436-9993

Marcia Hofmann (*pro hac vice*)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x12
Facsimile: (202) 707-9066

Attorneys for Plaintiff
JOHN DOE A/K/A BRIAN SAPIENT

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT, | Civil Action No. 07-2478 BZ |
| Plaintiff, | NOTICE OF FILING BY PLAINTIFFS OF DEFENDANT'S WAIVER OF SERVICE OF SUMMONS |
| v. | |
| URI GELLER A/K/A URI GELLER FREUD | (Jury Trial Demanded) |
| and | |
| EXPLOROLOGIST LTD., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 30th, 2007, plaintiffs JOHN DOE A/K/A BRIAN SAPIENT filed a Waiver of Service of Summons Defendant by URI GELLER A/K/A URI GELLER FREUD and EXPLOROLOGIST LTD in the above-captioned matter in the United States District Court for the Northern District of California. A true and correct copy of the Waiver is attached hereto as Ex. A.

1
2
3    DATED: July 30th, 2007
4                                          By _____//s//_____
                                            Corynne McSherry, Esq.
5                                           Jason M. Schultz, Esq.
                                            ELECTRONIC FRONTIER FOUNDATION
6                                           454 Shotwell Street
                                            San Francisco, CA 94110
7                                           Telephone: (415) 436-9333 x112
                                            Facsimile: (415) 436-9993
8
                                            Marcia Hofmann (*pro hac vice* pending)
9                                           ELECTRONIC FRONTIER FOUNDATION
                                            1875 Connecticut Ave. NW
10                                          Suite 650
                                            Washington, DC 20009
11                                          Telephone: (202) 797-9009 x12
                                            Facsimile: (202) 707-9066
12
                                            Attorneys for Plaintiff
13                                          JOHN DOE A/K/A BRIAN SAPIENT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT, | Case No.: C 07 2478 BZ |
| Plaintiff, | WAIVER OF SERVICE OF SUMMONS |
| vs. | |
| URI GELLER | |
| and | |
| EXPLOROLOGIST LTD., | |
| Defendants | |

TO:
Samuel Silver, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, P A 19103-7286

Jason Schultz, Esquire
Marcia Hofmann, Esquire
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

I acknowledge receipt of your request that I waive service of a summons in the action of JOHN DOE A/K/A BRIAN SAPIENT vs. URI GELLER and EXPLOROLOGIST LTD., which is case number C 07 2478 BZ in the United States District Court for the Northern District of California. I have also received a copy of the complaint in the action.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that URI GELLER and EXPLOROLOGIST LTD., the entity on whose behalf I am acting, be served with judicial process in the manner provided by Rule. 4.

URI GELLER and EXPLOROLOGIST LTD., will retain all defenses or objections to the

lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against URI GELLER and EXPLOROLOGIST LTD., if an answer or motion under Rule 12 is not served upon you within 90 days pursuant to Rule 4(d)(2)(G)(3).

*[signature]*

By: Richard Winelander
1005 North Calvert Street
Baltimore Maryland 21202
rw@rightverdict.com
Telephone: 410-576-7980
Facsimile: 443-378-7503

For:   URI GELLER and EXPLOROLOGIST LTD.,

Dated: July 20, 2007

WAIVER OF SERVICE OF SUMMONS         - 2 -         Case No.: C 07 2478 BZ

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the following non-CM/ECF participants:

Richard Winelander, Esq.
1005 North Calvert Street
Baltimore, Maryland 21202
rw@rightverdict.com
Tel: (410) 576-7980
Fax: (443) 378-7503

Jeffrey M. Vucinich, Esq.
Clapp, Moroney, Bellagamba & Vucinich
jvucinich@clappmoroney.com
111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Tel: (650) 989-5400
Fax: (650) 989-5499


By _____/s/_____
Corynne McSherry (SBN 221504)
*corynne@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x112
Facsimile: (415) 436-9993

No. 07-2478 BZ            -1-
CERTIFICATE OF SERVICE