Jason Schultz (SBN 212600)
jason@eff.org
Corynne McSherry (SBN 221504)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x112
Facsimile: (415) 436-9993

Marcia Hofmann (*pro hac vice*)
marcia@eff.org
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x12
Facsimile: (202) 707-9066

Attorneys for Plaintiff
JOHN DOE A/K/A BRIAN SAPIENT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT, | Civil Action No. 07-2478 BZ |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING |
| v | |
| URI GELLER A/K/A URI GELLER FREUD | |
| and | |
| EXPLOROLOGIST LTD., | |
| Defendants. | |

## RECITALS

### California Proceedings

On May 8, 2007, Plaintiff John Doe a/k/a Brian Sapient ("Sapient") filed a Complaint in the instant case against Explorologist Ltd and Uri Geller a/k/a/ Uri Geller Freud ("Defendants") seeking injunctive relief and damages for alleged misrepresentation of copyright claims, as well as

declaratory relief. On July 20, 2007, counsel for Defendants agreed to accept service of the Complaint on Defendants' behalf.

2. Pennsylvania Proceedings:

On May 7, 2007, Explorologist Ltd. filed a Complaint in the District Court for the Eastern District of Pennsylvania against Sapient, seeking damages and injunctive relief for alleged foreign copyright infringement. On May 23, Explorologist Ltd. filed an Amended Complaint with additional allegations of commercial disparagement and appropriation of name or likeness. On June 11, 2007, Sapient filed a Motion to Dismiss Explorologist Ltd.'s Amended Complaint. Explorologist Ltd. filed an Opposition to that Motion on June 28, 2007, and Sapient filed his Reply in Support of the Motion on July 9, 2007. A ruling on Sapient's Motion to Dismiss is pending. On July 18, 2007, the Eastern District of Pennsylvania ordered that discovery in that case be stayed until September 17, 2007, pending a resolution of Sapient's Motion to Dismiss.

3. In light of the recent acceptance of service of the Complaint in the instant case, the pending motion in the Pennsylvania case, and the stay of discovery in the Pennsylvania case, the Parties agree that it would be appropriate to conserve the resources of this Court and the Parties by altering the schedule in the instant case as set forth below

4. In addition, the Parties respectfully decline to proceed before a magistrate judge and, therefore, request reassignment to a United States District Judge.

**STIPULATION**

Pursuant to the foregoing, the Parties jointly stipulate to the following and request that the Court make this stipulation an order of the Court:

1  Defendants shall file a response to the Complaint on or before October 19, 2007;

2. The Parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, and file a Joint ADR Certification or Notice of Need for ADR phone conference on or before October 24, 2007;

3. The Parties shall file a Rule 26(f) Report, complete initial disclosures or state objection and file a Case Management Statement on or before November 7, 2007;

1      4      An Initial Case Management Conference shall be held on or after November 14, 2007; and

3      5.      This case shall be reassigned to a United States District Judge.

DATED: July 30, 2007

By _____
Jason M. Schultz, Esq.
Corynne McSherry, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x112
Facsimile: (415) 436-9993

Marcia Hofmann
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x12
Facsimile: (202) 707-9066

Attorneys for Plaintiff John Doe a/k/a Brian Sapient

DATED: July 30, 2007

By /s/ _____
Jeffrey M. Vucinich, Esq. (SBN 67906)
Clapp, Moroney, Bellagamba & Vucinich
jvucinich@clappmoroney.com
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Telephone: 650.989.5400
Facsimile: 650.989.5499

Richard Winelander, Esq.
rw@rightverdict.com
1005 North Calvert Street
Baltimore, MD, 21202
Telephone: (410) 576-7890
Facsimile: (443) 378-7503

Attorneys for Defendants Explorologist, Ltd. and Uri Geller a/k/a Uri Geller Freud

No. 07-2478 BZ     STIPULATION AND [PROPOSED] ORDER RE SCHEDULING     -3-

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation and good cause appearing,

IT IS SO ORDERED.

Dated:

————————————————
BERNARD ZIMMERMAN
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the following non-CM/ECF participants:

Richard Winelander, Esq.
1005 North Calvert Street
Baltimore, Maryland 21202
rw@rightverdict.com
Tel: (410) 576-7980
Fax: (443) 378-7503

Jeffrey M. Vucinich, Esq.
Clapp, Moroney, Bellagamba & Vucinich
jvucinich@clappmoroney.com
111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Tel: (650) 989-5400
Fax: (650) 989-5499

By _____/s/_____
Corynne McSherry (SBN 221504)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x112
Facsimile: (415) 436-9993