1

2

3    UNITED STATES DISTRICT COURT

4    NORTHERN DISTRICT OF CALIFORNIA

5

John Doe, aka, Brian Sapient,

6              Plaintiff(s).              No. C07-2478 BZ

7        v.                              NOTICE OF IMPENDING
                                         REASSIGNMENT TO A UNITED
8                                        STATES DISTRICT COURT JUDGE

9    Uri Geller, aka, Uri Geller Freud,

10

11

12

13

14              Defendant(s).                        /
     _____

15

16        The Clerk of this Court will now randomly reassign this case to a United States District

17   Judge because either:

18        (1)    One or more of the parties has requested reassignment to a United States District

19   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

20        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary

21   restraining order) that a United States Magistrate Judge may not take without the consent of

22   all parties, the necessary consents have not been secured, and time is of the essence.

23        The Case Management Conference set on **August 20, 2007** at **4:00 p.m.** is hereby

24   **VACATED**.

25

26   Dated:  August 1, 2007

27                                        Richard W. Wieking, Clerk
                                          United States District Court
28
                                          *Lashanda Scott*
                                          _____
                                          By: Lashanda Scott - Deputy Clerk to
                                          Magistrate Judge Bernard Zimmerman

reassign.DCT