Jeffrey M. Vucinich (SBN 67906)
jvucinich@clappmoroney.com
Clapp, Moroney, Bellagamba
& Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Telephone: 650.989.5400
Facsimile: 650.989.5499

Richard Winelander (*pro hac vice*)
rw@rightverdict.com
1005 North Calvert Street
Baltimore Maryland 21202
Telephone: 410.576.7980
Facsimile: 443.378.7503

FILED
07 JUL 31 PM 2:31
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT,<br><br>Plaintiff,<br><br>vs.<br><br>URI GELLER<br><br>and<br><br>EXPLOROLOGIST LTD.,<br><br>Defendants | Case No.: **C 07 2478 BZ**<br><br>APPLICATION FOR<br>RICHARD WINELANDER<br>TO APPEAR *PRO HAC VICE* |

Richard Winelander hereby applies, pursuant to Civil L. R. 11-3, for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing the defendants in the above captioned case. In support of this application, I certify under oath that:

1. I am an active member in good standing of the Court of Appeals of the State of Maryland which is the highest court in the State of Maryland; the United States District Court for the District of Maryland; United States District Court for the District of Colombia; the United

APPLICATION FOR RICHARD WINELANDER TO APPEAR *PRO HAC VICE*
1

States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Third Circuit and the Supreme Court of United States of America.

2. I agree to abide by the standards of professional conduct set forth in civil local rule 11-4, to comply with General Order number 45, electronic case filing, and to become familiar with the local rules and the alternative dispute resolution and resolution programs on the court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the state of California has been designated as co-counsel in the above captioned case. The name, address and telephone number of that attorney is:

Jeffrey M. Vucinich (SBN 67906)
jvucinich@clappmoroney.com
Clapp, Moroney, Bellagamba
& Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Telephone: 650.989.5400
Facsimile: 650.989.5499

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Dated: July 30, 2007

                                  /s/
Richard Winelander, Esq. *(pro hac vice)*
rw@rightverdict.com
1005 North Calvert Street
Baltimore Maryland 21202
Telephone: 410.576.7980
Facsimile: 443.378.7503

                                  /s/
Jeffrey M. Vucinich, Esq. (SBN 67906)
jvucinich@clappmoroney.com
Clapp, Moroney, Bellagamba
& Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066

Telephone: 650.989.5400
Facsimile: 650.989.5499

Attorneys for Defendants,
Uri Geller and Explorologist, Ltd.

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 30th day of July 2007, a copy of the foregoing Application was mailed, postage prepaid to:

Jason Schultz, Esquire
Corynne McSherry, Esq.
Marcia Hofmann, Esquire
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

/s/
_____
Richard Winelander, Esq.

**JOHN DOE aka BRIAN SAPIENT v. URI GELLER, et al.**
United States District Court, Northern District of California Case No. C07-2478 BZ
**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

**APPLICATION FOR RICHARD WINELANDER TO APPEAR *PRO HAC VICE***

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

| | |
|---|---|
| Jason M. Schultz, Esq.<br>Corynne McSherry, Esq.<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Tel: (415) 436-9333 ext. 112<br>Fax: (415) 436-9993<br>***Attys for Plaintiff John Doe aka Brian Sapient*** | Marcia Hofmann<br>Electric Frontier Foundation<br>1875 Connecticut Avenue NW, Suite 650<br>Washington, DC 20009<br>Tel: (202) 797-9009 ext. 12<br>Fax: (202) 707-9066<br>***Attys for Plaintiff John Doe aka Brian Sapient*** |
| Richard Winelander, Esq.<br>1005 North Calvert Street<br>Baltimore, MA 21202<br>Tel: (410) 576-7980<br>Fax: (443) 378-7503<br>e-mail: rw@righverdict.com<br>***Attys Pro Hac Vice for Uri Geller and Explorologist, Ltd.*** | |

[X] (BY MAIL) Pursuant to Code of Civil Procedure §1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth above, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Clapp, Moroney, Bellagamba & Vucinich. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of in affidavit.

[ ] (BY PERSONAL SERVICE) I caused to be delivered by hand this date each of the above documents, to the following:

[ ] (BY FACSIMILE) I caused each of the above documents to be faxed this date to the offices of the following:

[ ] (BY FEDEX) I caused each of the above documents to be sent by FedEx this date to the offices of the following:

[ ] (BY ECP PACER) I caused to be delivered by EPC Pacer this date each of the above

G:\Data\DOCS\0073\03838\POS

1 | documents, for which our office will maintain the EPC Pacer filing receipt, to the following:

2

3 | Executed on July 31, 2007 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4

5 | _____
CLAUDIA GOMEZ

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\Data\DOCS\0073\03838\POS