Jeffrey M. Vucinich (SBN 67906)
jvucinich@clappmoroney.com
Clapp, Moroney, Bellagamba
& Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Telephone: 650.989.5400
Facsimile: 650.989.5499

**FILED**

AUG 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE A/K/A BRIAN SAPIENT,

    Plaintiff,

vs.

URI GELLER

and

EXPLOROLOGIST LTD.,

    Defendants

Case No.: C 07 2478 BZ VRW

ORDER GRANTING APPLICATION
OF RICHARD WINELANDER
TO APPEAR *PRO HAC VICE*

    Richard Winelander, an active member in good standing of the Court of Appeals of the State of Maryland which is the highest court in the State of Maryland whose business address, e-mail address and telephone number is:

Richard Winelander, Esq. *(pro hac vice)*
1005 North Calvert Street
Baltimore Maryland 21202
rw@rightverdict.com
Telephone: 410.576.7980
Facsimile: 443.378.7503

having applied for admission to practice on a *pro hac vice* basis, in the Northern District of California, on behalf of the Defendants.

    IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

1  application will constitute notice to the party. All future filings in this action are subject to the
2  requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 8/15/07

~~BERNARD ZIMMERMAN~~
~~United States Magistrate Judge~~

VAUGHN R. WALKER

United States District
Chief Judge