UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE A/K/A BRIAN SAPIENT,

    Plaintiff(s),

v.

URI GELLER A/K/A URI GELLER
FREUD and EXPLOROLOGIST LTD.,
    Defendant(s).

Case No. C07-02478-VRW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 09-06-07

[Party]

Dated: 09-06-07

**JOHN DOE aka BRIAN SAPIENT v. URI GELLER, et al.**
United States District Court, Northern District of California Case No. C07-2478 VRW
**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

| | |
|---|---|
| Jason M. Schultz, Esq.<br>Corynne McSherry, Esq.<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Tel: (415) 436-9333 ext. 112<br>Fax: (415) 436-9993<br>***Attys for Plaintiff John Doe aka Brian Sapient*** | Marcia Hofmann<br>Electric Frontier Foundation<br>1875 Connecticut Avenue NW, Suite 650<br>Washington, DC 20009<br>Tel: (202) 797-9009 ext. 12<br>Fax: (202) 707-9066<br>***Attys for Plaintiff John Doe aka Brian Sapient*** |
| Richard Winelander, Esq.<br>1005 North Calvert Street<br>Baltimore, MA 21202<br>Tel: (410) 576-7980<br>Fax: (443) 378-7503<br>e-mail: rw@righverdict.com<br>***Attys Pro Hac Vice for Uri Geller and Explorologist, Ltd.*** | |

☐ (BY MAIL) Pursuant to Code of Civil Procedure §1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth above, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Clapp, Moroney, Bellagamba & Vucinich. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of in affidavit.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand this date each of the above documents, to the following:

☐ (BY FACSIMILE) I caused each of the above documents to be faxed this date to the offices of the following:

☐ (BY FEDEX) I caused each of the above documents to be sent by FedEx this date to the offices of the following:

G:\Data\DOCS\0073\03838\POS

1    [X]    (BY ECP PACER) I caused to be delivered by EPC Pacer this date each of the above documents, for which our office will maintain the EPC Pacer filing receipt, to the following:

2

3    Executed on September 14, 2007 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Claudia Gomez*

G:\Data\DOCS\0073\03838\POS