Jason Schultz (SBN 212600)
*jason@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Telephone: (415) 436-9333 x112
Facsimile: (415) 436-9993

Attorneys for Plaintiff
JOHN DOE A/K/A BRIAN SAPIENT

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT, <br><br> Plaintiff, <br><br> v. <br><br> URI GELLER A/K/A URI GELLER FREUD <br><br> and <br><br> EXPLOROLOGIST LTD., <br><br> Defendants. | Civil Action No. 07-2478 BZ <br><br> **NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR COUNSEL ON RECORD:

PLEASE TAKE NOTICE effective September 17, 2007 of counsel's updated address and contact information.

Her new contact information is as follows:

Marcia Hofmann
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA  94110
Telephone: (415) 436-9333
marcia@eff.org

//

//

1 | The addresses and telephone numbers of co-counsel for Plaintiff John Doe a/k/a Brian
2 | Sapient remain unchanged.
3
4 | DATED: September 25, 2007
5 | By         /s/
6 | Jason Schultz
  | Corynne McSherry
7 | Marcia Hofmann
  | ELECTRONIC FRONTIER FOUNDATION
  | 454 Shotwell Street
8 | San Francisco, CA  94110
  | Telephone:  (415) 436-9333
9 | Facsimile:  (415) 436-9993
10
  | Attorneys for Plaintiff
11 | JOHN DOE A/K/A BRIAN SAPIENT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By _____/s/_____
Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Telephone: (415) 436-9333 x112
Facsimile: (415) 436-9993