Jeffrey M. Vucinich (SBN 67906)
jvucinich@clappmoroney.com
Clapp, Moroney, Bellagamba & Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Telephone: 650.989.5400
Facsimile: 650.989.5499

Richard Winelander (*pro hac vice*)
rw@rightverdict.com
1005 North Calvert Street
Baltimore Maryland 21202
Telephone: 410.576.7980
Facsimile: 443.378.7503

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT,<br>  Plaintiff,<br><br>vs.<br><br>URI GELLER<br><br>and<br><br>EXPLOROLOGIST LTD.,<br>  Defendants | Case No.: 3:07-cv-02478 VRW<br><br>NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATER JURISDICTION; LACK OF PERSONAL JURISDICTION; IMPROPER VENUE AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE BASED<br><br>[Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3), 9(b) and 12(b)(6)]<br><br>Date:  December 6, 2007<br>Time:  2:30 p.m.<br>Courtroom: 6, 17th Floor |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

  NOTICE IS HEREBY GIVEN that on December 6, 2007, at 2:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located in Courtroom 6 on the 17th floor of the United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, Explorologist, Ltd. and Uri Geller will and hereby does respectfully move

this Honorable Court to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), 9(b) and 12(b)(6). The grounds for this Motion are as follows: First, pursuant to Federal Rule of Civil Procedure 12(b)(1), because this Court lacks subject matter jurisdiction over the extraterritorial acts alleged to be in violation U. S. Copyright Law. Second, pursuant to Federal Rule of Civil Procedure 12(b)(2), because this court lacks personal jurisdiction over Defendants, a British corporation and British resident, neither of whom have ever been jurisdictionally "present" in the State of California.  Third, pursuant to Federal Rule of Civil Procedure 12(b)(3), because Sapient's vexatious choice of forum is solely motivated by a desire to disadvantage and harass Defendants. Even assuming that this Court could exercise jurisdiction over Defendants, this case should be transferred and consolidated with the suit Explorologist filed in Philadelphia under the "first to file" rule.  Fourth, and irrespective of where this case is heard, the Complaint is fatally defective because it fails to aver with particularity the circumstances that constitute fraud as required by Fed. R. Civ. P. 9(b); Fifth, the Complaint fails to state a claim upon which relief can be based. Since as a the alleged DMCA takedown was based on three-month old affidavit and otherwise failed to comply with the take down requirements of 17 U.S.C. § 512(g); there can be no liability for a DMCA takedown that is not based on a knowing misrepresentation, especially where an individual neither authorizes nor knows about the takedown; and there can be no liability under 17 U.S.C. § 512(f) where  statements made in connection with a DMCA takedown that are true and made in good faith.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the declarations of Shimshon Shtrang and Uri Geller, the exhibits, the

NOTICE OF MOTION AND MOTION TO DISMISS    - 2 -         Case Number 3:07-cv-02478 VRW

pleadings, and papers on file herein, and upon such other matters as may be presented to the Court at the time of hearing.

Dated: October 2, 2007

                                                                             /s/
                                        Richard Winelander, Esq. *(pro hac vice)*
                                        1005 North Calvert Street
                                        Baltimore Maryland 21202
                                        rw@rightverdict.com
                                        Telephone: 410.576.7980
                                        Facsimile: 443.378.7503

                                                                            /s/
                                        Jeffrey M. Vucinich, Esq. (SBN 67906)
                                        jvucinich@clappmoroney.com
                                        Clapp, Moroney, Bellagamba & Vucinich
                                        1111 Bayhill Drive, Suite 300
                                        San Bruno, CA 94066
                                        Telephone: 650.989.5400
                                        Facsimile: 650.989.5499

                                        Attorney for Defendants,
                                        Uri Geller and Explorologist, Ltd.

## ***CERTIFICATE OF SERVICE***

    I hereby certify that on this 2nd day of October 2007, a copy of the foregoing Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities, Proposed Order and Exhibits were mailed, postage prepaid to:

                                        Jason Schultz, Esq.
                                        Corynne McSherry, Esq.
                                        Marcia Hofmann, Esq.
                                        Electronic Frontier Foundation
                                        454 Shotwell Street
                                        San Francisco, CA 94110

                                                      /s/
                                        Richard Winelander, Esq.