Jeffrey M. Vucinich (SBN 67906)
Clapp, Moroney, Bellagamba
& Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
jvucinich@clappmoroney.com
Telephone: 650.989.5400
Facsimile: 650.989.5499

Richard Winelander (*pro hac vice*)
rw@rightverdict.com
1005 North Calvert Street
Baltimore Maryland 21202
Telephone: 410-576-7980
Facsimile: 443-378-7503

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT,<br>           Plaintiff,<br>vs.<br>URI GELLER<br>and<br>EXPLOROLOGIST LTD.,<br>           Defendants | Case No.: **3:07-cv-02478 VRW**<br><br>INDEX TO EXHIBITS<br>IN SUPPORT OF<br>MOTION TO DISMISS |

Exhibit 1    Declaration of Shimshon Shtrang.

Exhibit 2    Text of Shimshon Shtrang's March 23, 2007, e-mail to YouTube.

Exhibit 3    Declaration of Uri Geller.

Exhibit 4    Docket entries from *Explorologist v. Sapient*, Case #2:07-cv-01848-LP

Exhibit 5    Amended Complaint *Explorologist v. Sapient*.

Exhibit 6    Exhibit A attached to the Complaint, December 28, 2006 Affidavit.

Exhibit 7    Exhibit B attached to the Complaint, e-mail to Explorologist to from YouTube.

Exhibit 8    Exhibit C attached to the Complaint, e-mail to Sapient from YouTube.