# EXHIBIT "1"

Richard Winelander (pro hac vice)
rw@rightverdict.com
1005 North Calvert Street
Baltimore Maryland 21202
Telephone: 410-576-7980
Facsimile: 443-378-7503

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT, | Case No.: C 07 2478 VRW |
| Plaintiff, | DECLARATION OF SHIMSHON SHTRANG IN SUPPORT OF MOTION TO DISMISS |
| vs. | |
| URI GELLER | |
| and | |
| EXPLOROLOGIST LTD., | |
| Defendants | |

I, Shimshon Shtrang, declare:

1. I make this declaration under penalty of perjury and could testify competently to the matters set forth herein if called to testify. All matters stated herein are based on my personal knowledge unless specifically noted otherwise.

2. I am an officer of Explorologist Ltd., which is a limited liability company organized and existing under the laws of the England and Wales with offices in London, United Kingdom.

3. The Plaintiff, Brian J. Cutler aka John Doe aka Brian Sapient (Sapient) is a resident of Pennsylvania living at the address 303 Warren Road Hatsboro, PA. 19140.

4. Explorologist Ltd., does not own any real property in California.

5. Explorologist Ltd., has never maintained an office anywhere in California.

DECLARATION OF SHIMSHON SHTRANG IN SUPPORT OF MOTION TO DISMISS- 1 -Case No.: C 07 2478 BZ

6. Explorologist Ltd., has never had any telephone listing or mailing address in California.

7. Explorologist Ltd., has never had any bank accounts or personal property in California.

8. Explorologist Ltd., has never directed any advertising specifically targeting California residents, nor has it advertised in any publication directed primarily towards California residents.

9. In 1987, I created the film "Dr Hughes", at a public performance which took place at the Hexagon in Reading, England at a charity show for the purpose of obtaining funding for the purchase of a new scanner for the Royal Berkshire Hospital. This film is protected by English Copyright Law.

10. Upon information and belief Sapient edited then uploaded a portion of a NOVA TV show entitled "Secrets of the Psychics" to www.youtube.com November 2006. He renamed it "James Randi exposes Uri Geller and Peter Popoff." The film, "Dr Hughes", I created was incorporated in to his posting.

11. After I saw the film, which I created incorporated into the Defendant's posting on YouTube, I looked up its terms of use. I discovered the following:

> In connection with User Submissions, you further agree that you will not: (i) submit material that is copyrighted, protected by trade secret or otherwise subject to third party proprietary rights, including privacy and publicity rights, unless you are the owner of such rights or have permission from their rightful owner to post the material and to grant YouTube all of the license rights granted herein...

Terms of Use §.5.B. User Submissions. I also discovered that prior to uploading you get the following warning from YouTube:

> Do not upload any TV shows, music videos, music concerts, or commercials without permission unless they consist entirely of content you created yourself. By clicking "Upload Video," you are representing that this video does not violate YouTube's Terms of Use and that you own all copyrights in this video or have express permission from all copyright owners to upload it.

DECLARATION OF SHIMSHON SHTRANG IN SUPPORT OF MOTION TO DISMISS- 2 -Case No.: C 07 2478 BZ

12. Next I went to Sapient's website. I saw several things there that shocked, angered and repulsed me including a solicitation to children to commit blasphemy by renouncing their faith in god. Next I saw several of Sapient's other YouTube posting including a video clip of a man, by the name of David Mills, in which he picked up dog feces with a bible and wiped it on the face of Jesus. After seeing these things I did not want anything that I created associated with Sapient, his web site or his YouTube postings.

13. As a result, on March 23, 2007, I faxed a three month old (December 28, 2006) YouTube DCMA form I found in my office, to YouTube. Next I sent an email request to YouTube asking for the posting to be removed. The contents of that e-mail was as follows:

> From: "uri Geller" <uri@urigeller.com>
> Subject: RE: [#93788937] http://www.youtube.com/watch?v=K_Mkxl6ubaA
> Date: Fri, 23 Mar 2007 09:30:52 -0000
>
> Hi Justin,
> I faxed the DMCA form...
>
> These clip http://www.youtube.com/watch?v=M9w7jHYriFo and
> http://www.youtube.com/watch?v=jBQD2uunYYY was removed by you previously and was put on right back. In it there are several scenes and photos that the copy right belong to us. There is an English Dr. who introduces Uri which is a copyright infringement and some scenes from a documentary we did and the usage of the Carson clip is without our consent...
>
> Thanks for your help.
> Regards,
> Shipi

14. An accurate copy of the contents of my March 23, 2007, e-mail exchange with YouTube Is attached hereto and marked exhibit 2.

15. The faxing of the form and the sending of this e-mail was my personal act prompted by what I saw at Sapient's website. My intent was to assert copyright ownership on behalf of myself

DECLARATION OF SHIMSHON SHTRANG IN SUPPORT OF MOTION TO DISMISS- 3 -Case No.: C 07 2478 BZ

and Explorologist Ltd. Additionally I wanted to disclose Sapient's violation of YouTube's terms of use.

16. I was not asked or directed to do this by anyone.

17. My brother-in-law, Uri Geller, had no knowledge of this until I told him later.

18. On March 26, 2007, Sapient sent a counter notification to YouTube stating:

> I am officially counter-notifying per your procedures. The video that you have removed from claimant "Explorogist LTD" is NOT owned by Explorologist. Explorologist is just the front name for a guy named "Uri Geller" who is a professional con man. He has now conned you into believing this video belongs to him, additionally I am not the only one he did this too. He has claimed ownership of many videos on youtube in the last few days that expose him as a fraud.
>
> I spoke to the man who produced the segment (James Randi) for the Tonight show and Nova on Saturday. He was given permission by Johnny Carson to use the video of Geller however he sees fit many years ago, Johnny Carson and him were close friends (yes Johnny Carson of the tonight show). You can contact James Randi at: 954-467-1112 or 954-560-1114
>
> I would like the video made accessible again. Additionally I'm not sure if it is related, I can only assume it was but my entire account has been suspended. If in fact it was suspended as a result of copyright infringement, please reinstate my account. Also, I would suggest legal proceedings be brought against Uri Geller (Explorogist LTD) for fraudulently submitting a copyright request. Is that up to me to put in motion, or Is that your responsibility?
>
> Under penalty of perjury I choose to willingly make a statement that the material was disabled/removed as a mistake. Additionally, I under penalty of perjury consent to jurisdiction of federal court.
> Thanks for your attention to this matter,
>
> Brian Sapient
> 2821 Glenview Street
> Philadelphia, PA. 19149
> account name: rationalresponse
> 215-253-3733
> (consider that a signature under penalty of perjury)

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on July 24, 2007 in London, United Kingdom.

_____
Shimshon Shtrang

Dated: July 24, 2007

DECLARATION OF SHIMSHON SHTRANG IN SUPPORT OF MOTION TO DISMISS- 5 -Case No.: C 07 2478 BZ