# EXHIBIT "2"

From: "uri Geller" <uri@urigeller.com>
Subject: RE: [#93788937] http://www.youtube.com/watch?v=K_Mkxl6ubaA
Date: Fri, 23 Mar 2007 09:30:52 -0000

Hi Justin,
I faxed the DMCA form.
This clip http://www.youtube.com/watch?v=K_Mkxl6ubaA
Was filmed clip was filmed for a BBC TV show in England called Noel's
House Party and no one has the right to use it especially when it is taken out
of context.
This clip http://www.youtube.com/watch?v=WmG4G6sdGoQ or
http://www.youtube.com/watch?v=WmG4G6sdGoQ is taken out of a recent TV
show we produced in Israel and no one has the right to put it on.

These clip http://www.youtube.com/watch?v=M9w7jHYriFo and
http://www.youtube.com/watch?v=jBQD2uunYYY was removed by you previously
and was put on right back. In it there are several scenes and photos that the
copy right belong to us. There is an English Dr. who introduces Uri which
is a copyright infringement and some scenes from a documentary we did and the
usage of the Carson clip is without our consent.

So as I said what the use of you removing it when it is put right back the
next day we are running around in circles.

I can approach our US Los Angeles attorneys and go that way but I prefer
not to. I'm sure everyone is watching the lawsuit filed by Viacom against
Google.

Thanks for your help.
Regards,
Shipi


This transmission is intended only for the use of the addressee and may
contain information that is privileged, confidential and exempt from
disclosure under applicable law. If you are not the intended recipient, or
the employee or agent responsible for delivering the message to the
intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited.
If you have received this communication in error, please notify us
immediately via e-mail at uri@urigeller.com
Thank you.

**Exhibit 2**

8. I have never directed any advertising specifically targeting California residents, nor have I advertised in any publication directed primarily towards California residents.

9. On March 23, 2007, my brother-in-law, Shimshon Shtrang, faxed a three month old (December 28, 2006) YouTube DCMA form, to YouTube without my knowledge, request or authorization.

10. My brother-in-law Shimshon Shtrang also sent a March 23, 2007 e-mail to YouTube without my knowledge, request or authorization.

I declare under penalty of perjury that the foregoing is true and correct, and then I executed this declaration on July 24, 2007 in Sonning-on-Thames, Berkshire, England.

*[signature]*
Uri Geller Freud

Dated: July 24, 2007

DECLARATION OF URI GELLER FREUD IN SUPPORT OF MOTION TO DISMISS- 2 -Case No.: C 07 2478 BZ