# EXHIBIT "3"

```
Richard Winelander (pro hac vice)
rw@rightverdict.com
1005 North Calvert Street
Baltimore Maryland 21202
Telephone: 410-576-7980
Facsimile: 443-378-7503
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT, | Case No.: C 07 2478 VRW |
| Plaintiff, | DECLARATION OF URI GELLER FREUD IN SUPPORT OF MOTION TO DISMISS |
| vs. | |
| URI GELLER | |
| and | |
| EXPLOROLOGIST LTD., | |
| Defendants | |

I, Uri Geller Freud, declare:

1. I make this declaration under penalty of perjury and could testify competently to the matters set forth herein if called to testify. All matters stated herein are based on my personal knowledge unless specifically noted otherwise.

2. I live in the village of Sonning-on-Thames in Berkshire, United Kingdom.

3. I have never lived in California.

4. I do not own any real property in California.

5. I have never had any bank accounts or personal property in California.

6. I have never maintained an office anywhere in California.

7. I have never had any telephone listing or mailing address in California.

DECLARATION OF URI GELLER FREUD IN SUPPORT OF MOTION TO DISMISS- 1 -Case No.: C 07 2478 BZ