# EXHIBIT "4"

CASREF, STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:07-cv-01848-LP

EXPLOROLOGIST LIMITED v. SAPIENT
Assigned to: HONORABLE LOUIS H. POLLAK
Referred to: MAGISTRATE JUDGE M. FAITH ANGELL
Cause: 17:101 Copyright Infringement

Date Filed: 05/07/2007
Jury Demand: Defendant
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**EXPLOROLOGIST LIMITED**     represented by     **ALAN L. FRANK**
ALAN L. FRANK LAW
ASSOCIATES PC
8380 OLD YORK ROAD
SUITE 410
ELKINS PARK, PA 19027
215-935-1000
Fax: 215-935-1110
Email: afrank@frankandrosenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD WINELANDER**
1005 NORTH CALVERT ST
BALTIMORE, MD 21202
410-576-7980
Fax: 410-385-2023
Email: rw@rightverdict.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **BRIAN SAPIENT**<br>*also known as*<br>BRIAN J. CUTLER | represented by | **CORYNNE MCSHERRY**<br>ELECTRONIC FRONTIER FOUNDATION<br>454 SHOTWELL ST.<br>SAN FRANCISCO, CA 94110<br>415-436-9333<br>Fax: 415-436-9993<br>Email: corynne@eff.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**JASON SCHULTZ**<br>ELECTRONIC FRONTIER FOUNDATION<br>454 SHOTWELL ST.<br>SAN FRANCISCO, CA 94110<br>415-426-9333<br>Fax: 415-436-9993<br>Email: jason@eff.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**KURT OPSAHL**<br>ELECTRONIC FRONTIER FOUNDATION<br>454 SHOTWELL ST.<br>SAN FRANCISCO, CA 94110<br>415-436-9333<br>Fax: 415-436-9993<br>Email: kurt@eff.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**MARCIA HOFMANN**<br>ELECTRONIC FRONTIER FOUNDATION<br>454 SHOTWELL STREET<br>SAN FRANCISCO, CA 94110<br>415/436-9333<br>Email: marcia@eff.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**SAMUEL W. SILVER**
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 MARKET STREET
SUITE 3600
PHILADELPHIA, PA 19103-7213
215-751-2309
Fax: 215-751-2205
Email: ssilver@schnader.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CHAD COOPER**
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 MARKET ST.
STE. 3600
PHILA, PA 19103
215-751-2000
Email: ccooper@schnader.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2007 | 1 | COMPLAINT against BRIAN SAPIENT ( Filing fee $ 350 receipt number 939142.), filed by EXPLOROLOGIST LIMITED. (Attachments: # 1 Civil Cover Sheet# 2 Designatino Form# 3 Tracking Form)(tj, ) (Entered: 05/08/2007) |
| 05/07/2007 | | Summons Issued; 1 Mailed to counsel 5/8/07 as to BRIAN SAPIENT. (tj, ) (Entered: 05/08/2007) |
| 05/07/2007 | | DEMAND for Trial by Jury by EXPLOROLOGIST LIMITED. (tj, ) (Entered: 05/08/2007) |
| 05/07/2007 | 2 | APPLICATION OF ATTORNEY RICHARD WINELANDER SEEKING TO PRACTICE IN THIS COURT by EXPLOROLOGIST LIMITED, Certificate of Service. (Receipt #939141 Fee Paid $40.00) (tj, ) (Entered: 05/08/2007) |
| 05/07/2007 | 3 | Disclosure Statement Form pursuant to FRCP 7.1 by EXPLOROLOGIST LIMITED.(tj, ) (Entered: 05/08/2007) |

| | | |
|---|---|---|
| 05/14/2007 | 4 | SUMMONS Returned Executed by EXPLOROLOGIST LIMITED re: Scott Segal served Summons and Complaint upon BRIAN SAPIENT by Served personally upon the Defendant. BRIAN SAPIENT served on 5/11/2007, answer due 5/31/2007. (FRANK, ALAN) (Entered: 05/14/2007) |
| 05/14/2007 | 5 | ORDER THAT THE APPLICATION OF RICHARD WINELANDER, ESQ. TO PRACTICE IN THIS COURT IS GRANTED. ( SIGNED BY JUDGE LOUIS H. POLLAK ON 5/10/07. ) 5/14/07 ENTERED AND COPIES MAILED AND E-MAILED.(gn, ) (Entered: 05/14/2007) |
| 05/17/2007 | 6 | ORDER THAT THE CASE IS ASSIGNED TO THE HONORABLE M. FAITH ANGELL, MAGISTRATE JUDGE, FOR PRETRIAL MANAGEMENT PURPOSES, INCLUDING BUT NOT LIMITED TO UTILIZATION OF FRCP 16 MANAGEMENT PROCEDURES, RESOLUTION OF ALL DISCOVERY DISPUTES AND REQUESTS FOR SANCTIONS; ETC.; AND SEEKING THE CONSENT OF THE PARTIES FOR FINAL RESOLUTION OF THE CASE BY FINAL JUDGMENT BY THE MAGISTRATE JUDGE, ETC. ( SIGNED BY JUDGE LOUIS H. POLLAK ON 5/16/07. ) 5/17/07 ENTERED AND COPIES MAILED, E-MAILED AND.(gn, ) (Entered: 05/17/2007) |
| 05/18/2007 | 7 | ORDER THAT A PRELIMINARY PRETRIAL CONFERENCE IN THIS MATTER WILL BE HELD ON 7/18/2007 AT 11:40 AM BEFORE MAGISTRATE JUDGE M. FAITH ANGELLIN COURTROOM 7 IN THE ROBERT N.C. NIX FEDERAL BUILDING. ( SIGNED BY JUDGE M. FAITH ANGELL ON 5/18/07. )5/21/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED BY CHAMBERS.(gn, ) (Entered: 05/21/2007) |
| 05/21/2007 | 8 | CERTIFICATE OF SERVICE by EXPLOROLOGIST LIMITED re 7 Order,, Set Scheduling Order Deadlines, *Certificate of Service regarding Court Order dated May 18, 2007* (FRANK, ALAN) (Entered: 05/21/2007) |
| 05/23/2007 | 9 | AMENDED COMPLAINT against deft BRIAN SAPIENT with jury demand, filed by plff EXPLOROLOGIST LIMITED, Certificate of Service.(gn, ) (Entered: 05/23/2007) |
| 05/30/2007 | 10 | NOTICE of Appearance by CHAD COOPER on behalf of BRIAN SAPIENT with Certificate of Service(COOPER, CHAD) (Entered: 05/30/2007) |

| | | |
|---|---|---|
| 06/07/2007 | 11 | MOTION for Pro Hac Vice *of Corynne McSherry (on behalf of Defendant)* filed by BRIAN SAPIENT.Certificate of Service. Motions referred to M. FAITH ANGELL. (Attachments: # 1 Text of Proposed Order)(COOPER, CHAD) (Entered: 06/07/2007) |
| 06/07/2007 | 12 | MOTION for Pro Hac Vice *of Jason Schultz (on behalf of Defendant)* filed by BRIAN SAPIENT.Ceritifcate of Service. Motions referred to M. FAITH ANGELL. (Attachments: # 1 Text of Proposed Order)(COOPER, CHAD) (Entered: 06/07/2007) |
| 06/07/2007 | 13 | MOTION for Pro Hac Vice *of Marcia Hofmann (on behalf of Defendant)* filed by BRIAN SAPIENT.Certificate of Service. Motions referred to M. FAITH ANGELL. (Attachments: # 1 Text of Proposed Order)(COOPER, CHAD) (Entered: 06/07/2007) |
| 06/07/2007 | 14 | MOTION for Pro Hac Vice *of Kurt Opsahl (on behalf of Defendant)* filed by BRIAN SAPIENT.Certificate of Service.Motions referred to M. FAITH ANGELL. (Attachments: # 1 Text of Proposed Order)(COOPER, CHAD) (Entered: 06/07/2007) |
| 06/07/2007 | 15 | APPLICATION by deft BRIAN SAPIENT for pro hac vice of CORYNNE McSHERRY, STATEMENT, CERTIFICATE OF SERVICE. (gn, ) ( FILED IN ERROR DUPLICATE FILING) Modified on 6/7/2007 (gn, ). (Entered: 06/07/2007) |
| 06/07/2007 | 16 | APPLICATION BY DEFT BRIAN SAPIENT FOR PRO HAC VICE OF JASON SCHULTZ, STATEMENT, CERTIFICATE OF SERVICE. (gn, ) ( DUPLICATE FILING - FILED IN ERROR ) Modified on 6/7/2007 (gn, ). (Entered: 06/07/2007) |
| 06/07/2007 | 17 | APPLICATION BY DEFT BRIAN SAPIENT FOR PRO HAC VICE OF MARCIA HOFMANN, STATEMENT, CERTIFICATE OF SERVICE. (gn, ) ( DUPLIATE FILING - FILED IN ERROR ) Modified on 6/7/2007 (gn, ). (Entered: 06/07/2007) |
| 06/07/2007 | 18 | APPLICATION BY DEFT BRIAN SAPIENT FOR PRO HAC VICE OF KURT OPSAHL, ESQ., STATEMENT, CERTIFICAATE OF SERVICE. (gn, ) ( DUPLICATE FILING - FILED IN ERROR ) Modified on 6/7/2007 (gn, ). (Entered: 06/07/2007) |

| | | |
|---|---|---|
| 06/11/2007 | 19 | MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)* filed by BRIAN SAPIENT.Brief, REQUEST FOR ORAL ARGUMENT, APPENDIX AND Certificate of Service.Motions referred to M. FAITH ANGELL. (Attachments: # 1 Text of Proposed Order # 2 Request for Oral Argument# 3 Appendix Foreign Authorities)(COOPER, CHAD) Modified on 6/12/2007 (afm, ). (Entered: 06/11/2007) |
| 06/11/2007 | 20 | Request for Judicial Notice in support of deft Brian Sapient's motion to dismiss, filed by deft BRIAN SAPIENT, Brief, Certificate of Service and Exhibits. (Attachments: # 1 Brief# 2 Proposed Order# 3 Exhibits)(gn, ) (Entered: 06/12/2007) |
| 06/12/2007 | 21 | ORDER THAT THE APPLICATION OF KURT OPSAHL, ESQ. TO PRACTICE IN THIS COURT ON BEHALF OF DEFT BRIAN SAPIENT IS GRANTED. ( SIGNED BY JUDGE LOUIS H. POLLAK ON 6/12/07. ) 6/13/07 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 06/13/2007) |
| 06/12/2007 | 22 | ORDER THAT THE APPLICATION OF CORYNNE MCSHERRY, ESQ. TO PRACTICE IN THIS COURT IS GRANTED. ( SIGNED BY JUDGE LOUIS H. POLLAK ON 6/12/07. ) 6/13/07 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 06/13/2007) |
| 06/12/2007 | 23 | ORDER THAT TH APPLICATION OF JASON SCHULTZ, ESQ. TO PRACTICE IN THIS COURT ON BEHALF OF DEFT BRIAN SAPENT IS GRANTED. ( SIGNED BY JUDGE LOUIS H. POLLAK ON 6/12/07. ) 6/13/07 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 06/13/2007) |
| 06/13/2007 | 24 | NOTICE of Appearance by SAMUEL W. SILVER on behalf of BRIAN SAPIENT with Certificate of Service(SILVER, SAMUEL) (Entered: 06/13/2007) |
| 06/14/2007 | 25 | ORDER THAT THE APPLICATION FOR ADMISSION PRO HAC VICE OF MARCIA HOFMANN ON BEHALF OF DEFENDANT BRIAN SPAIANT IS GRANTED. SIGNED BY JUDGE LOUIS H. POLLAK ON 6/12/07. 6/15/07 ENTERED AND COPIES MAILED, E-MAILED.(stb, ) (Entered: 06/15/2007) |

Case 3:07-cv-02478-VRW    Document 26-5    Filed 10/02/2007    Page 8 of 9
United States District Court Eastern District of P  /lvania - Docket Report

| 06/28/2007 | 26 | RESPONSE in Opposition re 19 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)* MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)* filed by EXPLOROLOGIST LIMITED. (Attachments: # 1 Appendix of Foreign Authorities# 2 Text of Proposed Order Denying Motion to Dismiss) (WINELANDER, RICHARD) (Entered: 06/28/2007) |
|---|---|---|
| 07/09/2007 | 27 | MOTION for Leave to File *Reply Brief (uncontested as to motion to file reply)* filed by BRIAN SAPIENT.Certificate of Counsel, Certificate of Service (REPLY BRIEF ATTACHED).Motions referred to M. FAITH ANGELL. (Attachments: # 1 Text of Proposed Order # 2 Exhibit Reply Brief# 3 Appendix of Foreign Authorities) (COOPER, CHAD) Modified on 7/10/2007 (afm, ). (Entered: 07/09/2007) |
| 07/18/2007 | 28 | ORDER THAT THIS MATTER SHALL BE STAYED UNTIL 9/17/07, PENDING THE RESOLUTION OF DEFT'S MOTION TO DISMISS. A TELEPHONE STATUS CONFERENCE IS SCHEDULED FOR 9/20/2007 AT 02:00 PM. ( SIGNED BY JUDGE M. FAITH ANGELL ON 7/18/07. ) 7/19/07 ENTERED AND COPIES E-MAILED AND FAXED BY CHAMBERS.(gn, ) (Entered: 07/19/2007) |
| 07/18/2007 | 29 | ORDER THAT DEFT'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IS GRANTED, AND IT IS FURTHER ORDERED THAT THE REPLY MEMORANDUM IS DEEMED FILED AS OF THIS DATED. ( SIGNED BY JUDGE LOUIS H. POLLAK ON 7/17/07. ) 7/19/07 ENTERED AND COPIES E-MAILED.(gn, ) (Entered: 07/19/2007) |
| 07/18/2007 | 30 | Reply Brief in support of deft's motion to dismiss pusuant to FRCP 12(b)(1) and 12(b)(6 filed by deft BRIAN SAPIENT, Certificate of Service. (gn, ) (Entered: 07/19/2007) |
| 07/18/2007 | 31 | Minute Entry for proceedings held before Judge M. FAITH ANGELL : Pretrial Conference held on 7/18/07 (gn, ) (Entered: 07/19/2007) |

https://ecf.paed.uscourts.gov/cgi-bin/DktRpt.pl?115210266129946-L_353_0-1 (7 of 8)9/28/2007 6:43:12 AM

| 09/20/2007 | 32 | ORDER THAT THE TELEPHONE STATUS CONFERENCE WHICH WAS SCHEDULED FOR 9/20/07 IS CONTINUED AND IT WILL NOW TAKE PLACED ON 11/5/07 AT 2:00PM TO DETERMINE THE STATUS OF THE CASE AND HOW BEST TO PROCEED TOWARDS ITS RESOLUTION. ( SIGNED BY JUDGE M. FAITH ANGELL ON 9/19/07. ) 9/20/07 ENTERED AND COPIES E-MAILED AND FAXED BY CHAMBERS.(gn, ) (Entered: 09/20/2007) |
|---|---|---|
| 09/20/2007 | 33 | NOTICE of Change of Address by CHAD COOPER(COOPER, CHAD) (Entered: 09/20/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/28/2007 10:39:59 | | | |
| **PACER Login:** | rw0481 | **Client Code:** | Exp |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-01848-LP |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |