# EXHIBIT "6"



## Notice of Claimed Copyright Infringement

Date **28/12/06**

YouTube, Inc.
Attn: YouTube CMT Program
1000 Cherry Ave. Second Floor
San Bruno, CA 94066
Fax: 650.872.8513

Dear YouTube:

I, the undersigned, state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
- I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.

My contact information is below (* = required information)

Name of IP Owner*  **URI GELLER**
Name and Title*  **URI GELLER**
Company  **Explorologist LTD**
Address*  **Sonning Court Sonning Berks RG4 6UR UK**
City, State and ZIP*  **Sonning**
Email Address (to correspond with YouTube)  **URI@URIGELLER.COM**
Telephone*  **+44 1189 696766**
Fax  **+44 1189 699439**

In addition to the undersigned, the following persons have the proper authority to sign future Notices of Claimed Infringement on behalf of the IP Owner:

Name **Shimshon (Shipi) SHTRANG**   Email **Shipi@URIGELLER.COM**
Name _____   Email _____
Name _____   Email _____

Truthfully,

_(signature)_   **URI GELLER**
Authorized Signature      Print Name