# EXHIBIT "7"

-------- Original Message --------
Subject:    Content Verification Program - Videos flagged by orolp1x1e
Date:   Fri, 23 Mar 2007 10:29:30 -0700 (PDT)
From:   YouTube Service < service@youtube.com>, orolp1x1e <uri@urigeller.com>
To:    uri@urigeller.com, Copyright Bulk < copyright@youtube.com>


YouTube I Broadcast Yourself™

The following videos have been flagged as infringing by orolp1x1e (the
content owner) and need to be reviewed for deletion:

http://www.youtube.com/watch?v=M9w7jHYriFo&search=uri%20geller
< http://www.youtube.com/watch?v=M9w7jHYriFo&search=uri%20geller>
http://www.youtube.com/watch?v=K_Mkxl6ubaA&search=uri%20geller
<http://www.youtube.com/watch?v=K_Mkxl6ubaA&search=uri%20geller>
http://www.youtube.com/watch?v=WmG4G6sdGoQ&search=uri%20geller
<http://www.youtube.com/watch?v=WmG4G6sdGoQ&search=uri%20geller >
http://www.youtube.com/watch?v=eg2oY-OWcy4&search=uri%20geller
< http://www.youtube.com/watch?v=eg2oY-OWcy4&search=uri%20geller>
http://www.youtube.com/watch?v=jBQD2uunYYY&search=uri%20geller
<http://www.youtube.com/watch?v=jBQD2uunYYY&search=uri%20geller>

If you are the content owner, you are receiving this email as
verification that we have received your deletion requests.

Copyright © 2007 YouTube, Inc.