# EXHIBIT "8"

----- Original Message -----
**From:** DMCA Notice
**To:** RationalResponse
**Sent:** Friday, March 23, 2007 2:46 PM
**Subject:** Video Removed: Copyright Infringement

# YouTube | Broadcast Yourself™

Dear Member:

This is to notify you that we have removed or disabled access to the following material as a result of a third-party notification by Explorologist LTD claiming that this material is infringing:

**James Randi exposes Uri Geller and Peter Popoff:** http://www.youtube.com/watch?v=M9w7iHYriFo

Please Note: Repeat incidents of copyright infringement will result in the deletion of your account and all videos uploaded to that account. In order to avoid future strikes against your account, please delete any videos to which you do not own the rights, and refrain from uploading additional videos that infringe on the copyrights of others. For more information about YouTube's copyright policy, please read the Copyright Tips guide.

If you elect to send us a counter notice, please go to our Help Center to access the instructions.

Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material or activity was removed or disabled by mistake or misidentification may be subject to liability.

Sincerely,
YouTube, Inc.

Copyright © 2007 YouTube, Inc.