Jeffrey M. Vucinich (SBN 67906)
jvucinich@clappmoroney.com
Clapp, Moroney, Bellagamba
& Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Telephone: 650.989.5400
Facsimile: 650.989.5499

Richard Winelander (*pro hac vice*)
rw@rightverdict.com
1005 North Calvert Street
Baltimore Maryland 21202
Telephone: 410.576.7980
Facsimile: 443.378.7503

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT,<br>　　　Plaintiff,<br><br>vs.<br><br>URI GELLER<br>and<br>EXPLOROLOGIST LTD.,<br>　　　Defendants | Case No.: 3:07-cv-02478 VRW<br><br>[Proposed] ORDER GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT MATER JURISDICTION; LACK OF PERSONAL JURISDICTION; IMPROPER VENUE AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE BASED |

　　　Upon consideration of the of Defendants Motion to Dismiss this action for lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue and failure to state a claim upon which relief and the answer of the Plaintiff, it is this _____ day of _____, 200__, by the United States District Court for the Northern District of California, **ORDERED** that the motion to dismiss is **GRANTED** and it is further **ORDERED** that the Plaintiff's claims are **DISMISSED  WITH PREJUDICE.**

_____
Chief Judge Vaughn R Walker