Jeffrey M. Vucinich (SBN 67906)
jvucinich@clappmoroney.com
Clapp, Moroney, Bellagamba
& Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Telephone: 650.989.5400
Facsimile: 650.989.5499

Richard Winelander (*pro hac vice)*
rw@rightverdict.com
1005 North Calvert Street
Baltimore Maryland 21202
Telephone: 410-576-7980
Facsimile: 443-378-7503

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT,<br>Plaintiff,<br>v.<br>URI GELLER<br>and<br>EXPLOROLOGIST LTD.,<br>Defendants | Case No.: **3:07-cv-02478 VRW**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties to this action, there is no such interest to report.

Dated: October 2, 2007

/s/
Richard Winelander, Esq. (*pro hac vice)*
rw@rightverdict.com
1005 North Calvert Street
Baltimore Maryland 21202

Telephone: 410-576-7980
Facsimile: 443-378-7503

/s/
Jeffrey M. Vucinich, Esq. (SBN 67906)
jvucinich@clappmoroney.com
Clapp, Moroney, Bellagamba
& Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Telephone: 650.989.5400
Facsimile: 650.989.5499

Attorneys for Defendants,
Explorologist, Ltd. and Uri Geller

***CERTIFICATE OF SERVICE***

I hereby certify that on this 2nd day of October 2007, a copy of the foregoing Motion to Dismiss and supporting Brief was mailed, postage prepaid to:

Jason Schultz, Esquire
Corynne McSherry, Esq.
Marcia Hofmann, Esquire
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

/s/
Richard Winelander, Esq.