# EXHIBIT E

Wednesday, November 3

# 'Spoon-Bender' Uri Geller Back With 'Mind Medicine'



Israeli psychic Uri Geller, perhaps best known for his alleged ability to bend spoons with mental powers, is promoting a new self-help book, 'Mind Medicine'. Geller is seen in a 1994 picture with thousands of his trademark spoons. (Jim Hollander/Reuters)

SAN FRANCISCO (Reuters)

It can be pretty tough being a pop paranormal phenomenon -- just ask Uri Geller.

The famed ``spoon-bender'' who burst on the world scene in the 1970s with a whirl of talk show appearances, celebrity interviews and telekinetic performance art woke up one day at the end of his psychic rope.

``It was all money, money, money, Gucci suitcases, two Rolex watches, private jets ... one day I woke up in a hotel, and it was all just emptiness,'' Geller said. ``I couldn't take it anymore, so I just stopped.''

Geller -- who for U.S. audiences has long called up a Day-Glo era of Nixon, streaking, and platform shoes -- retired to England and a different, more moderate kind of fame as an author and newspaper columnist.

But now, hot on the platform heels of the 1970s' retro-chic revival, Uri Geller and his amazing mental powers are back seeking the spotlight. This time, instead of bending spoons and reading minds, Geller is pushing ``Mindpower'' as a self-help technique for emotional and physical well-being.

``Just by being positive and believing in yourself, you can help to heal your ailments,'' Geller told Reuters during a recent swing through San Francisco to promote the book ``Mind Medicine''. ``There is a force in all of us, call it telepathy or whatever you want, that can do this.''

Geller, presumably, should know. His sizzling career as one of America's favorite TV talk show guests hit the skids in 1973 when, on a ``Tonight Show'' appearance under the skeptical gaze of host Johnny Carson, ``Mindpower'' failed him and he was unable to mentally bend a spoon.

Period Of Bulimia And Depression

The ``Tonight Show'' debacle began what was for Geller a period of bulimia and depression. Once hailed as an example of mankind's mental future, the Israeli-born Geller found himself mocked in the media, scoffed at by skeptics and dogged by debunkers who sought to frankly finger him as a fraud.

Many scientists still think Geller was one of the biggest media phony of the 1970s, a sleight-of-hand specialist preying on a gullible public.

But he persevered with his claims of paranormal powers, challenging detractors with lawsuits and holding demonstrations to win more devotees.

Now, with a self-help formula championed by none other than Sarah Ferguson, the Duchess of York, he is ready for another go at tabloid glory.

``There are lots of rock stars, there are lots of politicians, but there is only one Uri Geller,'' Geller said with a smile. ``I am rather unique in my field.''

In many ways, Uri Geller is the father of the modern "X-Files." A handsome man with mysterious powers who stumped specialists and intrigued spymasters, Geller rose to prominence during a period of unparalleled hopes -- and growing fears -- about the potential power of the human mind.

Born in Israel in 1946, Geller says he was 4 years old when he first discovered his ability to bend spoons through sheer force of will, twisting the cutlery while eating soup in his family's Tel Aviv kitchen.

Other skills soon followed, particularly an uncanny ability to start and stop watches and a growing ease at apparently reading other people's minds.

A youth spent in Cyprus, a stint as an army paratrooper, and a growing fascination with espionage and show business followed.

Geller's Strange Move

But in the late 1960s, Geller made a strange move for someone who would soon be praised as one of the most powerful human minds ever. He became a male model.

``They took pictures of me in towels, in underwear, wearing watches,

you name it,'' Geller said of his stint in front of the camera. ``That experience lit the show business part of me.''

Promoted by longtime business manager and brother-in-law Shipi Shtrang, Geller began appearing at parties to show off his spoon bending and other tricks. As word spread he cut a swathe through Israeli society, ultimately winning an important fan in Prime Minister Golda Meir, who praised his telepathic abilities on national radio.

While some critics were already beginning to call him fake, Geller's reputation grew and in 1972 he left Israel for Germany where newspapers reported a series of amazing stunts such as stopping a cable car in mid-air.

The inevitable migration to the United States followed, where Geller wowed people like NASA rocket scientist Wernher Von Braun and was studied at California's prestigious Stanford Research Institute (SRI).

Geller says now that the SRI study was funded by the CIA, which was alarmed by reports of Soviet research into paranormal and psychic phenomena.

The U.S. work turned up enough interesting evidence to warrant a generally approving article in the journal ``Nature'', but Geller's association with the U.S. spy agency grew strained -- in part, he says, by requests that he turn his mental powers to such chilling experiments as stopping the heart of a living pig.

Geller's relations with the U.S. media were much warmer, and he appeared on enough television talk shows to become a household name. But after his mental meltdown on Johnny Carson's ``Tonight Show'', it slowly became less fashionable to feature Geller as a guest.

Geller himself says the Carson episode proves, if anything, that he is NOT a fake -- what trickster would blow his big chance on the top rated television show in the country?

Star Slowly Dims

But while he remained friends with such big-time celebrities as John Lennon and Muhammad Ali, his star slowly dimmed in the public eye. Meanwhile, he found himself in the grip of an addiction to bulimia -- repeatedly forcing himself to vomit in an effort to remain thin and photogenic.

``I was sticking pens down my throat, anything to induce the vomiting,'' Geller said. ``I became a walking skeleton.''

Geller says his eating disorder was so severe that he almost died. What saved him was ``Mindpower'', this time harnessed to control his health. It's a skill anyone can learn with his new book as a road map, he says and as he promotes the book he is finding himself back in front of U.S. television cameras.

``Barbara Walters almost didn't recognize me! She was expecting an old-looking man,'' the 53-year-old Geller enthused, attributing his remarkably youthful appearance to the preservative effects of Mindpower.

Geller -- who says he supports his family's lavish lifestyle by telepathically locating oil and mineral deposits for petroleum companies -- says ``Mind Medicine'' is his latest attempt to show people just how powerful the brain can be.

``I am someone who has opened incredible doors for millions of people, telling them there is a force that is in our minds, and to ahead and use it,'' Geller said. ``People are accepting, slowly but surely, that you cannot ignore Uri Geller.''

---

**Go to this article on the Yahoo website Back to press reports**

**Back to main page**

EXHIBIT F



**Need a cookbook?**
Shop at J.'s NEW store. Find books, CDs, Judaica & more!

advertise    contact us    about us        search

the **jewish news weekly** of northern california
formerly the JEWISH BULLETIN of Northern California

sign up for the
newsletter

print edition
subscriptions

change of
address

news
features
columns
letters
views
the arts
calendar
lifecycles
torah

supplements
classifieds
web links
candlelighting
personals

back issues
homepage

**Printer Friendly** 🖨

**Email to A Friend** ✉

Friday November 29, 1996

### Israeli psychic Uri Geller bends spoons, minds in S.F.

**LESLIE KATZ**
**Bulletin Staff**

I came armed with a spoon.

I was to interview Uri Geller, the Israeli psychic renowned for bending utensils with the sheer power of his mind; and by George, he was going to bend one for me.

Sure as Bill Clinton never met a pain he couldn't feel, Geller did it.

As more than a dozen of my coworkers gathered around, Geller rubbed the stem of a metal teaspoon with two fingers until slowly, almost imperceptibly, the metal just behind the bowl began to arch upward.

Geller put the spoon down on a table, warning that it might continue to bend. It did -- until its handle pointed upwards at a 90-degree angle.

"I think there is an energy in here that continues to warp the molecular structure," he told us.

What exactly was warped, none of us knew. Maybe it was him. Maybe it was those of us who lapped up his performance like hungry puppies. All we knew is that by the end of the demonstration, one of our few office spoons would no longer be scooping matzah-ball soup.


Click here to visit J.'s store!


CHABAD TELETHON TOLIFE.COM    SEPT. 9  4-10PM PDT

TO LIFE! KRON 9

"I myself still get excited when a spoon goes to 90 degrees," Geller said. "I've been on TV shows in front of 14 million people and the spoon didn't want to bend. That happens. I have to be in the mood. It's a power or an energy that I have to trigger."

Geller first attracted international attention more than 25 years ago when he performed his spoon-bending and mind-reading feats on Israeli television. Skeptics quickly called this would-be psychic a fraud. They still do, accusing Geller of being little more than a deft magician trying to pass as a prince of the paranormal.

Geller, in turn, suggests his debunkers examine the results of tests he has undertaken at research institutes: These have produced evidence of at least some unusual mental powers.

At Stanford University, for example, Geller correctly predicted eight out of 10 die throws, beating million-to-one odds. At the University of London, where a team of research physicists performed controlled experiments on him, Geller reportedly caused a Geiger counter to register 500 times its normal count.

The tall, lanky Geller was in San Francisco last week to teach a class at the Learning Annex and promote his new Mind Power Kit, aimed at unleashing the "sixth sense" Geller believes we all possess.

The kit, published by Penguin Studio Books, includes a book and audiotape offering techniques for tapping inner strength and reducing stress, and a quartz crystal that Geller says enables psychic healing.

While the kit does include a few tips on bending silverware and fixing broken timepieces using only mind power ("On the count of three, you are going to shout the word, `Work!'"), it aims primarily at helping users control their physical and emotional well-being.



**Get hard-to-find Kosher Items!**





program

**10/13/2007 20:07**
Minister Yishai: Turn Annapolis meet into economic conference

**Featured Jobs powered by**
JewishCareers.com

Director of Accounting
San Diego, CA
Congregation Beth Israel

Controller
San Fransisco, CA
The Contemporary Jewish Museum

Corporate Membership and Grants Assistant
San Fransisco, CA
The Contemporary Jewish Museum

Crisis Case Manager

"I don't believe that people who buy my Mind Power Kit will be able to sit down and bend spoons anytime and every time, or totally read minds like I do," said Geller, who insists that ordinary individuals use only 10 percent of their total brain power.

"But I do believe they can do lesser things...like getting their target goals, like believing in themselves, like visualizing and making things happen, like awakening their willpower."

Geller knows what it's like to awaken willpower. In the mid-1970s, he conquered a one-year bout with bulimia, an eating disorder whose cycles of bingeing and purging can lead to severe health problems and even death.

"It was a vicious circle. It was killing me," he said. "One day I was just so weak that I couldn't get out of my car. I had to pull myself out."

He recalls walking across the street at that point and yelling out loud, "One, two, three, stop!"

"I stopped [the bulimia] right there and then," he said. "That proved to me there is willpower."

Geller attributes his struggles with food to his swift rise to fame. Raised by his mother, a seamstress, in a tiny Tel Aviv apartment, he had little in the way of material possessions while growing up. Nearly overnight, the Israeli paratrooper turned paranormal pop star found himself swimming in wealth.

As a result, "I wanted everything -- not one dessert [but] seven desserts. And because I didn't want to get fat, I excused myself to the toilet and I stuck my finger down my throat."

His food battles long over, Geller now boasts a healthy lifestyle and a high level of career satisfaction.

Now nearly 50, he lives in London with his

San Diego, CA
Jewish Family
Service of San
Diego
View All Jobs

More Local Jobs
Post Jobs Post
Your Resume
Search Jobs

Ads by Google

Jewish Roommates
Guaranteed To Find
A Roommate. View
Photos Of Rooms &
Roommates!
www.RoommateClick.com

Jewish Ringtones
Send Complimentary
Ringtones to your
cell.
BestTones4U.com

Camp Judaea, NC
Summer camp for
boys & girls in NC.
Fun connection to
Israel & Judaism.
www.campjudaea.org

Nextbook Features
Interviews and
Essays related to
Judaism. Comments
are welcome!
www.nextbook.org

10/13/07 1:15 PM

Case 3:07-cv-02478-VRW    Document 31-3    Filed 11/15/2007    Page 10 of 27

wife and two children. There, he publishes Uri Geller's Encounters, a magazine about the paranormal. Lately, it has been selling more than 100,000 copies a month.

In addition, Geller works as a consultant, offering businesses advice based on psychic predictions, and entertains live and on radio and television. He recently appeared on the afternoon talk show "Leeza," where he had a group of children bending spoons with abandon.

In his spare time, he applies his mental skills to a variety of puzzles.

The London Sunday Telegraph ran a story earlier this month about a long-lost submarine, recently found just meters from where Geller, eight years ago, told a radio producer it was.

The producer had originally approached Geller about the submarine as a joke.

"I don't know how he did it, or if it was just pure chance, but it was spot-on," the producer told the Sunday Telegraph after the submarine was found.

Geller seems to make waves wherever he goes.

Here at the Jewish Bulletin, his spoon stunt quickly divided the staff into two camps: Afterward, some staffers looked as if they had just witnessed a meteorite. Others, however, shook their heads incredulously.

"There's a sucker born every minute," copy editor Joe Berkofsky said, quoting P.T. Barnum.

Staff writer Teresa Strasser urged her colleagues to think of Geller as "an entertainer, like Elvis."

Such skepticism irked the Bulletin's believers. "He stopped Big Ben twice!" one staff member declared. "It's arrogant of people to believe that we know everything about our human capabilities."

**Did you enjoy this article? [Subscribe to our FREE newsletter](#)** and you'll be notified each week when "J." goes online. We'll tell you about the most important stories of the week and give you a link to each one.

This page contains a BETA version of Amazon contextual links. They are marked by the dashed underline. Your purchases support our site. At times they point to items which are not related to the actual link. Please alert us by [email](#) if you discover objectionable links.

[Copyright ©2007](#), San Francisco Jewish Community Publications Inc., dba J. the Jewish news weekly of Northern California. All rights reserved.

[Advertise](#) | [Contact Us](#) | [About Us](#) | [News](#) | [Features](#) | [Columns](#) | [Letters](#) | [Views](#) | [The Arts](#)
[Calendar](#) | [Lifecycles](#) | [Torah](#) | [Supplements](#) | [Classifieds](#) | [Web Links](#) | [Candlelighting](#) | [Personals](#) | [Back Issues](#) | [Home](#)

EXHIBIT G

HOME  SEARCH  CONTACT US  BACK ISSUES
CALENDAR OF EVENTS  JEWISH BULLETIN OF NORTHERN CALIFORNIA Online

*Last Updated November 15, 1996*

- ART
- FILM
- MUSIC
- READINGS
- THEATER
- TV & RADIO
- LECTURES & WORKSHOPS
- OPEN HOUSE
- SINGLES
- SOCIAL EVENTS & BENEFITS
- SPIRITUAL & HOLIDAY EVENTS
- OTHER
- SHABBAT CANDLIGHTING

**If you would like to place a press release, click on the Press Release Form.**

# ART

**Continuous screenings of Jewish Video Competition winners.** Plus "Published Every Friday: Celebrating the 100th Anniversary of the Jewish Bulletin, 1895-1995," with "Hot off the Press: Children's Hands-on Activities Area," through Nov. 24, and "Forging an Identity: The Art of the Yemenite Silversmith" through April. At Judah L. Magnes Museum, 2911 Russell St., Berkeley, (510) 549-6950.

**"Marc Chagall: Les Fables de la Fontaine."** One hundred hand-watercolored etchings by Jewish artist. Through Nov. 20 at Sorokko Gallery, 231 Grant Ave., S.F. (415) 421-7770.

**"The Unlikely Liberators -- Witnessing the Holocaust."** Through December at African American Historical & Cultural Society, Building C-165, Fort Mason, S.F. (415) 441-5706.

**"Too Jewish? Challenging Traditional Identities."** At Jewish Museum San Francisco, 121 Steuart St. (415) 543-8880.

**"Works on Paper"** by Jonathon Nix through Dec. 8 at Elizabeth S. Fine Museum of Congregation Emanu-El, 2 Lake St., S.F. (415) 751-2535.

**SATURDAY/16 1 PM**

**"The Legacy of Nazism."** Display of World War II-era newspapers, posters, photos and text excerpted from "Testimony of the Twentieth Century -- Before and After the Berlin Wall," by Marie Ueda. Through 4 p.m. at Bay Front Gallery, Fort Mason Center, S.F. Repeats 1-4 p.m. Nov. 17. (415) 474-3854.

**WEDNESDAY/20**

**"Contemporary Art from Israel."** Sponsors: America-Israel Cultural Foundation and the Consul General of Israel. Through Dec. 31 at Refusalon Gallery, 20 Hawthorn Place, S.F. (415) 546-0158.

# FILM

### SUNDAY/24 1 PM

**"Birth of a Community: Jews and the Gold Rush."** Plus "The Frisco Kid." At San Francisco Public Library, Civic Center. (415) 557-4595.

### SUNDAY/24 2 PM

**"Almonds and Raisins."** A history of Yiddish cinema narrated by Orson Welles. At Berkeley Richmond Jewish Community Center, 1414 Walnut St., Berkeley. $2. (510) 848-0237.

# MUSIC

### SATURDAY/16 8 PM

**Singers and Songwriters series.** "Phantom of the Opera" star Lisa Vroman. At Marin Jewish Community Center, 200 N. San Pedro Road, San Rafael. Repeats at 5 p.m. Nov. 17. $20-$22. (415) 479-2000.

### SUNDAY/17 7 PM

**Lerner and Loewe concert.** Cantors David Unterman, Kay Greenwald and David Margules, plus cantorial soloist Rachel Michelberg. At Temple Emanu-El, 1010 University Ave., San Jose. $8-10. (408) 292-0939.

### SUNDAY/17 7 PM

**Violinist Itzhak Perlman.** At S.F.'s Davies Symphony Hall. $20-$75. (415) 864-6000.

### THURSDAY/21 8 PM

**Philharmonia Baroque Orchestra.** At MJCC (see Nov. 16 music).

### SATURDAY/23 8 PM

**"Sacred Service."** Peninsula Symphony and Stanford Symphonic Chorus perform Ernest Bloch piece. With conductor Mitch Klein and baritone Cantor Boris Kazansky of Temple Isaiah. At Stanford Memorial Church. Repeats at 2 p.m. Nov. 24. (415) 574-0244.

# READINGS

### MONDAY/18 8 PM

**"An Unquiet Mind."** Stanford Professor Diane Middlebrook. At MJCC (see Nov. 16 music). $9-$18.

### TUESDAY/19 7:30 PM

"**Israel: A Traveler's Literary Companion.**" Naomi Seidman. At Cody's Books, 2454 Telegraph Ave., Berkeley. (510) 845-3752.

**WEDNESDAY/20 7:30 PM**

"**Mind Power Kit.**" Uri Geller. At Gaia Bookstore, 1400 Shattuck Ave., Berkeley. (510) 548-4178.

# THEATER

### FRIDAY/15 12 PM

**Julia Child and Alice Medrich.** Conversation with Narsai David. Includes lunch. At MJCC (see Nov. 16 music). $16-$18.

### FRIDAY/15 8 PM

"**Like a Mother Bear.**" Solo performance by A Traveling Jewish Theatre's Helen Stoltzfus. Through Nov. 17 at 2800 Mariposa, S.F. $12-$14. (415) 399-1809.

### FRIDAY/15 8 PM

"**Snow White and the Utilities Company.**" Self-destructive woman encounters elderly Jewish man, portrayed by playwright Lionel Kranitz. Through Dec. 8 . At The Next Stage Theatre at Trinity Episcopal Church, 1668 Bush St., S.F. $14-$16. (415) 347-0365.

### FRIDAY/ 15 8 PM

"**The Old Lady's Guide to Survival.**" Two elderly Jewish women meet at a bus stop. Through Dec. 15 at Marin Theatre Company, 397 Miller Ave., Mill Valley. $8-$32. (415) 388-5208.

# TV & RADIO

### SUNDAY/17 7 AM

"**Noah's World.**" Program about Israel's business, technology, science and other topics. On International Channel, Bay Cablevision, Channel 48.

### SUNDAY/17 7:30 AM

"**The Shalom Show.**" On International Channel, Bay Cablevision, Channel 48.

### SUNDAY/17 10 AM

"**Israeli Morning.**" In Hebrew. On International Channel, Bay Cablevision Channel 48.

### SUNDAY/17 11 AM

"**Synagogue of the Air.**" With rabbis and cantor of S.F. Congregation Emanu-El. KUSF-Radio, 90.3 FM.

### SUNDAY/17 12 PM

"**Jewish Chronicles.**" Documentaries and dramas on Jewish faith. Repeats at 11 p.m. Tuesday. On

Faith and Values channel on Bay Area cable systems.

**SUNDAY/17 5 PM**

**"Jerusalem On Line."** Repeats at 6 p.m. Thursday. On KCSM-TV, Channel 60.

**SUNDAY/17 6 PM**

**"Genesis: A Living Conversation with Bill Moyers."** Part 5 of 10, God's covenant with Abraham. On KQED-TV Channel 9.

**THURSDAY/21 10:40 PM**

**"Hitler's Germany."** Parts 2 and 3 of 3. Germans prepare for war during height of Third Reich. On KQED-TV Channel 9.

# LECTURES & WORKSHOPS

**FRIDAY/15 7:30 PM**

**"Religion That Heals, Religion That Kills."** Rabbi George Gittleman. At Congregation Shomrei Torah, 1717 Yulupa Ave., Santa Rosa. (707) 578-5519.

**SATURDAY/16 9:30 AM**

**"Cast Me Not Off in the Time of Old Age."** Nava Ein Mor of Jerusalem's Lifeline for the Old. At Congregation Beth Ami, 4676 Mayette Ave., Santa Rosa. (707) 523-3253.

**SATURDAY/16 5 PM**

**"Ethics in the Workplace."** Jack Moore of PRTM Consulting, Isaac Nassi of Apple Computer, Martin Schwartz of Southwall Technologies and Rabbi Daniel Pressman of Congregation Beth David. Seminar continues at 9 a.m. Nov. 17. At Marianist Center, 22622 Marianist Way, Cupertino. $30-$85. Jon Kaplan, (408) 947-1014.

**SATURDAY/16 7:30 PM**

**"Hasidism: Mysticism, Ecstasy, Misogyny, Reaction?"** Rabbi Jonathan Omer-Man. At Chochmat HaLev, 2525 Eighth St., No. 13, Berkeley. (510) 704-9687.

**SATURDAY/16 7:30 PM**

**"Tree of Knowledge."** Jewish Book Festival opening talk with author Batya Gur. At Contra Costa Jewish Community Center, 2071 Tice Valley Blvd., Walnut Creek. $15-$20. (510) 938-7800.

**SUNDAY/17 9:35 AM**

**"The Jewish Identity in Film."** David Ladderman. Sponsor: Rodef Sholom. At Marin Jewish Community Center, 200 N. San Pedro Road, San Rafael. (415) 479-3441.

**SUNDAY/17 10 AM**

**"Northern California Jewish Pioneers Following the Gold Rush."** Rose Levine of Judah L.

Magnes Museum. Plus bagel brunch. At Temple Beth Hillel, 801 Park Central, Richmond. $5. (510) 223-2560.

**SUNDAY/17 10 AM**

**"The United States-Israel Relations After the Elections."** Ernest Weiner of American Jewish Committee. At Peninsula Temple Sholom, 1655 Sebastian Drive, Burlingame. (415) 697-2266.

**SUNDAY/17 10:15 AM**

**"The December Dilemma: Chanukah, Christmas, or Both."** Rachel Biale. Sponsor: Ohr Emet. At CCJCC (see Nov. 16). $3-$5. (510) 937-9372.

**SUNDAY/17 10:30 AM**

**"Zion By the Golden Gate."** Fred Rosenbaum of Lehrhaus Judaica. At Congregation Ner Tamid, 1250 Quintara St., S.F. $3. RSVP: (415) 661-3383.

**SUNDAY/17 3 PM**

**Holocaust survivors meetings.** Sponsor: Cafe Europa. At Berkeley Richmond Jewish Community Center, 1414 Walnut St., Berkeley. Yoka Verdoner, (510) 704-7475.

**SUNDAY/17 3 PM**

**Post-Election Analysis.** Larry Gerston of San Jose State University. At Albert L. Schultz Jewish Community Center, 655 Arastradero Road, Palo Alto. $4-$5. (415) 493-0563, ext. 255.

**SUNDAY/17 7 PM**

**"Boychiks in the Hood."** Robert Eisenberg. At CCJCC (see Nov. 16). $5-$10.

**MONDAY/18 10 AM**

**"Walking on Walnuts."** Nancy Ring. At CCJCC (see Nov. 16). $4-$7.

**MONDAY/18 7:30 PM**

**"More Than Just Sex."** Daniel Beaver. At CCJCC (see Nov. 16). $4-$7.

**TUESDAY/19 10 AM**

**"A Woman's View of the Talmud."** Rachel Biale. Sponsor: Women's Alliance of Marin region of S.F.-based Jewish Community Federation and Lehrhaus Judaica. At MJCC (see Nov. 17). (510) 845-6420.

**TUESDAY/19 10 AM**

**"History's Choice."** Irena Narell. At CCJCC (see Nov. 16). $4-$7.

**TUESDAY/19 12 PM**

**"4 Rabbis and an Artist: A Talmudic Debate."** In conjunction with "Too Jewish?" exhibit at Jewish Museum San Francisco, 121 Steuart St. $7-$10. (415) 543-8880, ext. 220.

**TUESDAY/19 7:30 PM**

**"Jewish Holiday Feasts."** Louise Fiszer and Jeannette Ferrary. At CCJCC (see Nov. 16). $4-$7.

**TUESDAY/19 8 PM**

**"The Holiness of Yiddish."** Lecture in English by Joshua A. Fishman. Sponsor: Stanford University program in Jewish studies. At Oak West Lounge, Tresidder Union, Stanford. (415) 723-7589.

**WEDNESDAY/20 10 AM**

**"The Cross and the Pear Tree."** Victor Perera. At CCJCC (see Nov. 16). $4-$7.

**WEDNESDAY/20 3:30 PM**

**"Mock Interviewing on Videotape."** At Jewish Vocational and Career Counseling Service, 77 Geary St., Suite 401, S.F. $20. (415) 391-3600.

**WEDNESDAY/20 4 PM**

**"Yiddish and English: An Odd Couple."** Lecture in Yiddish by Joshua A. Fishman (see Nov. 19 lectures).

**WEDNESDAY/20 7:30 PM**

**"The Stones Will Cry Out."** Rev. Douglas Huneke. At CCJCC (see Nov. 16).

**WEDNESDAY/20 8 PM**

**Chaim Herzog.** Israel's president from 1983 to 1993. Interview with Brian Lurie. At MJCC (see Nov. 17).

**THURSDAY/21 10 AM**

**"God and the Big Bang."** Daniel Matt. At CCJCC (see Nov. 16). $4-$7.

**THURSDAY/21 10:15 AM**

**"The Differing Priorities Between Jews and Christians."** Cantor David Unterman of Congregation Beth Am. Sponsor: Center for Jewish Living and Learning of Jewish Federation of Greater East Bay. At Temple Beth Sholom, 642 Dolores Ave., San Leandro. $5. (510) 839-2900.

**THURSDAY/21 7 PM**

**"Exploring Our Jewish Identity Through Film."** Screening of "Chasing the Grill" and discussion with filmmaker Daniel Robin and S.F. Jewish Film Festival's Caroline Libresco. $5. At Congregation Sherith Israel, 2266 California St., S.F. $45.(415) 346-1720.

**THURSDAY/21 7 PM**

**"Parenting the Adopted Infant, Toddler or Preschool-aged Child."** At Jewish Family and Children's Services, 200 N. San Pedro Road, Suite A230, San Rafael. $15. (415) 456-7554.

**FRIDAY/22 11:30 AM**

10/13/07 1:18 PM

**"Show Business Kills."** Iris Rainer Dart. At CCJCC (see Nov. 16). $20-25, includes lunch.

**FRIDAY/22 12 PM**

**Brown bag lunch.** Web design and publishing. At JVS (see Nov. 20). $4.

**FRIDAY/22 7:45 PM**

**"Our World: The Way It Is -- The Way It Could Be!"** Scholar-in-residence Shabbaton with Jack Weinstein. At Peninsula Sinai Congregation, 499 Boothbay Ave., Foster City. (415) 349-2816.

**FRIDAY/22 8:15 PM**

**"How to Get What You Want Out of People."** Scholar-in-residence Rabbi Judith Z. Abrams. At Temple Sinai, 2808 Summit St., Oakland. (510) 451-3263.

**SATURDAY/23 1 PM**

**"Jewish Pluralism in Israel."** Rabbi Naftali Rothenberg. Sponsor: New Israel Fund. At Congregation Beth Sholom, 1301 Clement St., S.F. (415) 981-1114.

# OPEN HOUSE

**THURSDAY/21 5 PM**

**Meet the rabbis.** Through 7 p.m. at Ruach Ami: Bay Area Jewish Healing Center, 3330 Geary Blvd., 3rd floor west, S.F. (415) 750-4197.

# SINGLES

**SATURDAY/16 1:30 PM**

**Briones hike and social in East Bay.** Sponsor: Bay Area Jewish Singles Hiking Club. For carpool, meet at Lafayette Ridge staging area. $2-$3. (510) 682-0823.

**SATURDAY/16 9:30 PM**

**Bowling.** Sponsor: Young Jewish Community ages 21-35. At Bel Mateo, 4330 Olympic Ave., Belmont. $6+. (415) 960-3103.

**SUNDAY/17 9:45 AM**

**Deliver Chanukah baskets to people in need.** Sponsor: Young Adults Division of S.F.-based Jewish Community Federation. Meet at Jewish Family and Children's Services, 1600 Scott St., S.F. RSVP: (415) 436-0711.

**SUNDAY/17 10 AM**

**Anthony and Lake Chabot Regional Park hike in East Bay.** Sponsor: Bay Area Jewish Singles Hiking Club. Meet at Rockridge BART. $3-$4. Neil Kaplan, (510) 451-5252.

**SUNDAY/17 10 AM**

**Coffee.** Sponsor: Jewish East Bay Singles (50+). At Peaberry's Tea and Coffee, Orinda Square. (510) 893-1687.

**SUNDAY/17 1 PM**

**Bowling.** Sponsor: Custodial and Noncustodial Single Parents Network. (510) 283-9982.

**TUESDAY/19 7 PM**

**Dinner.** Sponsor: Chavers (ages 25-39). At Viet Hung Restaurant, 2456 El Camino, San Mateo. RSVP: Paul Friedman, (415) 288-7960, ext. 106.

**WEDNESDAY/20 6:30 PM**

**"Peace in the North."** Lecture with Natan Golan of S.F.-based JCF's office in Israel. Sponsor: YAD of S.F.-based JCF. At Harry Denton's, 161 Steuart St., S.F. $6 advance, $8 door. RSVP by Nov. 20: (415) 436-0711.

**THURSDAY/21 5:45 PM**

**Dine out.** Sponsor: Mid-Peninsula Jewish Singles 49+. At Bobby McGee's Restaurant, Embassy Suites, 150 Anza Blvd., Burlingame. $12.50. RSVP by Nov. 19: (415) 458-1138.

**SATURDAY/23 10:45 AM**

**Tour of Mission murals.** Plus dessert at soda fountain. Sponsor: G'Shareem of Congregation Sherith Israel 40-55. Meet at Precita and Harrison. $5. (415) 346-1720, ext. 862.

**SATURDAY/23 5 PM**

**Potluck and games.** Sponsor: South Bay Jewish Vegetarians. At private home in Sunnyvale. RSVP: (408) 245-6287 before 9 p.m.

**SATURDAY/23 6:30 PM**

**Cooking with Chef Yoni.** Sponsor: Chutzpah for singles under 32. At private home in Redwood Shores. $10. (415) 593-9890.

**SATURDAY/23 6:30 PM**

**Movie night.** "Star Trek: First Contact." Sponsor: Young Jewish Community ages 21-35. At Century 16 on Shoreline Boulevard, Mountain View. $8. Preceded by dinner at Tied House, 954 Villa, Mountain View. RSVP: (415) 960-3103.

**SATURDAY/23 7:30 PM**

**Mixer.** Sponsors: Bay Area Jewish Singles Hiking Club and Custodial and Non-Custodial Single Parents. At Virtual World, 1375 Main St., Walnut Creek. $12 advance, $15 door. RSVP: (510) 283-9982.

**SATURDAY/23 8 PM**

**"Lost in Yonkers."** Sponsor: Mid-Peninsula Jewish Singles 49+. At Hillbarn Theatre, 1285 E. Hillsdale Blvd., Foster City. $15. (415) 349-6411.

**SATURDAY/23 8:30 PM**

**House party.** Sponsor: BJ Singles 40+. At private home in San Mateo. $8-$11. (415) 321-4363.

**SUNDAY/24 10:30 AM**

**Wunderlich Park hike on Peninsula.** Sponsor: Bay Area Jewish Singles Hiking Club. Take Woodside exit off I-280, past Woodside 2 miles. $3-$4. (415) 341-8210.

**SUNDAY/24 2 PM**

**Talent show.** Sponsor: Jewish East Bay Singles (50+). At private home in Oakland. (510) 893-1687.

**SUNDAY/24 7 PM**

**Card game.** Sponsor: S.F. L'Chaim Jewish Singles. Bring one pair dice and one deck cards. (415) 221-8244.

# SOCIAL EVENTS & BENEFITS

**SUNDAY/17 5 PM**

**Third annual Chabad Chevra dinner.** With puppeteer Marc Weiner. At Bancroft Hotel, 2680 Bancroft Way, Berkeley. $100. (510) 540-5824.

**WEDNESDAY/20 8:30 AM**

**Breakfast, fashion show and shopping.** Sponsor: North and South Peninsula Women's Alliance of S.F.-based Jewish Community Federation. For women who give $1,800 to JCF's annual campaign. At Bloomingdale's in Stanford Shopping Center. (415) 494-8444.

**WEDNESDAY/20 7 PM**

**Reception for Chaim Herzog.** Sponsor: Marin region of S.F.-based JCF. At MJCC. $35-$65, for individuals who have made a minimum gift of $1,000 to JCF's annual campaign. RSVP: (415) 499-1223.

# SPIRITUAL & HOLIDAY EVENTS

**FRIDAY/15 6:45 PM**

**Dinner for unaffiliated Jews.** At Chabad Center, 3070 Louis Road, Palo Alto. $10. (415) 424-9800.

**SUNDAY/17 9 AM**

**Chanukah boutique.** Through 3 p.m., plus 10 a.m. to 2 p.m. Nov. 18. At Temple Beth Israel-Judea, 625 Brotherhood Way, S.F. (415) 586-8833.

**SUNDAY/17 9 AM**

**Chanukah fair.** Song and dance festival, book fair and Rebbe Soul performance. At Peninsula Temple Beth El, 1700 Alameda de las Pulgas, San Mateo. (415) 341-7701.

**SUNDAY/17 10 AM**

**Holiday bazaar.** Through 3 p.m. at Temple Emanu-El, 1010 University Ave., San Jose. (408) 292-0939.

**SUNDAY/17 10 AM**

**Holiday gift bazaar.** Till 3 p.m. at Congregation Beth Ami's Friedman Center, 4676 Mayette Ave., Santa Rosa. (707) 545-4334.

**SUNDAY/17 12:15 PM**

**Make chanukiot.** At MJCC (see Nov. 17 lectures). $16-$19.

**SUNDAY/17 12:30 PM**

**"Chanukah and the Holiday Cycle."** Jamie Hyams. At ALSJCC (see Nov. 17 lectures). $25-$35. (415) 493-9400.

**THURSDAY/21 7 PM**

**Dreidel-making class.** At Chochmat HaLev (see Nov. 16 lectures).

**SUNDAY/24 11 AM**

**Chanukah bazaar.** Through 3 p.m. at Congregation Beth El, 2301 Vine St., Berkeley. (510) 848-3988.

# OTHER

**SATURDAY/16 7:30 PM**

**Havdallah and shmooze.** For young adults. Sponsor: Peninsula Sinai Congregation. At private home in Foster City. RSVP: (415) 813-1260.

# SHABBAT CANDLIGHTING

Nov. 15, 1996

Kislev 4, 5757

Candlelighting at 4:40 p.m.

Shabbat ends at 5:32 p.m.



Copyright Notice (c) 1996, San Francisco Jewish Community Publications Inc., dba Jewish Bulletin of Northern California. All rights reserved. This material may not be reproduced in any form without permission.

EXHIBIT H

Case 3:07-cv-02478-VRW    Document 31-3    Filed 11/15/2007    Page 24 of 27

*Invisible Signals* - No. 5 - December 1996

( *The Office of Paranormal Investigations* - Newsletter )

## Uri Geller's Mind Power Workshop
*A Summary & Review*
Loyd Auerbach

Uri Geller, famed Israeli psychic and spoon-bender, has a new product out: URI GELLER'S MIND POWER KIT (Penguin, 1996). The kit contains a nice hardcover book, a relaxation/meditation audio tape, a prop to help meditate (a card with a big orange dot on it) and a nice quartz crystal, the kit has been in bookstores here in the States for a couple of months now (longer overseas). To no one's surprise, it has apparently become the hit seller of the world-wide New Age Market.

Not limited to just psychic phenomena, I am happy to say that Uri's book covers essentially the idea that our minds have great power even over ourselves (not "simply" psychokinesis). In the book, he covers many techniques for self-empowerment, including visualization, the use of willpower, the psychological effects of color, and of course ESP and PK, as well as learning to live with such talents.

While I'm not personally convinced about the use of crystals as anything more than something to focus on, I'm happy to see so much attention on self-empowerment by Uri, both because it is a good message to provide and it is along the same lines as my own recently released book MIND OVER MATTER (Kensington Books). Uri's book is more activity oriented, rather than informational like mine.

To help promote the sales of the kit, Uri has been traveling the US presenting a workshop derived from the kit and from his life experience. I attended his workshop in San Francisco presented by the Learning Annex in late November.

Much of the workshop was Uri relating highlights of his life, partly, I believe to clear up some past misconceptions about that (including that he believed he got his "powers" from aliens) and partly to deliver some interesting life lessons. Here's a rundown of the highlights of his life story, and of the rest of the workshop (from my notes taken that day).

As a very young child, Uri was outside his home in Israel and saw a light coming down from the sky. Though he was clear that it was not aliens, not a UFO, he wasn't sure what it was --- only that it struck him (without harm). Perhaps a bit of ball lightning?

In any event, as time went on in young Uri's life, he found himself capable of "cheating" on tests at school by focusing on the back of the head of a "good student," and doing a bit of telepathic "copying."

He discussed his parent's divorce, and his mother getting re-married. His stepfather, who was well off, moved them to Cyprus, which was in the middle of a war at the time. Because his school was too close to some of the fighting, he was enrolled in a better school --- a Catholic school.

Uri was quite amusing as he discussed his first sight of the school – and the towering cross that was in front of it. Growing up as a Jew in Israel, he related, one is taught to avoid any other religious symbols, not to even look at a cross. So, imagine this boy's panic as he caught sight of the huge Christian symbol as he was driven to his new school --- "I thought I was going to hell." Fortunately, he learned from one of the head instructors that all religion was the same "One God …. We build religion" around God.

His mother began to run a small hotel on the island when he was a young teen, and apparently, the site was a good place for Mossad (Israeli Intelligence) agents to stay on the island. One of the agents brought Uri into it. Apparently, when the man was away from the hotel, Uri was asked to take any letters he received to the Israeli Ambassador. This man

Case 3:07-cv-02478-VRW    Document 31-3    Filed 11/15/2007    Page 25 of 27

became a special "contact" of his.

So, for a while, Uri intended to become a spy. However, that was not to be as while he was in officers' school in the Israeli Army, he learned that his Mossad contact, who would have gotten him into the organization, was shot on a raid. He left officers' school and left behind designs on being the next James Bond.

Uri fell into being a male model for a time. During this period, others learned of his telepathic "tricks" and his metal-bending. He was asked to perform some of his antics at private parties.

At one such party, Golda Meir was present and Uri conducted a picture drawing telepathy test with her. The drawing was of the Star of David. Uri admitted at the workshop that you "don't have to be a psychic to figure out she'd draw that."

Whether she believed this was a demonstration of real telepathy or not, the next day during an interview, when asked a question Golda said to "ask Uri Geller" for the answer. This led to a fast rise to fame for Uri (this was in 1969).

He performed before large and small audiences for some time. But after a while, the audiences stopped coming (towards the end of '71) because Uri "couldn't change my act because I wasn't a magician." He told us he ended up performing in "dingy nightclubs."

In 1972, there was a rise in American interest in countering what the Russians were doing in the way of parapsychological research. Andrija Puharich, who was involved in psi investigation and research (and author of such important non-psi works as THE SACRED MUSHROOM), was sent to Israel to approach Uri for testing.

Puharich "tested" Uri in his hotel room and became convinced of his abilities. Sometime after, unusual voices would mysteriously appear on Puharich's tape recorder --- some form of Electronic Voice Phenomena (EVP) that Uri said Puharich began to believe was a result of extraterrestrial contact (hence Puharich's book, URI, having so much of a focus on E.T.s being responsible for Uri's powers, even though Uri had no such belief).

Uri was brought to the San Francisco Bay Area for testing by a DARPA (Defense Dept.) sponsored psi research program going on at Stanford Research Institute. This highly controversial testing was conducted by Hal Puthoff and Russell Targ (something too much for me to get into right now).

Uri began to speak about the controversy that came out of public attention on his being tested at SRI. "I love the controversy…I didn't even read the articles. I just measured them to see how big they were" (how many column-inches he got). Because he didn't read the critical articles, he didn't respond to them directly. It was a "mistake from my side not to do" anything legal. Eventually, the attacks shifted to ones that were libelous and defaming.

Uri spoke a bit about skeptics attacks, but shifted back to his "life story." Sometime after the research trip to California, Uri appeared on a TV show in England (otherwise also notable because he was on with the reigning Miss World). During his TV spot, Uri sent people looking in their homes for spoons to bend and watches to fix. He had them focus on what he was doing, and shortly thereafter, the BBC's switchboard was overloaded with calls speaking of success. This, certainly more than any psi research, gave him his true overnight world-wide fame.

Unfortunately, the stresses of instant success coupled with the controversy over his powers did begin to get to him a bit.

He was asked by a mining corporation executive to try to help find gold and oil. After all, said the exec, there was more money in finding metal than in bending metal. Uri had successes at this task and was well paid for that success.

However, this new success led him to an obsession with making money, as he had come from impoverished roots in Israel. Coupled with the stresses of fame, he became a victim of the eating disorder, bulimia.

Uri was amusing talking about this serious and dangerous part of his life, but he related how stressful the illness was on not only him, but also those around him.

Then one day, the realization of what he was doing hit him hard. He told himself that he would stop the bulimic behavior with a focusing of his mind: "One….Two….Three…. STOP!" was his mental shout. And from that point on, he stopped being bulimic. This made

him realize just how powerful the mind is, not just for things outside the body, but also for altering one's own health and behavior.

Then came another revelation of sorts. Dr. Thelma Moss, who was on faculty at UCLA at the time, was very interested in the incidents of spoon-bending and watch mending that were reported by people watching Uri on live TV. So, she showed a group of students a video of one of Uri's appearances where he addressed the home audience. Lo and behold, members of Moss's class had spontaneous incidents of metal-bending an watch repair.

This led to the realization for Uri that he was a "trigger" for the abilities of others. "It's you people …. When you open up your minds and say something good is going to happen … it does!" But belief, as parapsychologists have discovered, is the all important factor. One has to believe it will be so.

Uri took a brief break and introduced Eldon Byrd, a researcher who had done much work with him over the years (and who had sued the Amazing Randi for libel and won).

Byrd discussed Uri's experiments in altering the structure of samples of the metal nitinol, an alloy that retains a memory of the shape it's cast in (bend it out of shape, apply some mild heat, even that of the human body, and it goes back to its original shape by itself).

Byrd then went on to describe some connection Uri had had with the CIA. Apparently, the CIA kept track of Uri. Byrd said the CIA tested Uri, though he wasn't aware at the time that it was a CIA experiment. Uri did volunteer to work with the CIA, but, in general, the CIA told Byrd Uri was potentially a "double agent" because he had worked with the Mossad in the past.

Uri came back and told us of one CIA piece he'd been asked to work on. He was taken to Mexico and was asked to focus on the Soviets in their Embassy and particular Russian couriers to see what he could "pick up" and to attempt to erase computer memory and disks in the Embassy. He got no word, apparently, on how successful he was. Uri then began his final piece, to discuss ideas of willpower and self-empowerment, and how we can change our own lives with our mind power.

He did do a few demonstrations throughout the session, though it was mostly a lecture. Here's a quick run-down of the demos:

• 1) A woman from the audience was asked to write the name of a "simple color" on a flip chart while Uri stood away and behind it. The woman flipped several pages over it to cover the word, and Uri asked the audience to "send it into my mind." The woman wrote the color "blue" and Uri got it. Was this psychic? Perhaps, though blue is one of two most thought of colors (red's the other).
• 2) Uri sat a "heavy set" man in a chair and he and three others, using a couple of fingers each, were able to lift the man after the man was instructed to be "lighter." Whether you consider this psychic or not, it does show the effect of mind over matter….In this case the mind of the man being lifted.
• 3) Uri asked people to pull out their own keys and to focus on bending them while Uri did the same to a spoon. One person in the audience reported some success and Uri's spoon did bend. PK? Maybe, maybe not. No good way to observe everything.
• 4) Uri held a bunch of radish seeds in his hand to try to get some to sprout. While this has been duplicated by skeptics, what happened next was provocative. Holding the one sprouting seed between his thumb and forefinger, with nothing else in his hand, Uri walked up and down the center aisle. The seed continued to sprout until there was at least a half inch of growth visible. Very Interesting.

Whatever one believes about Uri Geller's abilities, he is truly a fascinating man and excellent presenter. He informs as much as he entertains. And I can't do anything but applaud his new message of self-empowerment.

Invisible Signals - Loyd Auerbach reviews Uri Geller's Mind Power...

Case 3:07-cv-02478-VRW    Document 31-3    Filed 11/15/2007    Page 27 of 27

http://www.25mindreader.co.uk/auerbach.htm

©Loyd Auerbach - *www.mindreader.com*

*reproduced with permission*

