# EXHIBIT I

## URI'S MAGIC

by Thelma Moss, Ph.D., The Neuropsychiatric Institute,
Center for the Health Sciences,
University of California at Los Angeles.

*Thelma Moss is a psychologist and head of parapsychological research at the U.C.L.A.
Neuropsychiatric Institute. Her first book, Myself and I, was a groundbreaker on the use of LSD in
psychotherapy, and her most recent book, The Probability of the Impossible, surveys current research
in parapsychology throughout the world. She is well known for her pioneering work in Kirlian
photography, and was among the first American scientists to visit behind the Iron Curtain with Russian
parapsychologists.*

*The work reported here was conducted in June 1975. Thelma Moss makes it clear in her own
introduction to the paper that it was not possible to impose "adequate scientific controls" during the
experimentation. Geller visited the UCLA laboratory without giving much advance notice, and Moss
had to improvise a good many of the tests that were conducted. Another drawback to the Kirlian
photography research presented here, and one made clear by Moss, is that the color photographs had
to be taken in a darkroom, making it impossible to absolutely rule out any sleight of hand that may have
been attempted by Geller or by a research assistant. Though Moss believes that no such trick occurred,
she admits that she cannot offer proof. Her paper appears here as a "subjective description" of the
events that took place in her laboratory.*

*Published for the first time, with the permission of the author.*

It becomes increasingly clear that the most significant thing about
Uri Geller is not Uri Geller. Rather, it is his influence on various persons around the world, This is the
simple fact now being studied by distinguished scientists in England, Japan, Germany, and the United
States. Some of these scientists have been fortunate enough have to work for weeks or months with
Geller - or persons who have learned to emulate the Geller Effect - under controlled laboratory
conditions and can offer splendid scientific data to substantiate their findings. Our UCLA lab cannot.
We had only two brief sessions with Geller in which we seemed to see several paranormal events - all
without adequate scientific controls. Therefore, we simply wish to present a subjective description of the
events that took place in our lab first on a Saturday afternoon in June 1975, from 3:00 P.M. to 5:30
P.M. and then on the following Monday night from 10:30 P.M. to midnight.

After which report some observations:

*The Events*

When we heard, suddenly that Uri Geller had agreed to visit the lab, we were caught off-guard.
Naturally we were all familiar with his repertoire of Amazing Acts: bending and breaking heavy metals
by stroking them, starting watches and appliances that had not functioned for years, sending and
receiving telepathic messages, materializing and dematerializing objects, etc. Many magicians had, of
course, claimed they could perform these "miracles," which were simply magic tricks. Certainly in
conservative scientific circles, Geller was more infamous than famous, and the popular hypothesis was
that he represented the Complete Charlatan. We reaised that in one session (which was all that had been
promised) it would be impossible to answer the numerous charges of fraud, sleight of hand, and
chicanery. We merely hoped to witness one or two of his more celebrated phenomena firsthand.
Although we doubted even that possibility. For in our research we have learned, that psychics cannot
turn their talents on and off command, and they seem especially impotent in the laboratory, unless
there is a trusting, comfortable atmosphere in which success is not demanded. On one occasion, Geller
had been unable to perform any of his talents on a national TV program. Why assume he could
demonstrate them in our lab, under more rigorous conditions, in a space of two hours?

Nevertheless, we had made arrangements for some controlled studies. We knew Geller claimed to bend,
and break, heavy metal objects by stroking them. Could he bend or break them without touching the
metal? Barry Taff, in cooperation with the Physics Department, had obtained various metals, which had
been encased in glass vials and tightly sealed. They were ready in the lab. Previous experiments by
Grad, Smith, Dean, and others(1,2,3) had shown that chemicals could change markedly as the result of
psychic healers' "charging" such substances through glass bottles. Since Geller seemed dramatically to
change metals, could he also change the chemistry of liquids? John Hubacher had obtained some vials

http://www.uri-geller.com/books/geller-papers/g9.htm

of ethyl alcohol, and they were, too, ready in the lab. Since Geller was famous for mending broken watches, and since we typically obtain best results by starting with a task at which a psychic is most at ease, associates had brought to the lab two wrist watches and two clocks, none of which had functioned in over a year. Also ready to be stroked was a large quantity of heavy stainless steel cutlery.

A major research interest in the lab is Kirlian photography, which requires neither camera nor lens to record its curious pictures; it sends an electrical charge into the object being photographed. Kirlian photography is probably as controversial a research area as Uri Geller, some scientists claiming that the emanations that appear around fingers, leaves, metals (or anything at all) are merely an electrical artifact, or the commonplace "corona discharge." (In our experience we have found that corona discharge is indeed a major component, but does nothing to explain results like the "phantom leaf effect " as illustrated in Plate 19.) We knew that Geller had participated in a few Kirlian experiments; in fact, we had in the lab the slides shown in Plates 20 and 21, taken two years previously by Henry Dakin and James Hickman in San Francisco.(4) Plate 20 shows Geller's fingertip at rest, below Dakin's watch. Plate 21 shows Geller "sending energy" toward the watch. One can see a "spurt" emerging from the fingertip. In the hope that Geller would agree to a similar study, our Kirlian equipment was ready in the isolation booth (which also serves as a photographic studio and darkroom). Also ready in the booth were chemicals for instant development of the film, should Geller agree.

By two-thirty, last-minute details were being set straight, accompanied by scoffing comments to the effect that Geller was notoriously unreliable and would fail to appear. At which time the phone rang. It was a friend of Geller's, announcing that they had just finished lunch at the village drugstore and were unable to find the lab. Immediately two attractive volunteers were sent to bring them. Uri arrived, therefore, not promptly but ahead of time. First surprise.

The second surprise was his enthusiasm and knowledge of our research. The third was his immediate appraisal of the lab. He looked at the array of cutlery and watches on the table and said he was not interested in demonstrating his usual bag of tricks. He wanted, rather, to see if any kind of energy, emanating from him, could be photographed with the Kirlian device. "What kind of controlled study can I do with Kirlian?" he asked. Immediately I flashed on the projector and showed the two Dakin/Hickman slides (Plates 20 and 21). Uri studied the slides, puzzled. "But what are, these pictures?" he asked. Apparently, when this study had been done, in Geller's hotel, the film had been taken away to be processed, and Uri had never seen the results. I expressed surprise, but Uri shrugged, explaining that he had done only casual work with Kirlian photography, with "inconclusive results." He was hoping for controlled studies with us.

I was suddenly, oddly, off-guard. Typically we spend thirty minutes making a psychic comfortable. After ten minutes, Uri was suggesting research in an area with which he was unfamiliar (and threatened because, he told us, he had been afraid of electricity ever since, as a child, he had been badly shocked while playing with his mother's electric sewing machine). I suggested a variation of the Dakin/Hickman study: we would bring a broken clock into the booth, place it on film, and Uri would attempt to "heal" it by placing his finger on the film, not touching the clock, but "sending energy" into it. Uri agreed and entered the booth eagerly -but was immediately intimidated by the machinery inside. It took many trials before he was convinced he would not be shocked. When he finally saw that the device was harmless, he asked to begin. Approximately ten observers (chiefly lab associates) crowded into the booth, the door was closed, and all the lights turned out except for the red safe light, which can be on when we use special orthochromatic film.

There began a long series of trials, which were failures. Uri tried to "send energy" into the broken clock. When he felt that the energy was there, he would shout "NOW!!" and I would press the button to take the picture. Then I picked up the clock with one hand, and with the other hand picked up the film and handed it to John, who was developing each piece of film after each trial. We were searching for the "spurt of energy," like the one in Plate 21. It did not appear for twenty-two trials. Perhaps to relieve the mounting frustration, Ruth Williams, who had brought the clock, picked it up and announced, "It's going!" Uri shouted, "NO!!" grabbed the clock from her and held it to his ear, then promptly held it to my ear. I could hear it ticking loudly and steadily. Everyone in the booth took turns listening to its regular ticking, making excited comments.

Here, an interlude to complete the watch phenomenon. That clock kept perfect time for five weeks before it stopped again. What was more peculiar, a second travelling clock, which had been brought into the booth and put aside as unsuitable for the experiment, started going, without ever being touched. Uri

also mended two wrist watches that afternoon, one of which had not worked in eight years. But by far the most inexplicable phenomenon happened the following

Monday afternoon, when my daughter Pauli and I watched Uri on a local TV program. On the show, Uri asked people in their homes to bring watches or clocks or broken appliances in front of their TV sets, saying that this phenomenon of repair was not his exclusive power, since somehow - he did not know how - people in the TV audience could perform the same "healing." On impulse, I went to my jewel box and brought to the TV set a gold watch that I had been wearing as a pendant for the past sixteen years, since in all that time it had never functioned as a timepiece. I gave the watch to Pauli to hold. She did, but toward the end of the demonstration it was still not working. Pauli handed the watch to me, saying it was very pretty and she would like it as a birthday present. I agreed. She added that she would like me to have it repaired, and I agreed again. Then, as Uri was saying his goodbyes, I absently lifted the watch to my car. It was ticking steadily. I said to Pauli, "It's going." She said, "Don't be silly." I handed it to her, and she heard it. Startled, she said, "But how could that happen?!" (She is a Harvard student.) I couldn't answer her, of course. The watch has been functioning ever since.

Uri had repaired five watches and clocks taken from our lab alone. Let us freely grant that he may have been performing some legerdemain in the lab. That explanation cannot suffice for the remote TV watch repair, a phenomenon, incidentally, that has been repeated in many cities and countries. (See Appendix.) In spite of the general excitement, I felt disappointed. I had hoped that whatever energy Uri had used to start that first travelling, clock would be recorded in the Kirlian photography. It was not. Uri was similarly dissatisfied, and suggested we continue to try for the Kirlian effect. He felt he could succeed in demonstrating the energy on film, but that it might take one hundred failures before we obtained one success. Would that be all right? Of course. Usually, in psychical research, we achieve at least a dozen failures for each success.

Uri now began working with a key placed at the top of the film; his finger was at the bottom. Again a long series of failures. But eventually John, who had been developing each piece of film as I handed it to him, suddenly said quietly, "It's there." Uri shouted his characteristic "NO!!" And reached to see the film. But the red light in the booth is dim, and he could not make out what was on the film. I suggested a break, so that we could go into the light and study the picture. But Uri, with his swift impatience, rejected the idea. He felt he might now have a handle on the "energy," and he proposed a series of trials, three of which would be control pictures (for which he would not attempt to send energy), and three experimental pictures (for which he would try to achieve the effect). On each of the "energy" pictures the effect appeared, to a greater or lesser degree, and nothing unusual was observed in the control pictures. The best of this series is printed here in Plate 22; and Plate 23 gives a close-up of Uri's finger pad, with energy spurt.

It should be strongly emphasized that the red dimness in the booth makes sleight of hand easy indeed. There is no way, therefore, that we can rule out fraud in these Kirlian pictures.

We left the booth to examine the negatives in the light. Uri was delighted with what he saw and asked me to explain the phenomenon. I laughed and asked him to explain what he had done. He shook his head and laughed, too. Stimulated by the success, he said he would like to try a telepathy experiment. We had made plans for such an experiment, should the opportunity for it arise. Three students - Judy Orloff, Kerry Gaynor, and Ruth Brady - were to go to my office, five floors below the lab. There, when they received my phone call, they were to draw on a piece of paper a number between one and ten (chosen randomly, of course). Uri would try to receive the number in the isolation booth, where he would remain with me. During this time, Uri agreed to keep his finger on a Kirlian device that we use to take moving pictures. (It was hoped that the number, should Uri receive it, would appear in the emanations around his fingertip. We obtained good movies of his finger which looked no different from a normal, healthy fingertip in Kirlian cinematography.)

After the telephone signal was given, Uri reported seeing the Star of David, and after a few more minutes said that the only other impression he received was the infinity sign (oo). Finally he said he had failed in the experiment, for he had received no other impressions. He asked me to call down to the office to find out what the number was. When Judy answered the phone, I said, "Uri didn't get a number, His only impressions were the Star of David and the infinity sign." Judy laughed. "We all said he'd get the infinity sign! The number was eight - and as we looked at it, we said it looked like the infinity sign."

Success? We like to think so - even though the telepathic impression had arrived, as it frequently does,

with primary process distortion. We felt more secure about the success when the students brought to the lab the piece of paper on which the eight had been written. It looked very similar to the infinity sign Uri had written in the booth.

Collusion? Possible, certainly. Scientific research - and, recently, parapsychological research - has been plagued with a few dishonest scientists. Another possibility, widely hypothesized, is that Geller wears a miniature transistor radio in his teeth and can hear what is occurring in remote places. More plausible, perhaps, is that Geller was employing a magic trick. Magicians claim this is an effect they can easily duplicate. This was the best controlled of our studies that day - and one can see how easily the controls can be shot down.

The "infinity sign" success had charged the lab with excitement. But suddenly the sweet sounds of success were drowned by friction. It was discovered that an observer in the lab, a professional photographer from a magazine that had published exposes on Geller, had been taking pictures of the day's events. Geller was angry that the photographer had been allowed in the lab. (I had agreed that he come, with the provision that he take no pictures.) During this fracas, Uri and the photographer went into the hall. While I was wondering what to do, they reappeared. Uri was now holding the photographer's key chain, saying he would bend whichever key the photographer selected. (Barry Taff quickly turned on the video tape to record the event, should it occur. It did.) The photographer, delighted, chose a key, which Uri stroked gently. Barry exclaimed, "I can see it bending" Uri replied quietly, focusing on the key, "No, no. No one can see it bend." Eventually, we could all easily see that the key had been deformed to an angle of approximately forty degrees. The photographer was so enchanted that he surrendered the roll of film he had shot.

Another collusion? Between Uri and the photographer, a "stooge"? Why not? Their violent argument could have been contrived so that they would disappear into the hall, where Uri could rub chemicals on the key (another frequently offered hypothesis). Once again, we had no adequate controls for this example of psychokinesis.

After all this excitement, Uri had developed a headache. I suggested that one of our lab members, a medical doctor doing research on the "laying on of hands," give Uri a healing. Uri went into the isolation booth with the doctor, who emerged in less than a minute, smiling and saying, "Uri's pain is gone." Uri came to the door of the booth, a bemused expression on his face. "How does he do that?" he asked.

A high point: Uri Geller asking how someone else can do something . . .

More than two hours had passed and I had to leave for an evening lecture. Uri was exhilarated, and stood in the hall with John and Barry, talking about the possibility of returning for further experiments. (Neither Barry's metals encased in glass nor john's chemicals had been touched.) I left them chatting and missed a dramatic episode:

Early in the day a physics student, Jim, had brought to the lab a sophisticated electronic device in the hope that Geller would be able to distort the 100-cps sine wave it had been programmed to produce. This sine wave was shown to me on an oscilloscope; it could also be printed on a chart recorder. I agreed, after trying vainly to distort the sine wave on the oscilloscope, that it would be an excellent test for PK, but that we had already too crowded and busy a schedule. Also, the device was too large to fit into our small lab and must be left in the hall (with someone standing guard over it). Naturally, Geller saw it right away and knew what would be expected of him. But he dismissed the idea, saying he had never been able to affect electronic instruments voluntarily - only spontaneously. (Reports from Harold Puthoff and Russell Targ from the Stanford Research Institute confirm this lack of voluntary control in Geller, although they admit to several spontaneous occurrences in which electronic devices went berserk in Geller's presence.)

While John and Barry chatted with Uri in the hall, Jim surreptitiously turned on the machine and chart recorder. No one was aware that he had done so, or that anything unusual occurred. But a very excited Jim arrived on Monday morning, bringing with him the chart of the 100-cps sine wave, which had accelerated to 4,000,000 cps, going through four modifications in shape, and ending in a triangular wave, at which point the machine suddenly stopped working. Jim had gone to his professor with this fascinating data, only to be told that sophisticated electronic gear will quite often suddenly malfunction, and that it was merely a coincidence that Geller was standing near it when the malfunction occurred.

Uri telephoned the next afternoon (Sunday), saying he was so intrigued by the Kirlian pictures, he would like to return for another session, this time to obtain color pictures. The only satisfactory time

proved to be 10:30 P.M. on Monday night.

And Monday night Uri arrived, again a little ahead of time. For this session, Uri and I remained alone in the isolation booth, while John Hubacher stayed outside, trying to send telepathic messages. Our goal was to obtain, on color film, any impressions Uri might receive and channel through his fingertip. Since we were working with color film, which cannot be processed immediately, Uri knew he had to leave Los Angeles before learning the results. Nevertheless, he worked very hard, insisting that for every experimental trial (to channel his telepathic impression on film), there would be a control picture (when he was inactive).

Once more it must be stressed that for color film, *no light at all is possible*. Uri and I worked in the booth in total darkness. Therefore, some kind of chicanery was conceivable.

There were many trials in which Uri tried to receive a number, or a geometric figure, or a letter of the alphabet. He was never successful. On one occasion he reported feeling an "electric sensation" travelling up from the film into his arm. On that trial he had been trying to receive a number, but had felt unsure and did not say the number aloud - although he wrote it on a box top, in the dark, and showed it to me after John told us the number was five. Uri did not claim success for the telepathy, but felt something might appear on the film. Several times after that Uri felt an "electric sensation," and I made notes of those trials. In three of them, unusual effects did appear. They are shown here in Plates 24, 25, and 26. And, of course, all of these effects could be tricks, easily performed in the dark. The result of manipulating a fine wire, for example. Attempting to duplicate the effect, one of our lab associates obtained the picture in Plate 27 by plucking a hair from his head and holding it under the tip of his finger. The effect is as interesting as the Geller pictures.

On the other hand, on rare occasions in the lab, we have obtained pictures, which look similar to the Geller Effect, from ordinary subjects doing routine experiments. We have labelled these "Kirlian anomalies," and two of them are shown here in Plates 28 and 29, depicting what we call "unexplained eruptions."

Toward midnight Uri was tired, as indeed were we. But John was not quite satisfied. He asked if Uri would mind trying to send energy into the vials of ethyl alcohol he had placed in the booth. Uri obliged, commenting that he did not know the purpose of the experiment and did not care to find out. While he held his hands above the vials, I quickly left the booth and snipped a leaf from a plant. I handed the leaf to John, who grinned and cut off a small section of the leaf, and then asked Uri if he would mind one last Kirlian study. Uri sighed and nodded. When John asked him to send energy into the cut leaf, Uri did as requested, remarking that he had never tried to energize a leaf. As soon as the picture was taken, Uri left, without waiting to see the result of that final black-and-white leaf picture. But John and I were quick to develop it - and we found a "phantom leaf effect." As one can see in Plate 30, it is not a vivid or exciting "phantom" effect, but it is there. As I write this, I reaise Uri was never told about the purpose of this last study - nor about his success.

OK. What had come of those two Uri Geller sessions? Five mended watches, one bent key, one successful telepathic experiment at a distance, several very interesting Kirlian photographs, including one "phantom leaf," an oscilloscope that went berserk and broke - and, finally, a chemical analysis that showed striking changes in the composition of the ethyl alcohol (changes that were not conclusive, because the chemicals had not been adequately analyzed before the experiment). And, of course, without rigorous controls, as we have said, we can offer no scientific evidence that any one of these effects was genuine.

*Observations*

But scientific evidence is not the theme of our paper. The essential theme is this:

Since Geller's appearance in Los Angeles, our lab has been visited by several persons who claim that they, too, can bend metals by stroking them. And they have successfully demonstrated their ability. The most remarkable episode of this kind, in our experience, occurred in August, when a young woman named Cindy visited us and succeeded in dramatically distorting a heavy fork. It took her two hours to complete the job, during which time two high school boys came into the lab and watched the proceedings. I suggested they try to bend something, too, since the talent seems to transfer to others who watch. The boys took out keys and began stroking them. At the end of the session, the fork had gone through several transformations. Plate 31 shows the fork at the end of an hour; Plate 32 shows it after one and a half hours; and Plate 33 at the end of two hours. In addition, one of the boys had made a small bend in the key. He felt rather sheepish about his accomplishment, compared to Cindy's. I

suggested he look at the key later on, since sometimes the object continues to bend after the stroking. He called a few hours later to tell us excitedly that when he took the key out of his pocket to look at it, it had bent double. And the next morning he called, aghast, to say that when he woke up and looked at the key, he saw it break in two pieces. (I believe he was frightened by this episode, because when I phoned to ask him to bring the key in, his mother promised to have him return the call. He never did.)

Here is an interesting chain reaction. Geller had performed on Los Angeles TV. A sixteen-year-old, Colleen, saw him and discovered she could bend metal. Cindy saw Colleen (never Geller) and found out that she could do the same thing. A high school student watched Cindy and found out he could do it, too. We saw it in our lab.

Other scientists in other countries have seen it in their labs. And they have documented their findings with many persons (usually, but not always, between the ages of ten and twenty). In particular, Professor John Taylor, in his book *Superminds*,(5) gives excellent hard data on the mysterious qualities found in the metals deformed by these subjects.

What is it that these subjects do? No one knows. Not even the subjects themselves. (Not even Uri Geller, who asked me very seriously, "What does all this mean?")

This faculty - bending and/or breaking metals by gentle manipulation - is considered by many to be nothing but a parlor trick. In my opinion, it might be likened to the inane game, played in Ancient Greece, in which people would amuse themselves by rubbing amber and then picking up light objects with the amber, sometimes to the accompaniment of little sparks and crackles.

Amber, in Greek, is called *elektron*. From which root word we have derived our words *electron* and *electricity*. Although it took eighteen hundred years to proceed from the game of rubbing amber to pick up objects all the way to the creation of the huge dynamos that serve today's complex technology.

It is conceivable that this foolish TV entertainment of metal bending is the emergence into our awareness of another powerful energy, an energy emitted by the human body, an energy that thus far science has overlooked. Physicists are puzzled by the deformed metals they have analyzed. For, to obtain such twists and turns in metal, intense heat (hundreds, if not thousands, of degrees) would seem to be required. But nothing more than body heat has been recorded.

Can so powerful an energy be emitted effortlessly by the human body? Is there a bioenergy capable of so much work? Properly understood and harnessed, an energy like this could offer vast new areas of exploration in medicine, metallurgy, and biology - not to mention psychokinesis, which has generally been ignored by science until now.

These are powerful implications. And it is just because of these implications that Uri Geller's magic may prove to be quite marvelous.

## APPENDIX

Of the numerous anecdotes reported to our lab about broken watches, clocks, and other appliances repaired in front of a TV set when Uri Geller was performing, this report - a letter received from Mrs. Pauline Figer of San Francisco - is the most remarkable:

Dear Dr. Moss,

I have been reading about your tests with Uri Geller. And your findings are amazing. But I think my experience concerning Mr. Geller is even more amazing. He was on TV Channel 2 in Oakland, Calif., not so long ago. During the interview all of us at home were asked to get out our watches that needed repairing. I had a bunch of old watches I have had for years. Six began to run for me. Out of the six, five are still running. However, the most amazing experience is as follows: I had forgotten all about my grandfather's watch that hasn't worked for years and years. My dad kept it in a glass container on a table in his living room as just a keepsake from his dad who died when I was 13 years old. I am now 55. When my dad died the watch was given to me. The watch was in my dresser drawer, and I couldn't have told you just exactly where! After watching Mr. Geller I turned off the TV and decided to go to bed. I knelt down and said my prayers as usual. Then as I started to pull back the covers on my side of the bed, something fell to the floor. (The lights were off.) I picked up the object and took it to the light to see what it was. It was my grandfather's watch and it was running!!! It had *been transposed some way* from the drawer to the bed while I was in the living room! The watch is still running. I wrote to Mr. Geller because I thought he would like to know. However perhaps you also can relate the experience to him for I thought he would be pleased to know it.

It is a delight to relate this experience for Mrs. Figer.

## REFERENCES

1. Dr. Grad's research has been published in various scientific journals. The *Journal of the American Society for Psychical Research,* 61, 286-305, 1967, article contains a good bibliography.

2. Sister Justa Smith's research with enzymes is published in the *Proceedings of the Dimensions of Healing Symposium,* Academy of Parapsychology and Medicine, Los Altos, California, 1972.

3. Douglas Dean and Ed Beame's paper, "Physical Changes in Water by the Laying on of Hands," is published in the *Proceedings of the Second International Psychotronics Conference* Monaco, 1975.

4. Dakin, H. S. *High-Voltage Photography.* The quotation may be found on page 30. This monograph, published in San Francisco, 1975, may be purchased from the Edmund Scientific Company, Barrington, New jersey, 08007.

5. Taylor, John. *Superminds: An Inquiry into the Paranormal* (New York: Macmillan, 1975). This book contains the best experimentation yet published on the Geller Effect, performed by a well-known physicist.

---

Back to books list.
Back to main index.
Back to Uri Geller's home page.

---

# EXHIBIT J

# 16

THE STANFORD Research Institute tests led to some important conclusions, which were to be announced to the public at a colloquium sponsored by the Columbia University Department of Physics in March 1973. SRI was preparing a report to the colloquium. Among the data to be presented was evidence of my success in hidden object experiments, against odds of a trillion to one; and of my ability to influence a gram weight to weigh more, then weigh less, when measured with precision lab instruments.

SRI's most important findings for the Columbia meeting were: "As a result of Geller's success in this experimental period, we consider that he has demonstrated his paranormal perceptual ability in a convincing and unambiguous manner." And this: "We have observed certain phenomena . . . for which we have no scientific explanation. All we can say at this point is that further investigation is clearly warranted. Our work is only in the preliminary stages."

For conservative scientists these were startling statements. I myself soft-pedaled the results, because I started sensing that *Nature* would be cautious about publishing the results in spite of the presentation at Columbia. Even if nothing was published, I had SRI's reaction, and knew I had to keep going. But I was also happy deep down that I could succeed with scientists under controlled conditions.

I had succeeded. It was real. Scientists could see that it was real. No chemicals, no laser beam, no sleight of hand. And there was more to it than just bending keys, telepathy, and starting up watches. I was now convinced that the phenomena were symbols, clues from enormous intelligences that seemed to be revealing themselves through the tapes, through the materializing and dematerializing objects, and through living things. There was also evidence coming through about UFOs and spacecraft.

Neither Russ Targ nor Hal Puthoff knew what to think about the UFO picture I had taken on the Lufthansa plane or about the voices on the tapes. They had their hands full testing the material that could be repeated over and over again in the lab. They didn't want to get into speculation. Even if they had wanted to explore the voices, they couldn't have gotten far, because the tapes had dematerialized or had erased themselves.

It was still hard for me to accept those voices. But Shipi, Melanie, Solveig, Byron, and Maria, as well as Andrija and I, all heard them at one time or another. I can guarantee that none of them is a psychotic or fantastic liar. We were not deluded or imagining or kidding ourselves. Most of us saw the tapes dematerialize right in front of us after hearing them, or found them automatically erased after hearing a message. What scientist or layman would believe that? I wouldn't, if somebody just told me about it. I would have to have the evidence in front of me. And a name like "Spectra" makes the whole thing sound like bad fiction. But it was heard clearly on the tapes.

And yet the tapes bring with them a tremendous message to the world, even though they do sound like science fiction. For instance, a portion of one of the tapes made approximately this statement to Andrija in 1973:

You see, the procedure is this. We accept the thesis that we are here and that we want these things done, we can do them through you. You also have to struggle - we have also to struggle. Supposing all healthy biologic events surround the birth of a child. It will take nine months and it will take mating. The greatest of men are not born in an instant. All the birth pangs that any other mother would undergo, their mothers had to undergo, too. But the point is this: Supposing tonight I sit down here - which is perfectly possible - I can sit here for an hour and tell you what is going to happen to the minutest detail - how often you are going to sneeze, how often you will sit - that can be done, but that is not the way to do it. What you are doing is just the right thing. Struggling a little, getting creative imagination into exertion, awaiting a certain little point for guidance....

We have to look upon this as a long-term contract between you and us. Your cooperation is so urgently needed. If we develop these techniques, we shall have taken long strides: Indicate the formula and the method. But we understand how rich labor, application, patience it involves to get into operative forces. So our plans are definite. We feel that you must put in some real effort. We shall cooperate, but your will has to exert itself.

Or sometimes the voice would talk more about theoretical matters, like this one in 1973:

The ultimate powers, whether on the particle level or on the cosmic level, are in rotation and drawing off the gravitation power from the center of the system. There are special rays . . . where the skin of the envelope of the cosmic rays is utilized for power. The computerized beings in space vehicles draw on this energy. This rotation energy can be used from outside the galaxy. It does not exist in a usable form at the particle level. The computerized beings are under the direction of the "controller," or what earth man calls God, or gods. In the future, this general idea would be formulated in rigorous mathematical language.

Is it hard for a reader to believe that all this and much more actually came through on a cassette tape recorder that automatically activated itself? Of course it is. But it is part of the story and can't be ignored. The voices are also a clue to the source of the energies that flow through me, energies that are directly confirmed in the physics labs.

Andrija has recorded much more than these brief portions in his book Uri. Many of the other tapes affirm for me the existence of God, although I believe that anyway, tapes or no tapes. Some of them describe the vastness of a universe that never ends. Some emphasize the importance of the free will of the human individual. Some talk about previous explorations of the earth by spacecraft and predict another large spacecraft probe of the earth in the near future. Not an invasion, just a contact. Some indicate that the owners of the voices have been observing the earth because all the universe is interrelated, and every small event affects everything else. On this subject, the tapes stated that they were out to stop the earth from destroying itself.

I don't know whether these voices are beings or cosmic computers. I do think they are intelligences of some kind. They were so persistent that I have come to accept what they said, because - at the same time - actual, down-to-earth, material things were taking place while the scientists were studying the energy forces.

All this, as well as my own instincts, was pushing me to go beyond the scientific tests and continue to make the energy forces known to the masses of people, if only to show them the small but unbelievable symbols found in the bending of a key or other phenomena. I think the symbols might suggest that we're on the edge of big discoveries of new energies, new intelligences, and new contact with other forces or superior beings in the universe, which will help us join together instead of tearing ourselves apart. It isn't all that illogical. I think every astronomer today accepts the theory that there are millions of other planets with the high probability of intelligent life on them.

*Time* magazine was still pushing for more information as the time for the Columbia University meeting got nearer. Andrija and I agreed to go to their offices for an interview. Neither of us liked the idea, because it looked to us, from what we had heard, that Jaroff, the senior editor on the project, was skeptical almost to the point of hysteria.

Our hunch was right. At *Time,* the atmosphere was hostile and negative. There was no sign at all of honest skepticism. There were a couple of magicians there, and one of them brought up the fact that I had appeared in Germany on the same stage with magicians. The atmosphere was not at all good for any kind of demonstration, but I did some and they worked, including the bending of a key and fork supplied by the editors. Andrija remarked after we left that the entire meeting had the atmosphere of a lynch party.

I was very down when we left the *Time* offices. It was less easy to sense what they were going to write, and the atmosphere at the meeting confirmed that the rumors we heard were true. The article appeared under the heading "The Magician and the Think Tank" in the March 12, 1973, issue, just about the same time that the SRI results were presented at the Columbia University colloquium.

It was a strange conjunction of events. The *Time* article was vicious, filled with outright falsehoods and innuendoes. Without even knowing what the SRI conclusions were, the writers tried to make it appear that I had pulled the wool over the scientists' eyes with a series of tricks. They always seemed to want to do this - to make it appear that I was more clever than a whole group of top scientists. If I were, I would have to be a lot more brilliant than I am.

But at the same time that the *Time* story appeared, the results presented at Columbia confirmed the authenticity of the tests under controlled laboratory conditions. *Newsweek* covered the colloquium with a cautious but fair article that said the evidence showed the need for serious follow-up study. My confidence that *Nature* would eventually accept the paper that Targ and Puthoff were preparing began to grow.

So it was a mixed reaction. Actually the Time story started my name circulating around, and I got

invitations to appear on some of the top TV talk shows in the United States.

Jack Paar was the first. It was my first big television appearance in America, and I was really excited about it. It went fantastically well, the demonstrations worked, and the appearance helped set up some of the lecture-demonstrations at colleges that Yasha and Werner were working on.

I was pleased when I was invited on the Johnny Carson show, because I knew he commands a huge audience. I wanted very much for things to go well, and because of that I was unusually tense and nervous. Nothing seemed to work at first, although a spoon did bend as Ricardo Montalban held it, and I was uncomfortable because they were hurrying me along. Very little happened on that show, and I felt terrible. I'll never forget it. Millions of people were watching, and I had to pretend that I was happy and smiling. Inside I felt this awful depression.

It was terribly embarrassing. The funny thing was that after the show, backstage, things really started happening. A medal disappeared and reappeared, objects flew around the room, everyone was astounded.

On the other hand, I was on the Merv Griffin show twice, and each time it went beautifully. Rings broke in half, the telepathy worked. With Mike Wallace on "Sixty Minutes" the results were good in spite of his skepticism. The Carson show was the only failure, perhaps because I wanted so much to succeed.

Meanwhile, I was getting restless living at Andrija's place out in Ossining, even though it was beautiful. I have always liked to be active, and I felt the strain of being hemmed in. I wanted to meet more people. I liked the excitement of New York and wanted to live in the city. Yasha and Werner had set up an office in their apartment there, and it had enough room for Shipi and me.

Andrija was beginning at that time to write his book on our experiences. We had our fights and our differences, sometimes quite intense. But I loved Andrija, and I still do. He is like a father to me. But there comes a time when the son grows away from the father, and this happened with us. We agreed that, even under these strange conditions, he could not possess me and I couldn't possess him. I wanted to work for myself, to think for myself, to grow up, and to advance alone.

I told Andrija this, and he agreed. I said I wanted to test myself, at least for awhile. When I moved into New York to stay with Yasha and Werner, I felt a new independence and a new sense of security. I began to understand that, no matter what happened, some people would always be against the idea of the powers, and nothing I said or did would change their minds. This situation would continue until the scientists confirmed that the forces were real. But I was learning. I began to see that even critical articles served a useful purpose, because the detractors were offering publicity to me and keeping the events much in the public eye.

Meanwhile, I was doing follow-up experiments at SRI and making the rounds on a lecture tour of colleges and universities. I visited Yale, Stanford, Berkeley, Kent State, Bowling Green, North Carolina, and many other schools. The student audiences were alive, enthusiastic, and open-minded. They wanted things to happen.

While I was in Hollywood for the Carson show, Maria Janis asked her old friends Jimmy and Gloria Stewart if they wanted to meet me. I went to the Stewarts' house with Byron and Maria for drinks early one evening. Jimmy asked me to bend a key for him, which I did. Then he took us down the lawn to his garden, quite a way from the house. Suddenly we all heard a loud thud, like something heavy falling on the grass. Maria ran in the direction of the sound, about 20 feet away, and came back carrying a stone carving of a hippopotamus, about 5 inches long. Both the Stewarts recognized it as an artifact from a shelf in their library. Their two golden retriever dogs kept jumping up and sniffing at the statuette and continued to behave excitedly after it was put into a tool shed at one end of the garden. They stood there, pointing at it, until we went back to the house. Many other startling events took place with other famous people.

It seemed that phenomena would often happen when I was with Maria and Byron. They were always sympathetic to the whole possibility of life in other worlds. Maria's beautiful abstract paintings, which are shown in galleries in many countries, reflect the endlessness of the galaxies and stars. I have always felt since meeting her that a big part of her soul and body and mind belong on higher levels. Byron's music affected me the same way. When he plays the piano, whether it's Chopin or Rachmaninoff, he seems to carry the music far beyond the keyboard or even the composer.

The same strange things would constantly happen with the staff who worked with me in lining up the details of the tours and lectures, the motion picture that was brewing, and the album being planned.

Shipi, Melanie, Solveig, Yasha, Werner, my lawyer Larry Lighter, and Trina Vatter, who joined us later - not one of them was interested in only the business side. Each was intrigued by the mystery of these forces, and nearly every day at least one of these friends was part of the strange events that seemed to be increasing instead of decreasing as time went on.

Each of them feels that experiencing the phenomena has changed his life - especially Shipi, who has always been all over the place, handling details, following them up, keeping things running smoothly. I have never forgotten that, if it weren't for Shipi, I would probably still be a clerk with an export company. He was the one who kicked me in the tail and told me to get out and show people what was going on.

The rest of the group worked as hard as Shipi, because, I guess, they all believed that the new energies, the new forces, were more important than what could be shown on the television screen or on the lecture platform, what could be discovered in the science labs. What happened in those places would happen every day in our office.

Can you imagine your shock if during the week a glass suddenly jumped off a desk at your office and landed on the floor without breaking? If a light switch clicked off by itself and then clicked on again, with no one near it? If the head of a spoon just broke off when you were sitting at your desk and stirring a cup of coffee? If your office clock jumped ahead a few hours? If a paperweight lifted off your desk, disappeared, and then instantly rolled over in the far corner of the room? If a priceless Chopin manuscript vanished in front of your eyes, as happened to Byron, and showed up inside a newspaper soon after? If a cigarette lighter disappeared from one office and reappeared in another, with all the doors in between closed?

This happens all the time, day after day, among us. There is no accounting for these appearances, and we simply had to grow used to them. I tried to analyze why I was being pushed from inside my mind to communicate with as many people as I could, whether on TV or in a lecture hall, or through an album, a motion picture, or a book. I guess my inner feeling, my inner voice, will tell me when to stop. In the meantime, I am compelled to let people know more, to educate them somehow.

There are others I'm very close to, so much so that we all feel part of each other. We are all of different religions and backgrounds, but we all believe in one God. Bob Williamson, who managed the Hyatt Hotel near SRI, became a close friend, and we are in touch with each other constantly. Dr. Louis Shenkman, on the Bellevue Hospital staff, and his wife, Edna, have made me feel I'm part of their family. I don't have to demonstrate to friends and associates to convince them that the powers exist, yet whenever I'm with them the most extraordinary things take place. For instance, I was in the Shenkman apartment overlooking the Hudson River when I decided to try out a Polaroid camera I had just bought. There was nothing at all visible in the sky above their balcony except a nice view of the New York skyline. I pointed the camera nowhere in particular and clicked the shutter. The Polaroid print I developed a minute later showed a well-defined UFO in the sky.

How can things like this be explained? As isolated events, they could be considered freaks or accidents of nature. But when they become part of a pattern that goes on and on, practically every day in the year, there is no way they can be dismissed, especially when the effects are being confirmed by several scientists in different parts of the world.

As 1973 went on, the list of confirmed tests, often with scientists present, was growing, albeit in less formal situations than at Stanford. In a demonstration, I had cracked a gold ring for Andrija, who sent it to Professor William Tiller of Stanford University. He had it analyzed by the Stanford Department of Metallurgy. They used a scanning electron microscope. The break was not at all similar to the normal kind of fracture. They tried but couldn't duplicate it. What they saw under the microscope, they said, "sheds little light on why the ring failed." I had touched the ring only lightly.

Eldon Byrd, a physicist from the U.S. Naval Ordnance Laboratory, performed one of the most interesting tests.

The lab was working with a new metal called Nitinol, which has a strange property. If Nitinol is bent by hand and then put in hot water, it springs back to its original shape so quickly that it almost jumps out of the water. I bent a piece by stroking it lightly. It continued bending after I stopped, to a right angle. Byrd was surprised, because the metal usually bends in an arc. But the biggest shock was to follow. He placed the bent Nitinol in hot water, and it immediately curled up in a manner exactly opposite to the property the metal had always shown. The test was run over and over again, with the same results. They are still studying what happened to search for the reason.

Experiments with "psychic photos" continued. I did them with several leading photographers. In each case, I took a picture of myself through a solid lens cap tightly taped on the camera. In nearly every case there would be at least one image on a roll of their own film.

Movie films recorded the end of a fork breaking off with light pressure. *The Modern Churchman* published a series of tests on metal-bending conducted by Dr. Ted Bastin of Cambridge University. The Kent State University Department of Physics issued a scientific paper by Wilbur Franklin and Edgar Mitchell on metal I had fractured; again a scanning electron microscope had been used to examine the peculiar way the metal broke. The report concluded that the "Geller Effect" was new and unexplainable and that there was definitely a connection between physics and ESP.

Momentum continued to build fast in 1973. Newspapers and magazines joined the broadcast media in reporting on what I was doing: not just *Time* and *Newsweek,* but *Business Week, Science* (published by the American Association for the Advancement of Science), *Paris Match, Stern, Spiegel, Physics Today*. *Today's Health* (an AMA publication); *Human Behavior, Psychology Today, New York Times Magazine, Technology Today* (MIT's publication), and scores of others everywhere, to say nothing of the leading newspapers and the scientific journals all over the world. Many of the magazine articles were cover stories.

The most important part to me was that the coverage in the media helped prod scientists into giving the forces serious consideration. Science had to react, and I was glad that it did, now that I was rid of my fear of it.

By the fall of 1973, I knew that the energies would eventually be validated by science, even though it would take some time for science as a whole to accept them. The scientists had to be cautious and could take only one small portion of the "Geller Effect" at a time. For instance, the first SRI paper concentrated only on the telepathy part of the phenomena, even though all kinds of effects with metals and instruments had shown themselves. And it took months before the paper was finally published in *Nature*. The University of London tests at both Birkbeck and Kings colleges concentrated on the metals and instrument experiments, and it would be a long time lag before their papers would appear in scientific publications.

Important as all the scientific confirmation was, it wasn't the whole story. The whole weird experience with mechanical voices on tapes, the links with the UFO appearances, the photographs of them, the unexpected materialization and dematerialization of objects - these could not be controlled and brought into the laboratory. Scientific verification of the controlled tests could do no more than suggest that the other fantastic, incredible, unearthly phenomena were not as insane as they sounded. In addition, documented facts resulting from TV demonstrations all through Europe and from the playing of my album on the air would soon show that these powers could be triggered in other people all over the world.

This was, of course, the most mind-blowing thing of all, because it meant that the unknown energies were being transferred to others, who could in turn be examined in the laboratory under repeatable conditions.

So there is no question in my mind that the earth is on the verge of discovering a whole new power, a real and unquestionable power that goes far beyond me or Andrija or Shipi, who helped bring it out, or the scientists who are brave enough to test it at the risk of being ridiculed. That's why it seems important to bring the word to people everywhere, so that it can be accepted and all of us in the world can put it to good use. I am convinced that it is a power only for the good of man and the earth. I do not think - and maybe I'm naive about this - the intelligences, as awesome as they are, creating these energies will permit them to be used for harm.

But nothing, absolutely nothing, of all the strange things that have happened to me since that day in the Arabian garden was so dramatic and awe-inspiring as what happened to me on the late afternoon of Friday, November 9, 1973.

As I tell it in all its detail, I may have to ask you to suspend your disbelief, as I have had to do.

- Next section
- Previous section
- Chapter list
- Book list

- [Reference site master page](#)

10/13/07 12:45 AM

# EXHIBIT K

NBC ANNOUNCES DEAL WITH WORLD-RENOWNED MYSTIFIER CRISS ANGEL AND FAMED MENTALIST URI GELLER FOR 'PHENOMENON,' C... 11/15/2007 11:45 AM

Case 3:07-cv-02478-VRW   Document 31-4   Filed 11/15/2007   Page 17 of 20



# NBC UNIVERSAL MEDIA VILLAGE

HOME | NEWS RELEASES | RATINGS RELEASES | PROGRAM INFORMATION | PHOTOGRAPHY | LISTINGS | EXECUTIVE & TALENT BIOS | CONTACTS

**NBC ANNOUNCES DEAL WITH WORLD-RENOWNED MYSTIFIER CRISS ANGEL AND FAMED MENTALIST URI GELLER FOR 'PHENOMENON,' CONTROVERSIAL NEW LIVE COMPETITION SERIES THAT WILL LEAD SEARCH FOR THE NEXT GREAT MENTALIST**

Published: July 16, 2007

SAVE THIS    EMAIL THIS    PRINT THIS



preview / download

NBC ANNOUNCES DEAL WITH WORLD-RENOWNED MYSTIFIER CRISS ANGEL AND FAMED MENTALIST URI GELLER FOR 'PHENOMENON,' CONTROVERSIAL NEW LIVE COMPETITION SERIES THAT WILL LEAD SEARCH FOR THE NEXT GREAT MENTALIST

BURBANK - July 16, 2007 - NBC has signed a series deal with mystifier/artist Criss Angel ("Criss Angel Mindfreak") and famed mentalist Uri Geller for "Phenomenon" (working title) -- a mysterious live competition series in which both men will conduct an intensive search for the next great mentalist. The announcement was made today by Ben Silverman, Co-Chairman, NBC Entertainment and Universal Media Studios.

"The match-up of two world-famous personalities, Uri Geller and Criss Angel -- who have demonstrated astounding skills -- makes for a riveting series format," said Silverman. "Factor in the mystery of the genre, the live competitive angle as the contestants attempt to follow in Criss and Uri's footsteps, and incredible interactive applications, and we think viewers will have many compelling reasons to watch."

The series, based on a successful Israeli version judged and monitored by Geller which achieved a historical record-breaking viewing audience, tests 10 hopeful mentalists who must compete each week to demonstrate a wide spectrum of mystifying talents on a panel of weekly celebrity guests who participate along with a studio audience. Geller and Angel will assess the contestants and offer their unfiltered opinions. Ultimately, the winner's fate will be determined by the viewers at home.

The visually arresting Angel is the creator, director and star of his self-titled, alternative cable series, "Criss Angel MINDFREAK" which is currently wrapping post production on its third remarkable and critically acclaimed season.

In addition, Angel created and starred in two top-reviewed cable television specials, 2002's "Criss Angel MINDFREAK" and 2003's "Criss Angel: Supernatural." He has been the featured guest-star on both NBC's "Las Vegas" and "CSI: New York." Angel also has appeared on countless talk shows including "The Oprah Winfrey Show," "Larry King Live" and "Late Night With Conan O'Brien." In the summer of 2008, Angel will team up with Cirque du Soleil for a live magic experience at the Luxor Resort and Casino in Las Vegas that is slated to run for ten years and over 4600 shows.

Geller soared to international fame by claiming extreme mind-over-matter abilities that aroused much controversy to this day in his hundreds of TV shows across the globe -- particularly the ability to bend spoons, among others. He was instrumental in creating the first interactive TV show worldwide when mysteriously objects bent in people's homes and broken watches came alive.

"Phenomenon" is a Granada America/Keshet Broadcasting/Kuperman Productions co-production in association with SevenOne International. SevenOne International controls the worldwide rights to the program.

MEDIA CONTACTS:

Deborah Thomas, NBC Entertainment Publicity, 818/840-3663
Wendy Luckenbill, NBC Entertainment Publicity, 818/840-2543

**CONTACT INFORMATION**

**Luckenbill, Wendy**
Vice President, NBC Daytime, Alternative Series and Special Projects - NBC Entertainment Publicity
Phone: (818) 840-2543
Fax: (818) 840-2907
Email: wendy.luckenbill@nbcuni.com
Division: NBC Entertainment

**LATEST RELEASES**

**July 16, 2007**
UNIVERSAL STUDIOS HOLLYWOOD INVITES GUESTS TO BE THE FINAL TIME-TRAVELERS ON 'BACK TO THE FUTURE – THE RIDE' & TAKE A CHANCE AT WINNING A COLLECTIBLE DELOREAN AS DOC BROWN SETS THE RIDE ON A COUNTDOWN TO ITS LAST MISSION ON LABOR DAY, SEPTEMBER 3rd

**July 16, 2007**
UNIVERSAL PICTURES AND IMAGINE ENTERTAINMENT EXTEND RELATIONSHIP UNTIL 2013

**July 16, 2007**
'DATELINE'S' CHRIS HANSEN REPORTS FROM THE NEW JERSEY SHORE IN THE ELEVENTH HIDDEN CAMERA INVESTIGATION THAT CATCHES MEN WHO APPEAR TO BE TRYING TO MEET CHILDREN ONLINE FOR SEX

**July 16, 2007**
TRIBUNE AND SINCLAIR BROADCAST STATIONS RE-UP HIT TALK SHOW FRANCHISE 'THE JERRY SPRINGER SHOW' THROUGH SEPTEMBER 2010

**July 16, 2007**
UPDATED: DOH! HOMER SIMPSON MAKES HIS ONLY PUBLICITY STOP AT NBC'S 'THE TONIGHT SHOW WITH JAY LENO' TO PROMOTE 'THE SIMPSONS MOVIE'

**July 16, 2007**
TELEVISION SUPERSTAR JERRY SEINFELD RETURNS TO NBC TO GUEST-STAR AS HIMSELF IN NBC'S '30 ROCK' DURING COMEDY'S SECOND-SEASON PREMIERE OCTOBER 4

**July 16, 2007**
NBC SIGNS NEW SERIES DEAL WITH NORMAN LEAR TO PRODUCE HOUR-LONG DRAMEDY SERIES BASED ON SINGLE MOTHER'S BATTLE OF THE SEXES ON WALL STREET

**July 16, 2007**
NBC SHOWCASES FALL PRIMETIME ENTERTAINMENT SERIES BEGINNING WEEK

NBC ANNOUNCES DEAL WITH WORLD-RENOWNED MYSTIFIER CRISS ANGEL AND FAMED MENTALIST URI GELLER FOR ... THE NEXT GREAT MENTALIST   11/15/2007 11:45 AM

Case 3:07-cv-02478-VRW   Document 31   Filed 11/15/2007   Page 18 of 20

OF SEPTEMBER 24

**July 16, 2007**
NBC DIGITAL ENTERTAINMENT LAUNCHES
NEW TECH AND CONTENT FEATURES

**July 16, 2007**
NBC COMMITS TO A NEW CELEBRITY
VERSION OF 'THE APPRENTICE' FEATURING
DONALD TRUMP AS CELEBRITY
CONTESTANTS VIE TO BE THE BEST
BUSINESS BRAIN UNDER TRUMP'S TUTELAGE

**July 16, 2007**
NBC ANNOUNCES UPDATES ON NEW
SCRIPTED SERIES PROJECTS AND UNIVERSAL
MEDIA STUDIOS CREATIVE DEALS FOR 2007-
08

**July 16, 2007**
NBC ANNOUNCES DEAL WITH WORLD-
RENOWNED MYSTIFIER CRISS ANGEL AND
FAMED MENTALIST URI GELLER FOR
'PHENOMENON,' CONTROVERSIAL NEW LIVE
COMPETITION SERIES THAT WILL LEAD
SEARCH FOR THE NEXT GREAT MENTALIST

**All Releases**

**TERMS OF SERVICE | CONTACT SUPPORT**
© 2007 NBC Universal, Inc.

# EXHIBIT L



# NBC UNIVERSAL
# MEDIA VILLAGE

| HOME | CORPORATE | BROADCAST TELEVISION | CABLE TELEVISION | PRODUCTION & DISTRIBUTION | FILM | PARKS & RESORTS |

**BROADCAST TELEVISION** : NBC ENTERTAINMENT

HOME | FACT SHEET | NEWS RELEASES | RATINGS | PROGRAM INFORMATION | PHOTOGRAPHY | LISTINGS | EXECS | TALENT | CONTACTS | NBC.COM

**PHENOMENON**
Wednesdays on NBC (8-9 p.m. ET): Series Premiere: Wednesday, October 24
Special two-hour live episode on Halloween night, October 31 (8-10 p.m. ET)

**CREDITS**

Day & time: Wednesdays (8-9 p.m. ET) on NBC Two-hour Special on Halloween night, October 31 (8-10 p.m. ET)

Premiere date: October 24, 2007

Experts: Uri Geller & Criss Angel

Executive producers: Suzy Lamb, Michael Agbabian and Dwight Smith

Creator: Format devised by Keshet Broadcasting Limited, Kuperman Productions Limited, Explorologist Limited

Director: Alan Carter

Supervising producer: Melanie Balac

Executive in charge of production: Mark Johnson

Line Producer: Tim Gaydos

Set designer: Anton Goss

Lighting designer: John Morgan

Wardrobe designer: Carrie Cramer

Graphics: SG Arts

Origination: Los Angeles

Produced by: A Granada America/Keshet Broadcasting/Kuperman Productions co-production in association with SevenOne International. SevenOne International controls the worldwide rights to the program.

NBC Media Contact: Lesley Cerwin, 818/840-3980 Lesley.Cerwin@nbcuni.com

**LINKS**

Show Description
Photography
Storylines
Logos
Credits

**BIOGRAPHIES**

**Criss Angel** Expert

**Uri Geller** Expert

**Suzy Lamb** Executive Producer

**Michael Agbabian & Dwight Smith** Executive Producers

**UPCOMING EPISODES**

10/24/07    101

10/31/07    102

11/07/07    103

**LATEST RELEASES**

**October 10, 2007**
NBC ANNOUNCES TIM VINCENT AS HOST OF INTRIGUING LIVE COMPETITION SERIES 'PHENOMENON'; IDENTITIES OF THE 10 CAREFULLY SELECTED MYSTIFYING CONTESTANTS REVEALED

**More Releases for PHENOMENON**

**All Releases**

TERMS OF SERVICE | CONTACT SUPPORT
© 2007 NBC Universal, Inc.