EXHIBIT Q



Sign Up |

Videos | Categories | Channels | Community | Upload

Videos  |  Favorites  |  Playlists  |  Groups  |  Friends  |  Subscribers  |  Subscription

## Uri Geller



| Subscribe |

**shipishtrang**
Joined: **July 26, 2006**
Last Login: **2 months ago**
Videos Watched: **363**

Subscribers: **43**
Channel Views: **2,258**

Name: **K**
Age: **52**

Country: **United Kingdom**

### Connect with shipishtrang

Send Message
Share Channel
Add as Friend

http://www.youtube.com/shipishtrang

### Bulletins (0)

| From | Bulletin |
|------|----------|
| There are no bulletins. | |

**Uri Geller**
From: shipishtrang
Views: 3,021
Comments: 1

### Videos (21)

Videos | **Most Viewed** | **Most Discussed**

**Search**



**Uri Geller**
**03:11**
Added: 1 year ago
Views: 3,021



**Uri Geller**
**01:15**
Added: 1 year ago
Views: 4,304



**Uri Geller**
**00:43**
Added: 1 year ago
Views: 1,489



**Uri Geller**
**00:21**
Added: 1 year ago
Views: 3,727



**Uri Geller**
**02:37**
Added: 1 year ago
Views: 7,805



**Uri Geller**
**04:35**
Added: 1 year ago
Views: 10,482



**Uri Geller Knorr commercial**
**00:50**
Added: 1 year ago
Views: 1,367



**Uri Geller Nissan commercial**
**00:15**
Added: 1 year ago
Views: 899



**Uri Geller Nissan commercial**
**00:15**
Added: 1 year ago
Views: 1,108

**See All 21 Videos**

**Video Log 2**

## Uri Geller SRI Film part 4

August 27, 2006, 04:02 AM

Experiments with Uri Geller at the Stanford
Research Institute (SRI) a California based
think-tank. For more info check out
www.urigeller.com

Permalink

**Uri Geller SRI Film part 4**
**10:09**
Added: 1 year ago
From: shipishtrang
Comments: 5
Views: 5,480

**Rate this video**

★★★★☆
43 ratings
Please login to rate this video.

## Uri Geller SRI Film part 3

August 27, 2006, 04:02 AM

Experiments with Uri Geller at the Stanford
Research Institute (SRI) a California based
think-tank. For more info check out
www.urigeller.com

Permalink

**Uri Geller SRI Film part 3**
**09:50**
Added: 1 year ago
From: shipishtrang
Comments: 2
Views: 8,553

**Rate this video**

⭐⭐⭐⭐☆

45 ratings
Please login to rate this video.

See More

**Favorites (4)**                                                    **Subscribe To Favorites**



**Uri Geller - SRI part 2**
**09:54**
Added: 1 year ago
From: shipishtrang
Views: 29,175



**Uri Geller SRI prom 1 of 4 parts**
**02:14**
Added: 1 year ago
From: shipishtrang
Views: 4,703



**Uri Geller SRI Film part 4**
**10:09**
Added: 1 year ago
From: shipishtrang
Views: 5,480



**Uri Geller SRI Film part 3**
**09:50**
Added: 1 year ago
From: shipishtrang
Views: 8,553

**See All 4 Favorites**

## Subscribers (43)







LoveInYourEyes1111    ummodiscs    13orith    SkullNBones33

EXHIBIT R

SEARCH BLOG | | FLAG BLOG | Next Blog»                          Create Blog | Sign In



## Latest News on Uri Geller

| Uri Geller | Detroit Free Press - **10 contestants will try to be astounding on 'Phenomenon'** | powered by Google™ |

**Ads by Google**    Uri Geller    Phenomenon    Daniel Geller    Libby Geller

**Sunday, November 04, 2007**

### A Chat with Uri Geller, NBC's latest "Phenomenon" - An Interview in Monsters & Critics



Israeli mentalist Uri Geller, host of The Successor, is in Cannes to promote his paranormal talent show distributed by the German Company Seven One. EPA/ASM CORBIS OU

By April MacIntyre Oct 23, 2007, 18:18 GMT

Nurturing the power of positive intentions has created a lifetime of success and happiness for Uri Geller, the avatar for all of today's biggest mind-over-matter gurus and spiritualists like Deepak Chopra, Tony Robbins, and even Marianne Williamson.

Known for his writing, peace brokering and his spoon bending events, he is first and foremost a proponent of the power each of us has within our own minds to direct our lives. Powerful thoughts add up, according to Mr. Geller.



## Welcome to the Official Uri Geller Blog

Uri Geller's latest Columns, News, Tour Dates etc.

## Uri Geller"s Links

◈ **Uri Geller's "Phenomenon" on NBC**
◈ **Official Uri Geller Website**
◈ **About Uri Geller**
◈ **Uri Geller's Books**

## Blog Archive

▼ **2007** (18)
  ▼ **November** (1)
    A Chat with Uri Geller, NBC's latest "Phenomenon" ...
  ► **October** (6)
  ► **September** (4)
  ► **August** (3)
  ► **July** (4)



Geller

"Negative thoughts have a biochemical property, you can actually see them on a computer, or machine that measures you brainwaves," shared Mr. Geller. "The Universe listens to your thoughts, and visualizing them can equal materialization."

"I am not a healer; I am not a miracle worker," claims Mr. Geller in an interview with Monsters and Critics.

"My wife and I open our home in England to terminally ill children, and what I call the placebo effect happens during the acts of bending spoons as I draw the audience in, talking to them, it is always a positive reaction."

NBC President Ben Silverman was "blown away" when he saw the Israeli original show "The Successor", a runaway hit in Israel that featured the *Sabra* (Israeli born) mentalist and motivational icon Uri Geller, a national hero in his homeland. "He had goose bumps," said Mr. Geller.



Angel

The show "Phenomenon" is a direct spin off and both Uri Geller and Ben Silverman used the power of positive thought to summon superstar Criss Angel to come on board for the special five live show tapings, with a bonus 2 hour special on Halloween. "I thought no way could be get Criss Angel, but Ben really pushed for it."

"I am being kept away from the contestants, and from what I know I am being freaked out by some of them," said Mr. Geller, who promised "Phenomenon" would be a triumph of entertainment value, and pure mesmerization for the audience.

How Uri Geller and Criss Angel came together was in Geller's words, pure positive thinking on Silverman's part. It worked, and Geller had high praise for his partner in the live show experiment that promises to shake things up and bend some minds.

"Criss Angel got to where he is because of the power of his mind; he was driven and uses the power of his positive mind to reach his life's dreams."





Geller

The live show is based on a successful Israeli version judged and monitored by Geller, which achieved a historical record-breaking viewing audience. The show, similar to "American Idol" is being produced next in Germany, then Holland and then perhaps Australia, according to Mr. Geller, when I asked about his follow up to filming more for a season two here in the United States.

"The Universe answered my request," shared Mr. Geller.

The series showcases 10 carefully selected mentalists who will compete live against one another each week by demonstrating a wide spectrum of mystifying talents on a panel of celebrity guests who experience the illusions along with the studio audience.

"There will be friction with him (Angel) if there are competitors who claim paranomality and then he tries to debunk them on the spot, as he suggested," said Mr. Geller.

Geller and Angel will assess the contestant's talents each week and offer their uncensored opinions. Ultimately, the fate of the winner is in the hands of the viewers at home, who will vote to determine which competing mentalist will receive the grand prize of $250,000 and become the next great mentalist.

Mr. Geller freely admitted he has his share of skeptics and detractors.

"Years ago, Johnny Carson invited me on his show, that was when you knew you had made it big, in the United States, to appear on his show.

What I didn't know was he was an amateur magician, and Johnny set me up, he made a joke of it, and I sat there on his show for 20 minutes, being made a fool of." "But I learned from it, that there is no such thing as bad publicity.

The next morning I woke up, slightly depressed, when I got a call from Merv Griffin, who said, 'Uri, I want you on my show.' Then Mike Douglas called," added Mr. Geller, who shared his favorite quote from Oscar Wilde with me: "There is only one thing in life worse than being talked about, and that is not being talked about."

"I can sum up my approach to in two words: Be Positive. That means a positive approach to good ideas from every source and every age in history. Forget about fashion, switch off the cynics. Say 'Yes' aloud."

"The skeptics and the cynics failed miserably," finished Mr. Geller.

**LINK-TO-NBC-PHENOMENON-GAME**

###

"Phenomenon" - Wednesdays (8-9 p.m. ET) on NBC - Premiere date: October 24, 2007

Two-hour Special on Halloween night, October 31 (8-10 p.m. ET)

The series is, based on a successful Israeli version judged and monitored by Geller, which achieved a historical record-breaking viewing audience, is a Granada America/Keshet Broadcasting/Kuperman Productions co-production in association with SevenOne International. SevenOne International controls the worldwide rights to the program.

Experts: Uri Geller & Criss Angel
Host: Tim Vincent
Executive producers: Suzy Lamb, Michael Agbabian and Dwight Smith
Creator: Format devised by Keshet Broadcasting Limited, Kuperman Productions Limited, Explorologist Limited
Director: Alan Carter
Supervising producer: Melanie Balac
Executive in charge of production: Mark Johnson
Line Producer: Tim Gaydos
Set designer: Anton Goss
Lighting designer: John Morgan
Wardrobe designer: Carrie Cramer
Graphics: SG Arts
Origination: Los Angeles

*at 10:04 AM 1 comments*

**The phenomenon Uri Geller**
Staya Erusa: a must-see documentary It will change your life

**New Criss Angel Show**
Criss Angel & Uri Gellar Host Phenomenon - Tonight at 8/7c -NBC!

## Wednesday, October 24, 2007
### Uri Geller's Today Show Appearance



To watch the entire interview visit this link :

**Uri Geller on The Today Show**

*at 8:40 AM 1 comments*

*Labels: Blog, Criss Angel MindFreak, Matt Lauer, NBC's Phenomenon, Phenomenon on NBC, Phenomenon Show on NBC, Telekinesis, The successor, Today Show, Uri Geller, Uri Geller Appearance*

**New Criss Angel Show**
Criss Angel & Uri Gellar Host Phenomenon - Tonight at 8/7c -NBC!

**Understand Criss Angel**
He knows something that you don't. We discovered it. The 11th theory.

## Monday, October 22, 2007

### Phenomenon Billboard at NBC Studios in LA



**Phenomenon - Premiers Oct 24 8PM on NBC**

at *7:04 PM 0 comments*

**Add Images to Your Blog**
Post images to your blog w/ SnagIt! New outputs make it fast & easy.

**Create Multiple Blogs**
Create and run multiple wordpress blogs all from just one wp Install

## Sunday, October 21, 2007

### Lara Lewington Interview

12/10/2007 By Lara Lewington

**The celebrated cutlery-bender is taking his hit Israeli television series global. He talks to Lara Lewington**

Uri geller divides opinions. People look at his "magic" skills and either agree that he is a psychic, or accuse him of being a trickster. He prefers the term "mystifier".

Now the 60-year-old Israeli is out to mystify a whole new audience. Geller is moving from bending spoons to breaking America as the Simon Cowell of an X-Factor for illusionists.

How he plans to do this is not actually mystifying at all. Geller is relying on a good old-fashioned reality-TV show to win over American hearts and minds.

In The Successor, Geller passes judgment on young magicians who hope to take up his spoon-bending mantle. The show was such a hit on Israeli TV that NBC has bought it for the US market.

Yet it will not follow the Israeli format exactly. Instead, NBC is sexing it up.

"They wanted to make it more mystifying and mysterious, so they came up with the name Phenomenon, which sounds much more powerful," says an excited Geller.

Along with American magician Criss Angel, he will be an expert panellist on the programme, which will be screened weekly from October 24. Viewers will phone in to vote for the act that has most impressed them, but Geller and Angel retain the power of veto.

"We have the power, the expertise and the know-how to judge" which competitor has "the power, the charisma and the act", says Geller.

He may be on to something. Industry insiders are predicting that this could be the latest reality format to spread around the world. After its run in America, it is heading for Europe, starting with a series in Germany.

"People think because of what I do I'm looking for an individual with powers, and I'm not, because The Successor is really about many things," explains Geller.

"It's about the performance, talent, personality and character of the competitor. It's about the way you deliver your act, and most importantly it's about the astonishment factor."

Geller has received strong support from the chairman of NBC, Ben Silverman. He is the man taking his chances on Phenomenon being a hit Stateside, and has a reputation for recognising a good format.

As Geller says: "Ben Silverman had the vision to take The Office, to take Who Wants To Be A Millionaire? to the United States. When they asked him why he commissioned the show — after all, they said, Uri is controversial — he answered: 'Because when we watched The Successor, my hair stood on end'."

Viewers may be forgiven if they detect a hint of ego in all this, but Geller is having to share his show with a man who is an even bigger name in magic than he is.

Criss Angel, who has a large US fan base, specialises in illusions, "mentalism" and escapology. He is one of the rare few to have converted a hit Broadway magic show into a success on the small screen, with Criss Angel: Mindfreak.

Geller says that Angel is reportedly being paid £100m to perform at the Las Vegas hotel The Luxor — "but I can only quote you what I've read in the gossip columns", he says, adding: "When I drove down LA's Wilshire Boulevard, there was a billboard of Criss as big as the Hilton Hotel."

Geller can comfort himself that Angel is little known in the UK, beyond a few tabloids briefly linking him to the troubled pop star Britney Spears.

Geller himself has been a controversial character over the years, with some people mesmerised by his abilities and others cynical.

"For many years lots of things have been attached to my name. People have called me anything from a magician, to a mentalist, to a psychic, to a 'mystifier', to a miracle worker. Yes, everything. I mean, I've even been called a trickster. You name it, I have been called nearly everything. I love to be called a 'mystifier'. After all, I have amazed and mystified millions of people in the world."

Whereas many young boys dream of being a fireman or astronaut, the young Geller spent his formative years in Tel Aviv with other ambitions in mind. "I was three years old, when I was eating soup, and suddenly the spoon bent in my hand. That was the first time my association with an energy, a power or a talent came."

More intriguingly, he believes the source of his abilities may be inherited. "It comes from my mother's side, because she's related directly to Sigmund Freud. Very few people know this, but my name in my passport is actually Uri Geller Freud."

No stranger to reality TV, in 2002 Geller appeared on ITV1's I'm a Celebrity, Get Me out of Here. Even though it was well publicised that he was a vegetarian, he proudly admits: "I was the first person on the history of I'm a Celebrity… to eat living bugs."

Does he feel these programmes can keep working? "Some reality shows are better than others. I think that reality television is still going to flourish. People think it's peaked, but no way. It's exactly like the magazines such as the National Enquirer, OK! or Hello!. People are interested in celebrities, people are interested in gossip. People are interested in the lives of others; people are interested in the mysterious things. The universe and beyond. Shows like ours, like Phenomenon, will always be intriguing."

So back to the question of who is right about Geller — the fans who believe in his talents, or the doubters who do not.

For what it is worth, I can add a personal experience to the debate. A few years back, I interviewed Geller about his well-publicised friendship with pop star Michael Jackson.

During our conversation, he asked me to take off my necklace — a choker with a curved metal pendant hanging from it.

He rubbed his fingers over the metal pendant and, as I watched, it bent. Simple as that — he was not even touching the part that contorted.

I could not find any logical explanation for what happened right before my eyes. Later, I asked if he would tell me how he did it.

He replied: "If I am asked, 'Uri, tell me how do you do it,' I simply answer that I'd rather it be a mystery."

Mystifying indeed.



Born: Tel Aviv in December 1946. His original name was Geller Gyorgy

Family: Geller was born to Hungarian- and Austrian-Jewish immigrants to Palestine. He claims to be distantly related to Sigmund Freud on his mother's side

Early life: Geller says he first became aware of his paranormal powers when he was three, after a light from the sky knocked him to the ground. He served as a paratrooper in the Israeli army and was wounded in action during the 1967 Six-Day War. His early career was as a nightclub entertainer in Israel. He moved to America in the early 1970s

Geller trivia: He speaks four languages — Hebrew, English, Hungarian and German. He has been chairman of English football club Exeter City. He owns a 1976 Cadillac adorned with thousands of pieces of bent cutlery, given to him by, among others, John Lennon and the Spice Girls. He says he has been anorexic for many years

Jewish identity: Geller is the president of the International Friends of Magen David Adom. He also says he that his friendship with Michael Jackson — Jackson was best man when Geller renewed his wedding vows — ended over antisemitic comments the star allegedly made.

*at 7:56 AM 0 comments*

## Saturday, October 13, 2007

### Uri Geller And Criss Angel Present : Phenomenon

**Uri Geller and Criss Angel Present Phenomenon. The New ground breaking reality show on NBC.**

**Beginning Oct 24th, Wednesday, 8pm EST on NBC. Don't forget to watch Phenomenon**

**Check out the trailer below running currently on NBC!**



*at 1:53 PM 0 comments*

*Labels: Blog, Criss Angel MindFreak, NBC Reality show, Phenomenon, Phenomenon on NBC, The successor, Uri Geller*

## Friday, October 05, 2007

### Los Angeles

What I love most about Los Angeles is the sense of being inside a movie. Anything is possible, the more dramatic the better. All you have to do is dream.

At dinner last night with my TV producer, Suzy Lamb, I heard a wonderful story about Jim Carrey, the comic star of The Truman Show and Bruce Almighty. In 1987, a 25-year-old unknown, Jim drove his old Toyota into the Hollywood Hills and parked on Mulholland Drive.

The city which was spread out before him, like angel dust on the hillside, had never heard of him, but he was going to make sure it did — and the rest of the world with it. Taking a scrap of paper and a pen, he wrote himself a cheque, "for acting services rendered," and dated it Thanksgiving Day 1995... eight years in the future.

The cheque was for ten million dollars.

Jim Carrey believed in his own talent so vividly, and was so unswervably committed to turning his dream into reality, that he easily outstripped his goal. By 1995, he'd broken box office records with The Mask and Dumb And Dumber, his worldwide grosses were estimated at more than half a billion dollars, and he commanded a cool $20m a picture.



Throughout my career, I've been urging people, "Believe in yourself and anything is possible." But if your self-belief needs a boost, jump on a plane and come to Los Angeles.

And bring some sun-cream... it was 110 degrees in the city yesterday, and out in the California desert today, on a dry lake bed at El Mirage, the thermometer is bursting out through the glass. It's hard to believe California is on the same planet as England — we had more rain last month than this desert has had in a century.

I'm here with a crew of around 80 technicians to shoot a promo for my show Phenomenon with Criss Angel. He's internationally famous, but in the US there's no one bigger — more members of the public would recognise his face than could name even the President.

I was introduced to Criss about an hour ago, and he struck me as a charming, thoughtful guy. Shooting an entire series with him promises to be a fascinating experience.

We have to survive this promo first, of course. Unbelievably, as well as contending with the naked sun and 115 degree sands, there are billion-watt lamps over our heads. I'm wearing a special jacket designed to absorb or deflect all the heat — otherwise, I'd look like I'd just stepped fully clothed out of a swimming bath.

And of course we have an air-conditioned trailer. That's not a Hollywood luxury... it's a life-support system.

I can't wait to see the finished promo footage. There will be amazing, stunning special effects. And I have no lines... it's all about the way I stare into the lens. The location was chosen for its eerie open spaces and the other-worldly glow of its cracked, white sands. For me it's a unique experience — I've never shot anything like it.



Yesterday we were at the NBC studios, with Jay Leno's Tonight Show shooting next-door. I was astonished to see a team of 18 people for an ordinary photoshoot, taking publicity stills for newspapers and magazines in the run-up to the show's launch. It really drove home to me what a massive business NBC is — one of the big three

television channels, in the country that produces most of the world's biggest TV shows.

The Tonight Show, when it was compered by the late Johnny Carson, was the scene of my greatest professional humiliation, in 1974. My detractors have never let me forget that night: my dowsing and mind-reading abilities deserted me, in front of an audience of countless millions.

Johnny, who was an amateur conjuror and a sceptic about the power of the mind, thought he'd caught me out. I knew I was simply having the worst off-night imaginable, like a tennis star who freezes on match point. But it was a turning point for me, and I learned more from that disaster than I could have possibly discovered by any easy route.

Yesterday I was interviewed by NBC's publicity team, who wanted to know what will make Phenomenon a show unlike any other. The answer lies with the character and charisma of the contestants. It's about natural-born showmanship, creating acts that make the hairs stand up on the back of your neck.

And it's about the audience too. I'll be urging viewers to video any phenomena that erupt spontaneously in their homes while they are watching — they can email the clips to us and we'll be able to screen them live on air. That's a genuinely thrilling prospect.





Shipi and I were amazed to find ourselves standing under a mural depicting NBC's logos down the decades. The rainbow swatches started out in 1956 as a peacock... with eleven feathers. Regular readers will know I regard eleven as much more than a lucky number: it signifies a connection to the cosmic consciousness, a gateway to infinite possibilities. It's no coincidence that this peacock has eleven brilliant feathers.



My daughter Nat, who lives and works out here in the movie industry, has been driving me and Shipi round in her Mini Cooper. It's the quintessentially British car for a very English young lady! But we're off to Germany in the morning, and it's a sure bet that my next despatch won't be coming from a 115 degree desert. Fortunately, we're booked on an airline where the seats recline fully, into beds. I'm going to need mine!

*at 8:26 PM 0 comments*

## Thursday, October 04, 2007

### NBC Phenomenon Preview

Premieres Wednesday, October 24 8/7c

New LIVE competition that will blow your mind!

**PHENOMENON on NBC**

Mystifier/artist Criss Angel ("Criss Angel MINDFREAK") and famed mentalist Uri Geller will host this mysterious live competition series in which they will conduct an intensive search for the next great mentalist. The series tests 10 hopeful mentalists who must compete each week to demonstrate a wide spectrum of mystifying talents for a panel of weekly celebrity guests and a studio audience. Geller and Angel will assess the contestants but ultimately the winner's fate will be determined by the viewers at home. In addition to voting, each episode will also contain an interactive component to engage the at home audience. **WATCH PREVIEW NOW**

*at 7:04 PM 0 comments*

**Older Posts**

Subscribe to: **Posts (Atom)**

EXHIBIT S

**Blogger**
GET YOUR OWN BLOG
FLAG?
NEXT BLOG»

SEARCH THIS BLOG | SEARCH ALL BLOGS BlogThis!

# The Uri Geller Web Log

## Sunday, March 27, 2005

### Uri Geller Design

**Uri Geller web design** and unique, promotion and multimedia company.
Based on his experience of celebrity and successful business over the years.

Uri Geller designed Michael Jackson's inside cover of his new CD, Belinda Carlisle's smash hit album and T-shirts and also N*SYNC's Logo * used on all their products and CD's.

**77 Comments**

SEO News | Uri Geller | Uri Geller Motivational Speaker

## Monday, March 14, 2005

### How to bend a spoon with your mind

By Linda White Dove

**http://www.neholistic.com/whitedove**

Greetings, love and abundance to you all. It is the topic of abundance that we wish to address with you right now. Many of you still believe in your heart of hearts that to be abundant you mist exert effort, and you must struggle.

We have come to tell you that abundance in any form does not and indeed cannot "come" from force. Rather, it comes from surrender, from a state of "being-ness." This state of beingness is actually your natural state. It is the state from which all creative energy flows. It is the place of your eternal spring.

We wish to use as an example the idea of spoon bending. We will not refer to this as an exercise because it is not. It is actually just the opposite. Yet we hope you might be with this idea by picking up a spoon and relaxing into this meditation.

Sit in a comfortable meditative position with a metal spoon in both hands. Hold it lightly between the thumb and first

## Uri Geller Resources

Uri Geller HomePage
Uri Geller Official Site for fans
Uri Geller's Bike
Uri Geller Motivational Speaker
Uri Geller Web Design
My Experience with Uri Geller
Uri Geller Biography

## Links

Blogarama
limzhiyang.blogspot.com
Muse : The Blog

## Previous Posts

◈   Uri Geller Design
◈   How to bend a spoon with your mind
◈   Uri Geller Offers Cursed City Salvation
◈   New Paranormal Website
◈   Jackson 'Showed Porn to Victim'
◈   Review of Constantine
◈   Uri Geller's Charity work for animals
◈   Maple secretary sells for $452,800 on last day of Kennedy auction
◈   MICHAEL JACKSON CALLS ON STAR PALS
◈   Uri Geller Book Recommendations

finger of each hand. Remember, nothing comes from force. We will tell you that even holding the spoon at all is not really necessary and you will understand this in due time.

As you hold the spoon and relax into beingness, take a look at any attachments to outcomes. What reasons might you have for "needing" to be able to bend the spoon? Or might we say knowing you are able. You can already bend it. You have just forgotten. You can release attachments to outcomes anytime just by knowing it is so. Release attachments now.

As you do so, notice how the spoon feels in your hand. Notice your internal process (thoughts, emotions, etc.). Feel your body. Is there anyplace you are holding tension? Relax those parts now.

Continue with the spoon. How do you feel about yourself as you hold it? Have you begun to get impatient to be "able" to bend it? Have you given yourself a timeline? In what ways have you been judging yourself? What doubts are coming up?

We wish to clarify that the purpose of this meditation is not to bend a spoon, but to use spoon bending as a means of understanding how we approach life situation and abundance in general. Perception is everything. It is one thing to know some people can be abundant (or can bend spoons), it is another to know you are abundance itself.

There are some who will hold the spoon in their hands and notice in subtle ways that they are forcing or willing the spoon to bend. There are some, this channel included, who might give up rather than feel their own perceived inadequacies. We are offering this spoon meditation as a way to bring up, bring to light, resistances to abundance, self imposed blockages so you can release them.

We recommend that you be with this activity regularly with the "goal" not being to bend the spoon, but to learn from the process. We also recommend that you keep the spoon nearby to remind you to treat yourself with unconditional love. Whether you can remember to bend the spoon or not, you are worthy of unconditional love and this is the source of all abundance. The spoon is a great teacher, but it is only symbolic.

And so we say surrender to love, surrender to who you already are, and you will do a lot more than bend spoons. You are powerful loving beings worthy of all the abundance in the universe. You are not only abundant, you are abundance itself. All you have to do is feel it.

**6 Comments**

**SEO News** | **Uri Geller** | **Uri Geller Motivational Speaker**

## Saturday, March 12, 2005

## Archives

- ◈ **October 2004**
- ◈ **November 2004**
- ◈ **December 2004**
- ◈ **January 2005**
- ◈ **February 2005**
- ◈ **March 2005**



**This Blog Listed on Celebrity-Link.Com**

.



DISCLAIMER : This Blog and it's contents are in no way associated with Uri Geller. The Content within this Blog is published by a fan of Uri Geller's. For Information regarding Uri Geller's work, talent etc. I recommend visiting one of the sites above listed under **Uri Geller Resources**

## Uri Geller Offers Cursed City Salvation

Spoon-bending Israeli psychic Uri Geller has offered to single-handedly save a northern English city that many residents believe has been cursed.

The people of the city of Carlisle on the Scottish border say the recent inscription on a large lump of polished granite of an ancient curse has brought down on their heads floods, pestilence and sporting humiliation.

"I have offered to take the stone off their hands, put it in my garden and exorcise it," Geller told Reuters on Tuesday. "The Domesday book records an ancient healing centre in my village and all the ley lines converge on my garden."

Carlisle councillor Jim Tootle insists that the "Cursing Stone" - inscribed with a 16th Century curse against robbers, blackmailers and highwaymen - be destroyed or removed.

Since its installation in 2001 in one of the city's museums, misfortune has plagued the city.

Livestock herds were wiped out by foot-and-mouth disease, there has been a devastating flood, factories have closed, a boy was murdered in a local bakery and Carlisle United soccer team dropped a league.

Geller was sanguine over how the residents of his small village of Sonning-on-Thames about an hour west of London would take the arrival of the curse if Carlisle council takes him up on his offer.

"I believe the curse can be exorcised. I will use my pendulum and cleanse the stone of any evil forces. After that I would like to keep it in my garden. It is a work of art," he said.

**5 Comments**

**SEO News** | **Uri Geller** | **Uri Geller Motivational Speaker**

# Thursday, March 03, 2005

## New Paranormal Website

The run up to launch date for The Book of Thoth has been manic to say the least with the site receiving almost 100,000 page views before it was even officially launched. Membership has surpassed all expectations, which testifies to the quality of the site and the commitment of its staff and members.

In fact it's fair to say that the dedication, enthusiasm and commitment of the entire team is second to none. With experts in a wide range of fields and subject areas as diverse as Atlantis to UFO's its wealth of resources ensures the site truly lives up to its claim to be 'your portal to the unknown.'

Members facilities are some of the most impressive we've come across on the internet and include free email address, journal, private messages, instant messages, personal gallery to store or display your images files and much more. Members are actively encouraged to participate in all aspects of the site, which lends itself to a great community feel

In a bid to offer additional research features, the remarkable onsite facilities run to an amazing 65 TV channel hook ups, providing access to stations users might not normally be able to view. There is also a growing list of radio stations and an impressive range of music covering all genres from acoustic to metal and hard rock.

The site's webmaster is quoted as saying "We are committed to providing a site with top rate research material that will keep folks coming back for more but also provide a place where they can relax and chat to other like minded individuals. We want people to make **www.the-book-of-thoth.com** their home and like any home it needs to have a great range of resources as well as home comforts and friendly faces."

Whether your interests relate to metaphysics, cryptozoology, mysteries, ufo activity, aliens, Roswell and other top secret bases, science, astronomy, spiritual matters, divination, astrology, ESP, ghosts or the occult this site has something for you. In fact you'd be hard pressed to find a paranormal subject that it doesn't cover.

Take it from us this latest Paranormal Phenomena is a must see

**12 Comments**

**SEO News** | **Uri Geller** | **Uri Geller Motivational Speaker**

## Jackson 'Showed Porn to Victim'

A US prosecutor has told a jury how pop star Michael Jackson showed a boy porn and plied him with wine in order to molest him.

Tom Sneddon's statements came on the first day of Mr Jackson's child abuse trial in Santa Maria, California.

Mr Jackson denies molesting the boy in 2003, giving him alcohol and conspiring to kidnap him and his family.

His lawyer described the charges as "bogus", saying the teenager's mother preyed on other celebrities for money.

The trial is due to resume later on Tuesday.

If convicted, Mr Jackson could face up to 21 years in prison.

'Wine instead of cookies'

In Monday's three-hour opening statement, full of explicit sexual detail, Mr Sneddon laid out his case to the 12-member jury.

He described how the singer allegedly had visited sexually explicit websites and showed the boy - who was 13 at the time - and his younger brother pornography at his Neverland Ranch in California.

"It's not children's books, but visits to internet porn sites... magazines like Hustler, Playboy, Barely Legal," Mr Sneddon said.

"The private world of Michael Jackson reveals that instead of cookies and milk, you can substitute wine, bourbon and vodka," he said.

The court was told the teenage cancer patient boy would appear on the witness stand later in the trial and describe his sexual experiences with Mr Jackson.

Mr Sneddon also said the singer's world had been "rocked" by a TV programme in which he said he did not see anything wrong with sharing a bed with a child.

The 2003 US airing of Martin Bashir's film "Living with Michael Jackson" sparked a media storm and the subsequent investigation into Mr Jackson's relationship with the boy.

'Vulnerable celebrity'

The singer's lawyer, Thomas Mesereau, said the charges were fake, silly and "they never happened".

He described the teenager's mother as a money-grabbing con-artist who had tried to extort money from other celebrities.

"There is a pattern by [the mother] and her children to ensnare people for money," Mr Mesereau said, mentioning the names of actors Adam Sandler and Jim Carey and boxer Mike Tyson.

"The best known celebrity and the most vulnerable celebrity became the mark," Mr Mesereau added.

He also said Mr Jackson's Neverland ranch "is not a lure for molestation, a magnet for crime - we will prove that in this case".

Star witnesses

The singer arrived at the court wearing a black suit, gold-buttoned waistcoat and a red armband. He was accompanied for the first time by his mother Katherine and his brother Jermaine.

About 1,500 members of the media are in Santa Maria for the case, which could last up to six months.

Jury selection was completed on Thursday, with the jurors chosen from a pool of 4,000 candidates.

Mr Jackson's lawyers have said they intend to call more than 350 witnesses.

Stars on the list include Elizabeth Taylor, Stevie Wonder, Eddie Murphy, Diana Ross, Macaulay Culkin, Smokey Robinson, David Blaine, Larry King, Jay Leno and Uri Geller.

**26 Comments**

**SEO News** | **Uri Geller** | **Uri Geller Motivational Speaker**

# Wednesday, February 23, 2005
## Review of Constantine

**'Constantine' full of surprises**

Raves for Reeves.

Since that seldom appears in a headline, you'll probably want to see "Constantine," where Keanu finally gets "The Matrix" right.

If you were to drain half the gobbledygook out of "The Matrix," you'd

end up with a more entertaining film. You'd end up with "Constantine."

Like "Matrix," "Constantine" is top-notch eye candy. Based on the comic book "Hellblazer," "Constantine" emulates the instantaneous visual impact of comics. The stylized, almost film noir design uses extreme close-ups and bizarro angles to give us the feeling you get from the best comics, the feeling that we are seeing everything from an angle that is perfect, unexpected and new.

The unexpected crops up so often in "Constantine" that you start to expect it; every 10 minutes or so, there's a good-sized jolt. The movie's not scary, exactly, but its matter-of-fact depiction of a world filled with demons just out of our consciousness is unsettling in the same way that it is if your power has been off for a while and it suddenly springs back on, triggering every appliance in the house at once.

Keanu Reeves, who has often detracted from the movies in which he appears but who has a neutral and occasionally even positive impact on "Constantine", plays an exorcist who is part paranormal investigator, part `40s private eye. He's hired by a woman (Rachel Weisz) whose sister died in an accident that has vaguely religious/supernatural overtones and that is mostly an excuse to parade around eye-popping special effects that convey the film's idea that we are always surrounded by forces we cannot explain or see.

Weisz is an actress with a gift for making drab roles seem more interesting than they are. In fact, "Constantine" is filled with unique actors (Pruitt Taylor Vince, Tilda Swinton, Djimon Hounsou, Shia LaBeouf) who take stock roles and give them a little extra oomph.

It's sort of like the way supporting actors on new sitcoms try to make their characters as indelible as possible while they wait for the writers to come up with stuff for them to do.

And, in the final scene of "Constantine," which occurs after the end credits, a final jolt hints that this movie isn't done coming up with surprising things for these actors to do.

**32 Comments**

**SEO News** | **Uri Geller** | **Uri Geller Motivational Speaker**

# Monday, February 21, 2005
## Uri Geller's Charity work for animals

Uri Geller's Charity work for Animals :

**http://www.uri-geller.com/animalc.htm**

**0 Comments**

**SEO News** | **Uri Geller** | **Uri Geller Motivational Speaker**

# Saturday, February 19, 2005
## Maple secretary sells for $452,800 on last day of Kennedy auction

**NEW YORK --** An inlaid maple secretary with a "JFK" monogram sold for $452,000 on Thursday, the last day of a three-day auction of property from the Kennedy family homes.

"It's something in history. It's something very special," said gem dealer Glenn Spiro, who purchased the secretary on behalf of a client, Iris Smith.

The illusionist Uri Geller bought two lots, an Indian bronze pull toy and three small brass West African figures. He planned to affix them to a car that he has covered with bent spoons and forks.

The auction of more than 700 pieces of furniture, artwork and knickknacks at Sotheby's took in a total of $5.5 million, far less than the 1996 Kennedy sale that brought in $34.5 million, including $2.5 million for Jacqueline Kennedy's engagement ring from Aristotle Onassis.

But most lots went for several times their presale estimates, with sets of ordinary objects like magazines or glass jars selling for thousands of dollars.

"We're thrilled, absolutely thrilled," said C. Hugh Hildesley, executive vice president of Sotheby's.

The maple secretary, a combination desk and bookcase with drawers and pigeonholes, had an estimated value of $6,000 to $8,000.

"I think it's something that stands in someone's home as a beautiful piece of furniture," said Spiro, who bid on the piece by telephone from London. "As far as value, what is the true value? It's something very nice to own."

The second-highest price at Thursday's session was $96,000 for a Faberge gold and enamel picture frame. It was bought by an anonymous telephone bidder.

Geller, bidding by telephone from Lausanne, Switzerland, paid $3,120 for the two lots he purchased.

"I knew Jackie very well," he said in a telephone interview. "She was an extraordinary woman."

Geller, best known for his claimed telekinetic ability to bend spoons, said he has turned a 1976 Cadillac into an art object by riveting 5,000 bent spoons and forks onto it, and the bronze pull-toy will be the hood ornament.

"I was looking for a very unusual mascot," he said.

The auction included items from the Kennedy and Onassis homes in New York City; Hyannis Port, Mass.; Martha's Vineyard; Peapack, N.J.; and Middleburg, Va., as well as furniture from the private family quarters of the White House.

As with the 1996 auction, the sale appeared to offer a glimpse into the lives of a family that maintained its privacy despite living in the public eye. Here were the chairs the Kennedys sat in, the dishes they ate out of, the magazines they subscribed to.

"It is the magic of Camelot, the attachment to JFK and Jackie, that brings the high prices," Hildesley said.

Lisa Johnson of Nashville, Tenn., paid $10,000 for three collections of books _ a set of volumes about World War II, another set of books about African social history and a group of books about cooking and gardening.

"We would not be where we are had it not been for the Kennedys," she said. "The Civil Rights Act would never have happened."

The property was consigned by Caroline Kennedy, who said in an introduction to the catalog that she has given everything of historical significance to the John F. Kennedy Library Foundation and kept the things that mean the most to her and her children. She said a portion of the auction proceeds would go to the library foundation and other charities.

The sale prices included Sotheby's commission of 20 percent of the hammer price up to $200,000 and 12 percent of anything over that amount.

**24 Comments**

**SEO News** | **Uri Geller** | **Uri Geller Motivational Speaker**

# EXHIBIT T



**Push-Button Publishing**

# Blogger Terms of Service

**Welcome to Blogger! Before you begin using Blogger, you must read and agree to these Blogger Terms of Service ("Terms of Service") and the following terms and conditions and policies, including any future amendments (collectively, the "Agreement"):**

> **Google Terms of Service** - Google's general terms and conditions (http://www.google.com/terms_of_service.html)
> **Google Privacy Policy** - How we maintain and protect your personal information in Blogger (http://www.google.com/privacy.html)
> **Blogger Content Policy** - How we promote free expression and responsible publishing (http://www.blogger.com/content.g)

Although we may attempt to notify you when major changes are made to these Blogger Terms of Service, you should periodically review the most up-to-date version (http://www.blogger.com/terms.g). Google may, in its sole discretion, modify or revise these Terms of Service and policies at any time, and you agree to be bound by such modifications or revisions. If you do not accept and abide by this Agreement, you may not use the Blogger service. In the event of an inconsistency between the Blogger Terms of Service and either Google's general Terms of Service (http://www.google.com/intl/en/terms_of_service.html) or the Google Privacy Policy (http://www.google.com/privacy.html), the Blogger Terms of Service (http://www.blogger.com/terms.g) shall control. Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

**1. Description of Service.** Blogger is a web publishing service and optional hosting service (the "Service"). You will be responsible for all activities occurring under your username and for keeping your password secure. You understand and agree that the Service is provided to you on an AS IS and AS AVAILABLE basis. Google disclaims all responsibility and liability for the availability, timeliness, security or reliability of the Service or any other client software. Google also reserves the right to modify, suspend or discontinue the Service with or without notice at any time and without any liability to you.

You must be at least thirteen (13) years of age to use the Service. Google reserves the right to refuse service to anyone at any time without notice for any reason.

**2. Proper Use.** You agree that you are responsible for your own use of the Service, for any posts you make, and for any consequences thereof. You agree that you will use the Service in compliance with all applicable local, state, national, and international laws, rules and regulations, including any laws regarding the transmission of technical data exported from your country of residence and all United States export control laws.

You agree to abide by the Blogger Content Policy (http://www.blogger.com/content.g) and the rules and restrictions therein. Although we may attempt to notify you when major changes are made to the Blogger Content Policy, you should periodically review the most up-to-date version. Google may, in its sole discretion, modify or revise the Blogger Content Policy at any time, and you agree to be bound by such modifications or revisions.

Violation of any of the foregoing, including the Blogger Content Policy (http://www.blogger.com/content.g), may result in immediate termination of this Agreement, and may subject you to state and federal penalties and

other legal consequences. Google reserves the right, but shall have no obligation, to investigate your use of the Service in order to (a) determine whether a violation of the Agreement has occurred or (b) comply with any applicable law, regulation, legal process or governmental request.

Much of the content of Blogger.com and Blogspot.com -- including the contents of specific postings -- is provided by and is the responsibility of the person or people who made such postings. Google does not monitor the content of Blogger.com and Blogspot.com, and takes no responsibility for such content. Instead, Google merely provides access to such content as a service to you.

By their very nature, Blogger.com and Blogspot.com may carry offensive, harmful, inaccurate or otherwise inappropriate material, or in some cases, postings that have been mislabeled or are otherwise deceptive. We expect that you will use caution and common sense and exercise proper judgment when using Blogger.com and Blogspot.com.

Google does not endorse, support, represent or guarantee the truthfulness, accuracy, or reliability of any communications posted via the Service or endorse any opinions expressed via the Service. You acknowledge that any reliance on material posted via the Service will be at your own risk.

**3. Privacy.** As a condition of using the Service, you agree to the terms of the Google Privacy Policy (http://www.google.com/privacy.html), which may be updated from time to time, as expressed in the most recent version that exists at the time of your use. You agree that Google may access or disclose your personal information, including the content of your communications, if Google is required to do so in order to comply with any valid legal process or governmental request (such as a search warrant, subpoena, statute, or court order), or as otherwise provided in these Terms of Service and the general Google Privacy Policy. Personal information collected by Google may be stored and processed in the United States or any other country in which Google Inc. or its agents maintain facilities. By using the Service, you consent to any such transfer of information outside of your country.

**4. General Practices Regarding Use and Storage.** You agree that Google has no responsibility or liability for the deletion of, or the failure to store or to transmit, any Content and other communications maintained by the Service. Google retains the right to create limits on use and storage at our sole discretion at any time with or without notice.

**5. Content of the Service.** Google takes no responsibility for third-party content (including, without limitation, any viruses or other disabling features), nor does Google have any obligation to monitor such third-party content. Google reserves the right at all times to remove or refuse to distribute any content on the Service, such as content which violates the terms of this Agreement. Google also reserves the right to access, read, preserve, and disclose any information as it reasonably believes is necessary to (a) satisfy any applicable law, regulation, legal process or governmental request, (b) enforce this Agreement, including investigation of potential violations hereof, (c) detect, prevent, or otherwise address fraud, security or technical issues, (d) respond to user support requests, or (e) protect the rights, property or safety of Google, its users and the public. Google will not be responsible or liable for the exercise or non-exercise of its rights under this Agreement.

**6. Intellectual Property Rights.** Google's Intellectual Property Rights. You acknowledge that Google owns all right, title and interest in and to the Service, including all intellectual property rights (the "Google Rights"). Google Rights are protected by U.S. and international intellectual property laws. Accordingly, you agree that you will not copy, reproduce, alter, modify, or create derivative works from the Service. You also agree that you will not use any robot, spider, other automated device, or manual process to monitor or copy any content from the Service. As described immediately below, Google Rights do not include third-party content used as

part of the Service, including the content of communications appearing on the Service.

Your Intellectual Property Rights. **Google claims no ownership or control over any Content submitted, posted or displayed by you on or through Google services.** You or a third party licensor, as appropriate, retain all patent, trademark and copyright to any Content you submit, post or display on or through Google services and you are responsible for protecting those rights, as appropriate. By submitting, posting or displaying Content on or through Google services which are intended to be available to the members of the public, you grant Google a worldwide, non-exclusive, royalty-free license to reproduce, publish and distribute such Content on Google services for the purpose of displaying and distributing Google services. Google furthermore reserves the right to refuse to accept, post, display or transmit any Content in its sole discretion.

You represent and warrant that you have all the rights, power and authority necessary to grant the rights granted herein to any Content submitted.

You may choose to submit, post, and display any materials on or through the Blogger service or Blogspot.com under a public license (e.g. a Creative Commons license), whether by manually marking your materials as such or using Blogger service tools to do so. For avoidance of doubt, Google is not a party to any such public license between you and any third party. Also, for avoidance of doubt, Google may choose to exercise the rights granted under (a) the public license or licenses, if any, you apply to your materials or (b) this Agreement.

**7. No Resale of the Service.** Unless expressly authorized in writing by Google, you agree not to reproduce, duplicate, copy, sell, trade, resell or exploit for any commercial purposes (a) any portion of the Service, (b) use of the Service, or (c) access to the Service.

**8. Publicity.** Any use of Google's trade names, trademarks, service marks, logos, domain names, and other distinctive brand features ("Brand Features"), including "Blogger," "Blogger.com," "Blogspot," and "Blogspot.com," must be in compliance with this Agreement and in compliance with Google's then current Brand Features use guidelines, and any content contained or referenced therein, which may be found at the following URL: http://www.google.com/permissions/guidelines.html (or such other URL Google may provide from time to time).

**9. Representations and Warranties.** You represent and warrant that (a) all of the information provided by you to Google to participate in the Service is correct and current; and (b) you have all necessary right, power and authority to enter into this Agreement and to perform the acts required of you hereunder.

**10. Termination; Suspension.** Google may, in its sole discretion, at any time and for any reason, terminate the Service, terminate this Agreement, or suspend or terminate your account. In the event of termination, your account will be disabled and you may not be granted access to your account or any files or other content contained in your account although residual copies of information may remain in our system for some time for back-up purposes. Sections 2, 3, 5 - 8, and 10 - 15 of the Agreement, along with applicable provisions of the general Terms of Service (including the section regarding limitation of liability), shall survive expiration or termination.

**11. Indemnification.** You agree to hold harmless and indemnify Google, and its subsidiaries, affiliates, officers, agents, and employees from and against any third-party claim arising from or in any way related to your use of the Service, including any liability or expense arising from all claims, losses, damages (actual and consequential), suits, judgments, litigation costs and attorneys' fees, of every kind and nature. In such a case, Google will provide you with written notice of such claim, suit or action.

**12. Entire Agreement.** This Agreement constitutes the entire agreement between you and Google and governs your use of the Service, superseding any prior agreements between you and Google. You also may be subject to

additional terms and conditions that may apply when you use or purchase certain other Google services, affiliate services, third-party content or third-party software.

**13. Waiver and Severability of Terms.** The failure of Google to exercise or enforce any right or provision of the Terms of Service shall not constitute a waiver of such right or provision. If any provision of the Terms of Service is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the Terms of Service remain in full force and effect.

**14. Statute of Limitations.** You agree that regardless of any statute or law to the contrary, any claim or cause of action arising of or related to use of Google services or the Terms of Service must be filed within one (1) year after such claim or cause of action arose or be forever barred.

**15. Choice of Law; Jurisdiction; Forum.** These Terms of Service will be governed by and construed in accordance with the laws of the State of California, without giving effect to its conflict of laws provisions or your actual state or country of residence. Any claims, legal proceeding or litigation arising in connection with the Service will be brought solely in Santa Clara County, California, and you consent to the jurisdiction of such courts.

**16. Copyright Information.** It is our policy to respond to notices of alleged infringement that comply with the Digital Millennium Copyright Act. If you believe that your copyright has been infringed on the Service, please refer to http://www.google.com/blogger_dmca.html for information on how to file or respond to a notice of infringement.