Kurt Opsahl (SBN 191303)
kurt@eff.org
Jason Schultz (SBN 212600)
jason@eff.org
Corynne McSherry (SBN 221504)
corynne@eff.org
Marcia Hofmann (SBN 250087)
marcia@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
BRIAN SAPIENT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE A/K/A BRIAN SAPIENT,<br><br>                    Plaintiff,<br><br>v.<br><br>URI GELLER<br><br>   and<br><br>EXLOROLOGISTS LTD.,<br><br>                    Defendants. | No. 3:07-cv-02478 VRW<br><br>DECLARATION OF MATTHEW ZIMMERMAN IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS<br><br>Judge: The Hon. Vaughn R. Walker<br>Date: December 6, 2007<br>Time: 2:30 p.m.<br>Place: Courtroom 6, 17th Floor |

**DECLARATION OF MATTHEW ZIMMERMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

I, Matthew J. Zimmerman, declare under penalty of perjury:

1. I am an attorney at law admitted to practice in the State of California. I have personal knowledge of the statements made in this Declaration and if called to testify, I could and would do so. I am submitting this Declaration in support of the Plaintiff's Opposition to the Motion to Dismiss.

-1-
DECLARATION OF MATT ZIMMERMAN

2. I am informed and believe that the television show "Phenomenon" is filmed live at Tribune Studios, which is located at 5800 Sunset Boulevard in Hollywood, CA.

3. I am informed and believe that the production offices of Phenomenon are in Building 11, Suite 104 of Tribune Studios.

4. I am informed and believe that Uri Geller is staying at the Four Seasons Beverly Hills, which is located at 300 South Doheny Drive in Beverly Hills CA, while in California for the Phenomenon filming.

5. On November 15, 2007, I delivered the summons and complaint for the underlying action to the Defendants by first class mail sent to Mr. Geller's offices at the Tribune Studios. Attached as Exhibit A of this declaration is a true and correct copy of the proof of service by mail.

6. Attached as Exhibit B of this declaration are true and correct copies of the following documents offered in support of Plaintiff's Opposition to the Motion to Dismiss:

- Affidavit of Reasonable Diligence of Ricardo Paz re: Explorologist service attempts, signed November 13, 2007.
- Proof of Service re: Explorologist service attempts, signed November 13, 2007.
- Proof of Service by Mail re: Explorologist, signed November 13, 2007.
- Affidavit of Reasonable Diligence of Ricardo Paz re: Geller service attempts, signed November 13, 2007.
- Proof of Service re: Explorologist service attempts, signed November 13, 2007.
- Proof of Service by Mail re: Explorologist, signed November 13, 2007.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of November, 2007, in San Francisco, California.

By: _____
Matt Zimmerman, Esq.