# EXHIBIT B

| Attorney or Party without Attorney: <br> JASON SCHULTZ, Bar #212600 <br> ELECTRONIC FRONTIER FOUNDATION <br> 454 SHOTWELL STREET <br> SAN FRANCISCO, CA 94110 <br> Telephone No: 451-436-9333    FAX No: 415-436-9993 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: JOHN DOE, ETC. | | | | |
| Defendant: URI GELLER, ETC., ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C072478 |

1. I, RICARDO PAZ, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant EXPLOROLOGIST, LTD. as follows:

2. *Documents:* Summons In A Civil Case; Complaint; Civil Cover Sheet; Acknowledgement Of Receipt Of Trial Subpoena And Agreement To Appear At Trial ; Certificate Of Interested Parties ; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Contents Of Joint Case Management Statement; Notice Of Assigment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Beforte A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Efc Registration Information Handout.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 11/07/07 | 3:00pm | Business | PER SECURITY, THE SUBJECT IS THE HOST OF A SHOW. THEY CALLED UP TO HIS OFFICE AND GOT NO ANSWER. THEY DENIED SERVER ACCESS TO THE STUDIO. Attempt made by: RICARDO PAZ. Attempt at: 5800 SUNSET BLVD. BUILDING 11, SUITE 104 HOLLYWOOD CA 90028. |
| Tue | 11/13/07 | 4:22pm | Business | FRONT DESK, SENT SERVER TO THE INFORMATION PHONE. THE SERVER CALLED AND SPOKE WITH THE CONCIERE WHO SAID THERE ARE NO GUEST REGISTERED UNDER THAT NAME. Attempt made by: RICARDO PAZ. Attempt at: 5800 SUNSET BLVD. BUILDING 11, SUITE 104 HOLLYWOOD CA 90028. |
| Wed | 11/14/07 | 12:40pm | Home | SECURITY WAS CALLED UP, GOT NO ANSWER AT THE SUBJECTS LINE. ACCESS DENIED. Attempt made by: RICARDO PAZ. Attempt at: 300 S. DOHNEY DR. LOS ANGELES CA 90028. |
| Wed | 11/14/07 | 4:25pm | Business | SECURITY CALLED, NO ANSWER, WOULDN'T GIVE US A MANAGER., COPIES OF THE SUMMONS, AND COMPLAINTS WERE LEFT AT THE STUDIO LOCATION, INFORMING THE RECIPIENTS OF THE NATURE OF THESE DOCUMENTS AND THE IMPORTANCE OF DELIVERING THEM DIRECTLY TO GELLER AND EXPLOROLOGIST. Attempt made by: RICARDO PAZ. Attempt at: 5800 SUNSET BLVD. BUILDING 11, SUITE 104 HOLLYWOOD CA 90028. |

Page: 1    **AFFIDAVIT OF REASONABLE DILIGENCE**    3948291.elefr.96633

| Attorney or Party without Attorney: <br> JASON SCHULTZ, Bar #212600 <br> ELECTRONIC FRONTIER FOUNDATION <br> 454 SHOTWELL STREET <br> SAN FRANCISCO, CA 94110 | For Court Use Only |
|---|---|
| Telephone No: 451-436-9333  FAX: No: 415-436-9993 | Ref. No or File No.: |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: JOHN DOE, ETC. | |
| Defendant: URI GELLER, ETC., ET AL. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: C072478 |
|---|---|---|---|---|

SUMMONS IN A CIVIL CASE

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 11/14/07 | 4:30pm | Business | Substituted Service on: EXPLOROLOGIST, LTD. Business - 5800 SUNSET BLVD. BUILDING 11, SUITE 104 HOLLYWOOD, CA. 90028 by Serving: party in item 3.a. a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: "JOHN" GUZMAN, SECURITY; DESCRIPTION; 5'8", 220LBS, HISMPANIC, MALE, BALD, BROWN EYES, AGE35.. Served by: RICARDO PAZ |
| Thu | 11/15/07 | | | Mailed copy of Documents to: EXPLOROLOGIST, LTD. |

3. Person Executing
   a. RICARDO PAZ
   b. FIRST LEGAL SUPPORT SERVICES
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. The Fee for service was:
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:   3267
   (iii) County:   Los Angeles

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Nov. 13, 2007        AFFIDAVIT OF REASONABLE DILIGENCE        (RICARDO PAZ)

| Attorney or Party without Attorney: JASON SCHULTZ, Bar #212600<br>ELECTRONIC FRONTIER FOUNDATION<br>454 SHOTWELL STREET<br>SAN FRANCISCO, CA 94110<br>Telephone No: 451-436-9333   FAX No: 415-436-9993 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: JOHN DOE, ETC. | |
| Defendant: URI GELLER, ETC., ET AL. | |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072478 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Acknowledgement Of Receipt Of Trial Subpoena And Agreement To Appear At Trial ; Certificate Of Interested Parties ; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Contents Of Joint Case Management Statement; Notice Of Assigment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Beforte A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Efc Registration Information Handout

3. a. *Party served:*  EXPLOROLOGIST, LTD.

4. *Address where the party was served:*  5800 SUNSET BLVD.<br>BUILDING 11, SUITE 104<br>HOLLYWOOD, CA 90028

5. *I served the party:*
   b. **by substituted service.** On: Wed., Nov. 14, 2007 at: 4:30PM by leaving the copies with or in the presence of:<br>"JOHN" GUZMAN, SECURITY; DESCRIPTION; 5'8", 220LBS, HISMPANIC, MALE, BALD, BROWN EYES, AGE35.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICARDO PAZ
   
   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197
   
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    3267
      (iii) County:    Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Tue, Nov. 13, 2007

   (RICARDO PAZ)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

*3948291.jassch.96633*

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| JASON SCHULTZ, Bar #212600<br>ELECTRONIC FRONTIER FOUNDATION<br>454 SHOTWELL STREET<br>SAN FRANCISCO, CA 94110<br>Telephone No: 451-436-9333    FAX No: 415-436-9993 | |
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: JOHN DOE, ETC.
Defendant: URI GELLER, ETC., ET AL.

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072478 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Acknowledgement Of Receipt Of Trial Subpoena And Agreement To Appear At Trial ; Certificate Of Interested Parties ; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Contents Of Joint Case Management Statement; Notice Of Assigment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Beforte A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Efc Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Thu., Nov. 15, 2007
   b. Place of Mailing:         LOS ANGELES, CA 90026
   c. Addressed as follows:     EXPLOROLOGIST, LTD.
                                5800 SUNSET BLVD.
                                BUILDING 11, SUITE 104
                                HOLLYWOOD, CA 90028

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Nov. 15, 2007 in the ordinary course of business.

5. *Person Serving:*                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Thomas Tilcock                                     d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES                       e. I am: Not a Registered California Process Server
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Nov. 13, 2007

   Judicial Council Form                    PROOF OF SERVICE                  (Thomas Tilcock)
   Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail                      3948281.jassch.96628

| Attorney or Party without Attorney: JASON SCHULTZ, Bar #212600 ELECTRONIC FRONTIER FOUNDATION 454 SHOTWELL STREET SAN FRANCISCO, CA 94110 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 451-436-9333   FAX: No: 415-436-9993 | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: JOHN DOE, ETC. | | | | | |
| Defendant: URI GELLER, ETC., ET AL. | | | | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | | Time: | Dept/Div: | Case Number: C072478 |

1. I, RICARDO PAZ, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant URI GELLER A/K/A URI GELLER FREUD as follows:

2. Documents:   Summons In A Civil Case; Complaint; Civil Cover Sheet; Acknowledgement Of Receipt Of Trial Subpoena And Agreement To Appear At Trial ; Certificate Of Interested Parties ; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Contents Of Joint Case Management Statement; Notice Of Assigment Of Case To A United States Magistrate Judge For Trial ; Consent To Proceed Beforte A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Efc Registration Information Handout.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 11/07/07 | 3:00pm | Business | PER SECURITY, THE SUBJECT IS THE HOST OF A SHOW. THEY CALLED UP TO HIS OFFICE AND GOT NO ANSWER. THEY DENIED SERVER ACCESS TO THE STUDIO. Attempt made by: RICARDO PAZ. Attempt at: 5800 SUNSET BLVD. BUILDING 11, SUITE 104 HOLLYWOOD CA 90028. |
| Tue | 11/13/07 | 4:22pm | Home | FRONT DESK , SENT SERVER TO THE INFORMATION PHONE. THE SERVER CALLED AND SPOKE WITH THE CONCIERE WHO SAID THERE ARE NO GUEST REGISTERED UNDER THAT NAME. Attempt made by: RICARDO PAZ. Attempt at: 300 S. DOHENY. LOS ANGELES CA 90028. |
| Wed | 11/14/07 | 12:40pm | Business | SECURITY WAS CALLED UP, GOT NO ANSWER AT SUBJECTS LINE, ACCESS DENIED. Attempt made by: RICARDO PAZ. Attempt at: 5800 SUNSET BLVD. BUILDING 11, SUITE 104 HOLLYWOOD CA 90028. |
| Wed | 11/14/07 | 4:25pm | Business | SECURITY CALLED, NO ANSWER, WOULDN'T GIVE US A MANAGER. COPIES OF THE SUMMONS, AND COMPLAINTS WERE LEFT AT THE SUNSET BLVD STUDIO LOCATION. INFORMING THE RECIPIENT OF THE NATURE OF THE DOCUMENTS AND THE IMPORTANCE OF DELIVERING THEM DIRECTLY TO GELLER AND EXPLOROLOGIST. Attempt made by: RICARDO PAZ. Attempt at: 5800 SUNSET BLVD. BUILDING 11, SUITE 104 HOLLYWOOD CA 90028. |

Page: 1   AFFIDAVIT OF REASONABLE DILIGENCE   3948281.elefr.96628

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JASON SCHULTZ, Bar #212600<br>ELECTRONIC FRONTIER FOUNDATION<br>454 SHOTWELL STREET<br>SAN FRANCISCO, CA 94110 | | |
| Telephone No: 451-436-9333    FAX: No: 415-436-9993 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: JOHN DOE, ETC. | | |
| Defendant: URI GELLER, ETC., ET AL. | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072478 |
|---|---|---|---|---|

SUMMONS IN A CIVIL CASE

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 11/14/07 | 4:30pm | Business | Substituted Service on: URI GELLER A/K/A URI GELLER FREUD Business - 5800 SUNSET BLVD. BUILDING 11, SUITE 104 HOLLYWOOD, CA. 90028 by Serving: party in item 3.a. a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: "JOHN" GUZMAN, SECURITY; DESCRIPTION; 5'8", 220LBS, HISMPANIC, MALE, BALD, BROWN EYES, AGE35.. Served by: RICARDO PAZ |
| Thu | 11/15/07 | | | Mailed copy of Documents to: URI GELLER A/K/A URI GELLER FREUD |

3. *Person Executing*
   a. RICARDO PAZ
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:*
*e. I am:* (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:    3267
   (iii) County:              Los Angeles

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Nov. 13, 2007    AFFIDAVIT OF REASONABLE DILIGENCE    (RICARDO PAZ)

| Attorney or Party without Attorney: <br> JASON SCHULTZ, Bar #212600 <br> ELECTRONIC FRONTIER FOUNDATION <br> 454 SHOTWELL STREET <br> SAN FRANCISCO, CA 94110 <br> Telephone No: 451-436-9333   FAX No: 415-436-9993 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court: <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: JOHN DOE, ETC. |
| Defendant: URI GELLER, ETC., ET AL. |

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C072478 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Acknowledgement Of Receipt Of Trial Subpoena And Agreement To Appear At Trial ; Certificate Of Interested Parties ; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Contents Of Joint Case Management Statement; Notice Of Assigment Of Case To A United States Magistrate Judge For Trial ; Consent To Proceed Beforte A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Efc Registration Information Handout

3. a. Party served:   URI GELLER A/K/A URI GELLER FREUD

4. Address where the party was served:   5800 SUNSET BLVD. <br> BUILDING 11, SUITE 104 <br> HOLLYWOOD, CA 90028

5. I served the party: <br> b. **by substituted service.** On: Wed., Nov. 14, 2007 at: 4:30PM by leaving the copies with or in the presence of: <br> "JOHN" GUZMAN, SECURITY; DESCRIPTION; 5'8", 220LBS, HISMPANIC, MALE, BALD, BROWN EYES, AGE35.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers: <br> a. RICARDO PAZ

   **First Legal Support Services** <br> ATTORNEY SERVICES <br> 1511 BEVERLY BOULEVARD <br> Los Angeles, CA 90026 <br> (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B) <br>
   d. *The Fee for Service was:* <br>
   e. I am: (3) registered California process server <br>
      (i) Independent Contractor <br>
      (ii) Registration No.:   3267 <br>
      (iii) County:   Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Nov. 13, 2007

   (RICARDO PAZ)

   Judicial Council Form <br> Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE

   3948281.jassch.96628

| Attorney or Party without Attorney: <br> JASON SCHULTZ, Bar #212600 <br> ELECTRONIC FRONTIER FOUNDATION <br> 454 SHOTWELL STREET <br> SAN FRANCISCO, CA 94110 <br> Telephone No: 451-436-9333    FAX No: 415-436-9993 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: JOHN DOE, ETC. | |
| Defendant: URI GELLER, ETC., ET AL. | |

| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C072478 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Acknowledgement Of Receipt Of Trial Subpoena And Agreement To Appear At Trial ; Certificate Of Interested Parties ; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Contents Of Joint Case Management Statement; Notice Of Assigment Of Case To A United States Magistrate Judge For Trial ; Consent To Proceed Beforte A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Efc Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Thu., Nov. 15, 2007
   b. Place of Mailing:         LOS ANGELES, CA 90026
   c. Addressed as follows:     URI GELLER A/K/A URI GELLER FREUD
                                5800 SUNSET BLVD.
                                BUILDING 11, SUITE 104
                                HOLLYWOOD, CA 90028

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Nov. 15, 2007 in the ordinary course of business.

5. Person Serving:
   a. Thomas Tilcock
   b. FIRST LEGAL SUPPORT SERVICES
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Nov. 13, 2007

   Judicial Council Form                    PROOF OF SERVICE                (Thomas Tilcock)
   Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail                          3948281.jassch.96628