**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL  MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:**  December 6,  2007

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**     Belle Ball

**CASE NO.**  C 07-2478  VRW

**TITLE:** BRIAN SAPIENT v. URI GELLER and EXPLOROLOGIST, LTD.

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
Kurt Opshal, Cindy Cohn            Richard Winelander, Joshua Rose
Corynne McSherry, Marcia Hofmann

**PROCEEDINGS:**     1.Deft's Motion to Dismiss for Lack of Jurisdiction
                     2. Deft's Motion for Improper Venue
                     3. Deft's Motion to Dismiss For Failure To State A Claim

**RESULTS:**     The Court heard argument from counsel.
                 The Court took the matter(s) under-submission.
                 Court to issue written ruling.